FILED

OCT 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO,

    Plaintiff,

v.

CHEVRON CORPORATION,

    Defendant.

No. C 99-02506 SI

**ORDER**

IT IS HEREBY ORDERED that this case shall be designated into the electronic filing program pursuant to General Order 45.

Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov.**.

Dated: 10/12/05

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO,

        Plaintiff,

v.

CHEVRON CORPORATION,

        Defendant.

Case Number: CV99-02506 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rober A. Mittelstaedt
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Electronic Frontier Foundation
454 Shotwell St
San Francisco, CA 94110

Michael S. Sorgen Law Offices
240 Stockton St
9th Flr
San Francisco, CA 94108

Earthrights International
1612 K Street
Suite 401
Washington, DC 20006

Theresa M. Traber
Traber & Voorhees
128 N. Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

Dated: October 12, 2005

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk