Barbara Enloe Hadsell #086021
Dan Stormer #101967
Lauren Teukolsky #211381
Patrick Dunlevy #162722
128 N. Fair Oaks Ave., Ste. 204
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

Robert A. Mittelstaedt #060359
ramittelstaedt@chevron.com
Caroline N. Mitchell #143124
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>    Defendants. | Case No. C-99-2506-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF BRONWEN MANBY** |

STIPULATION RE DEPOSITION OF
BRONWEN MANBY

1  WHEREAS, plaintiffs have listed Bronwen Manby, a former employee of Human Rights
2  Watch, as one of their witness and have indicated an intent to take her deposition in this action;
3  WHEREAS, defendants asked plaintiffs to forbear taking Ms. Manby's deposition until
4  they had an opportunity to request and obtain documentation from Human Rights Watch;
5  WHEREAS, plaintiffs agreed to that request;
6  WHEREAS, on May 16, 2005 defendants served a subpoena on Human Rights Watch
7  seeking documents;
8  WHEREAS, Human Rights Watch, through independent counsel, subsequently filed a
9  motion to quash that subpoena in United States District Court for the Southern District of New
10 York;
11 WHEREAS, the motion to quash was heard by the Court in late July 2005 but is still
12 under submission;
13 WHEREAS, the non-expert discovery cut-off date in the instant action is December 16,
14 2005;
15 WHEREAS, Ms. Manby resides in England, and her deposition will likely have to
16 proceed where she resides;
17 The parties hereby stipulate that the deposition of Bronwen Manby may proceed after
18 December 16, 2005 should the motion to quash not be decided by that point in time. If the
19 motion to quash is decided before December 16, 2005, but there is not enough time to schedule
20 Ms. Manby's deposition, the parties stipulate that Ms. Manby's deposition may proceed after
21 December 16, 2005. In either case, the parties will use their best efforts to schedule Ms. Manby's
22 deposition as soon after December 16, 2005 as is practicable.
23 By entering this stipulation, defendants do not waive, and explicitly reserve, the right to
24 argue that if they are unable to obtain the documents they sought by way of subpoena to Human
25 Rights Watch, Ms. Manby's deposition should not be permitted. Plaintiffs disagree with
26 defendants' position that if they are unable to obtain the documents they sought by way of
27 subpoena to Human Rights Watch, Ms. Manby's deposition should not be permitted.
28 ///

SFI-529952v1

2

STIPULATION RE. INFORMATION IN DOCS C30031-
C30034, C30053-C30054 AND C30085
C-99-2506-SI

Dated: October 18, 2005

HADSELL & STORMER

By: _____
Lauren Teukolsky

Attorneys for Plaintiffs


Dated: October 18, 2005

JONES DAY

By: _____
Caroline Mitchell

Attorneys for Defendants


## ORDER

Based on the stipulation of the parties, the Court finds that there is good cause to permit the deposition of Bronwen Manby to proceed after the December 16, 2005 non-expert discovery cut-off date, should the Southern New York District Court not decide the motion to quash before December 16, 2005, or should that Court decide the motion too close to December 16 to enable the parties to schedule Ms. Manby's deposition. The parties shall use their best efforts to schedule Ms. Manby's deposition as soon after December 16, 2005 as is practicable.

IT IS SO ORDERED.

Dated: October ___, 2005

_____
The Honorable Susan Illston
United States District Judge

[STAMP: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

# CERTIFICATE OF SERVICE

I, Sandra Altamirano, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On October 18, 2005, I served a copy of the within document(s):

1. **STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF BRONWEN MANBY**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth in the *attached service list*.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 18, 2005 at San Francisco, California.

_____
Sandra Altamirano

SFI-528423v1

SERVICE LIST
BOWOTO - FEDERAL MATTER
Case No. C 99-02506 SI

| | | |
|---|---|---|
| Judith Brown Chomsky, Esq.<br>LAW OFFICES OF JUDITH BROWN CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368 | Barbara Enloe Hadsell, Esq.<br>Lauren Teukolsky, Esq.<br>Patric Dunlevy, Esq.<br>Law Office of Hadsell & Stormer, Inc.<br>128 North Fair Oaks Ave.<br>Suite 204<br>Pasadena,. CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079 | Jose Luis Fuentes, Esq.<br>Siegel & Yee<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>Tel: (510) 839-1200<br>Fax: (510) 444-6698 |
| Jennifer M. Green, Esq<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499 | Richard L. Herz, Esq.<br>Marco Simons<br>EarthRights International<br>1612 K Street N.W., Suite 401<br>Washington, D.C. 20006<br>Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189 | Bert Voorhees<br>Traber & Voorhees<br>128 North Fair Oaks Avenue<br>Suite 204<br>Pasadena, CA 91103 |
| Paul Hoffman, Esq.<br>SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP<br>723 Ocean Front Walk<br>Venice, CA 90291-3212<br>Telephone: (626) 440-5969<br>Facsimile: (626) 449-4417<br>* | | |