Robert A. Mittelstaedt # 60359
Caroline N. Mitchell # 143124
David L. Wallach # 233432
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
email: ramittelstaedt@jonesday.com
email: cnmitchell@jonesday.com
email: dwallach@jonesday.com

Attorneys for Defendant
Chevron Corporation and
Chevron Investments Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRONTEXACO, et al.,,<br><br>　　　　Defendant. | Case No. C-99-2506 SI<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE SEVENTH AMENDED COMPLAINT |

1  Plaintiffs and defendants hereby stipulate, through counsel and pursuant to Civil Local
2  Rule 6-1(a), that defendants' time to answer or otherwise respond to the Seventh Amended
3  Complaint shall be extended to and until December 2, 2005.

4

5  Dated: October 27, 2005

6

7                                              By:   /S/
                                                    Jocelyn Sperling
8                                                   TRABER & VOORHEES
                                                    128 N. Fair Oaks Ave, # 204
9                                                   Pasadena, CA 91103

10                                             Attorneys for Plaintiffs
                                               LARRY BOWOTO, et al.
11

12  Dated: October 27, 2005                   JONES DAY

13

14
                                               By:   /S/
15                                                  Caroline N. Mitchell
                                                    JONES DAY
16                                                  555 California St., 26th Floor
                                                    San Francisco, CA 94104
17
                                               Attorneys for Defendants
18                                             CHEVRON CORPORATION AND
                                               CHEVRON INVESTMENTS INC.
19

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Susan Illston]*

## CERTIFICATE OF SERVICE

I, Sandra Altamirano, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On October 27, 2005, I served a copy of the within document(s):

1. **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE SEVENTH AMENDED COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth in the *attached service list*.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 27, 2005 at San Francisco, California.

*/s/ Sandra Altamirano*
Sandra Altamirano

SFI-528423v1

SERVICE LIST
BOWOTO - FEDERAL MATTER
Case No. C 99-02506 SI

| | | |
|---|---|---|
| Judith Brown Chomsky, Esq.<br>LAW OFFICES OF JUDITH BROWN CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368 | Barbara Enloe Hadsell, Esq.<br>Lauren Teukolsky, Esq.<br>Patric Dunlevy, Esq.<br>Law Office of Hadsell & Stormer, Inc.<br>128 North Fair Oaks Ave.<br>Suite 204<br>Pasadena,. CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079 | Jose Luis Fuentes, Esq.<br>Siegel & Yee<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>Tel: (510) 839-1200<br>Fax: (510) 444-6698 |
| Jennifer M. Green, Esq<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499 | Richard L. Herz, Esq.<br>Marco Simons<br>EarthRights International<br>1612 K Street N.W., Suite 401<br>Washington, D.C. 20006<br>Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189 | Bert Voorhees<br>Traber & Voorhees<br>128 North Fair Oaks Avenue<br>Suite 204<br>Pasadena, CA 91103 |
| Paul Hoffman, Esq.<br>SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP<br>723 Ocean Front Walk<br>Venice, CA 90291-3212<br>Telephone: (626) 440-5969<br>Facsimile: (626) 449-4417<br><br>* | | |