```
 1  Barbara Enloe Hadsell #086021
    Dan Stormer #101967
 2  Lauren Teukolsky #211381
    Patrick Dunlevy #162722
 3  128 N. Fair Oaks Ave., Ste. 204
    Pasadena, CA 91103
 4  Telephone:   (626) 585-9600
    Facsimile:   (626) 577-7079
 5
    Attorneys for Plaintiffs
 6
    Robert A. Mittelstaedt #060359
 7  ramittelstaedt@chevron.com
    Caroline N. Mitchell #143124
 8  cnmitchell@jonesday.com
    JONES DAY
 9  555 California Street, 26th Floor
    San Francisco, CA  94104
10  Telephone:   (415) 626-3939
    Facsimile:   (415) 875-5700
11
    Attorneys for Defendants
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LARRY BOWOTO, et al., | Case No. C-99-2506-SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING THE DEPOSITION OF DR. WILLIAM OLU AJEWOLE** |
| v. | |
| CHEVRONTEXACO CORPORATION, et al., | |
| Defendants. | |

WHEREAS, plaintiffs have designated Dr. William Olu Ajewole as both a percipient witness and as a non-retained expert and have indicated an intent to take his deposition in this action;

WHEREAS, plaintiffs noticed Dr. Ajewole's deposition for November 10, 2005 for which defendants' lead counsel was unavailable;

WHEREAS, plaintiffs have agreed to change the date to November 21 or in the month of December as Dr. Ajewole is available for deposition in Nigeria;

1   WHEREAS, plaintiffs' expert discovery cutoff is November 30, 2005;

2   WHEREAS, the non-expert discovery cutoff is December 16, 2005;

3   WHEREAS, Dr. Ajewole resides in Akure, Ondo State, Nigeria, and his deposition will
4   have to proceed in Lekki, Nigeria at a time when both parties are available;

5   THE PARTIES HEREBY STIPULATE:

6   1.  The deposition of Dr. William Olu Ajewole will be scheduled for November 21 or as
7   soon thereafter in December considering the availability of plaintiffs and defendants' counsel and
8   the availability of Dr. Ajewole.

9   2.  The parties will meet-and-confer in good faith to ensure that the deposition is scheduled
10  on a date when all parties are available and that defendants will have reasonable notice prior to
11  the deposition so that they will have sufficient time to prepare. Under no circumstances will
12  plaintiffs schedule Dr. Ajewole's deposition with notice of less than one week.

13  3.  The deposition will not be scheduled such that it will prevent defense counsel from
14  being in the United States for Thanksgiving or Christmas.

15  4.  Dr. Ajewole's deposition can be scheduled after plaintiffs' November 30, 2005 expert
16  discovery cutoff.

17  5.  Dr. Ajewole's deposition can be scheduled after the December 16, 2005 non-expert
18  discovery cutoff.

19  6.  If defendants elect to file a responsive expert report regarding the subject matter of Dr.
20  Ajewole's testimony, such report will be due the same number of days after January 9, 2005,
21  defendants' expert disclosure date, as Dr. Ajewole's deposition is after November 30. Thus, for
22  example, if Dr. Ajewole's deposition takes place on December 10, defendants' expert disclosure
23  and report will not be served to plaintiffs until January 19. Plaintiffs will receive the same
24  extension for their rebuttal expert.

25  ///
26  ///
27  ///
28  ///

Dated: November 4, 2005        HADSELL & STORMER

By: _____
    Lauren Teukolsky

Attorneys for Plaintiffs


Dated: November 4, 2005        JONES DAY

By: _____
    Caroline Mitchell

Attorneys for Defendants


### ORDER

Based on the stipulation of the parties, the Court finds that there is good cause to permit the deposition of Dr. William Olu Ajewole to proceed after plaintiffs' November 30, 2005 expert discovery cutoff date and the December 16, 2005 non-expert discovery cutoff date should the parties or Dr. Ajewole be unable to schedule a deposition prior to those dates. The parties shall use their best efforts to schedule Dr. Ajewole's deposition on November 21 or as soon after November 30, 2005 as is practicable.

IT IS SO ORDERED.

Dated: October __, 2005

_____
Susan Illston
District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]