IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHEVRONTEXACO CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 99-02506 SI<br><br>**ORDER RE: DISCOVERY** |

     Now before the Court is a discovery dispute concerning 24 interrogatories propounded by defendants in this matter. The interrogatories seek information about statements made by Environmental Rights Action, a non-governmental human-rights organization that operates in Nigeria. The parties briefed the issue in a joint case management conference statement, and, following a case management conference on November 9, 2005, the Court took the matter under submission. Having considered the issue and for good cause shown, the Court rules as follows.

     Defendants' motion to compel is GRANTED with respect to interrogatories 183, 184, 191, 193, 202, 204-09, and 223. Defendants' motion to compel is DENIED with respect to interrogatories 185-90, 192, 194-201, 203, 210-16, and 303.

     **IT IS SO ORDERED.**

Dated: 11/10/05

                                                                                   SUSAN ILLSTON<br>
                                                                                  United States District Judge

*United States District Court*<br>
*For the Northern District of California*