Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON
INVESTMENTS INC.

Marco Simons
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION REGARDING THE USE OF STATE COURT DISCOVERY IN THE FEDERAL COURT ACTION** |

1 THE PARTIES STIPULATE AS FOLLOWS:

2     All responses to interrogatories and requests for admission made, all documents produced and all depositions taken in the state court action, *Larry Bowoto, et al., v. ChevronTexaco Corporation, et al.,* CGC-03-417580 (County of San Francisco), by the parties to the federal court action, *Larry Bowoto, et al., v. ChevronTexaco Corporation, et al.,* C-99-2506-SI (N.D. Cal.), may be used in the federal court action to the same extent as if the state discovery had been propounded and responded to in the federal court action; EXCEPT THAT defendants reserve the right to object to the use in the federal court action of any discovery obtained in the state court action after the discovery cut-off date in the federal court action.

11 DATED: November 9, 2005      JONES DAY

By: s//Caroline N. Mitchell
    Caroline N. Mitchell

Attorneys for Defendants

17 DATED: November __, 2005      EARTHRIGHTS INTERNATIONAL

By: _____
    Marco Simons

Attorneys for Plaintiffs

21 IT IS SO ORDERED.

22 DATED: November __, 2005

By: _____
The Hon. Susan Illston
United States District Judge



SFI-531547v1

2

PARTIES' STIPULATION REGARDING THE USE OF STATE COURT DISCOVERY IN THE FEDERAL COURT ACTION C-99-2506-SI