**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER RE: ROBINSON UROUPA DEPOSITION**

---

[1]There may not be.  Defendant's own description of what they seek is "*to examine Mr. Uroupa on this new statement by Mr. Ikenyan* and determine whether it refreshes his recollection that he in fact committed, and admitted to, the forgery."  Def. Br. at 1 (emphasis added).