Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

Theresa M. Traber (#116305)
TRABER &VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al. | **Case No. C-99-2506-SI** |
| Plaintiffs, | **PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL AFTER THE CLOSE OF FACT DISCOVERY** |
| v. | |
| CHEVRONTEXACO CORPORATION, et al., | |
| Defendants. | |

WHEREAS, Local Rule 26-2 for the United States District Court, Northern District of California states that unless ordered otherwise, no motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off;

WHEREAS the fact discovery cut-off for this case is December 16, 2005;

THE PARTIES HEREBY STIPULATE THAT FOR FACT DISCOVERY:

1. The deadline for filing motions to compel written discovery responses due on December 16, 2005, is extended to January 11, 2006.

2. The opposition briefs to such motions must be filed no later than January 25, 2006.

3. The reply briefs to such motions must be filed on February 1, 2006.

DATED: December 19, 2005

JONES DAY

By: /s/ Caroline N. Mitchell
Caroline N. Mitchell

Attorneys for Defendants

DATED: December 19, 2005

TRABER & VOORHEES

By: _____
Theresa M. Traber

Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: December __, 2005

By: _____
The Hon. Susan Illston
United States District Judge

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

SFI-535132v1

2

PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL AFTER THE CLOSE OF FACT DISCOVERY C-99-2506-SI