1  Robert A. Mittelstaedt (#060359)
   ramittelstaedt@jonesday.com
2  Caroline N. Mitchell (#143124)
   cnmitchell@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700

6  Attorneys for Defendants

7  Barbara Enloe Hadsell (#086021)
   LAW OFFICES OF HADSELL & STORMER, INC.
8  128 North Fair Oaks Avenue, Suite 204
   Pasadena, California 91103
9  Telephone: (626) 585-9611
   Facsimile: (626) 577-7079
10
   Attorneys for Plaintiffs
11

12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15
                                        | Case No. C-99-2506-SI
16 LARRY BOWOTO, et. al.                |
                                        |
17         Plaintiffs,                  | **PARTIES' STIPULATION REGARDING**
                                        | **BRIEFING SCHEDULE FOR MOTIONS TO**
18     v.                               | **COMPEL AFTER THE CLOSE OF FACT**
                                        | **DISCOVERY**
19 CHEVRONTEXACO CORPORATION, et        |
                                        |
20 al.,                                 |
                                        |
21         Defendants.                  |

22

23

24        WHEREAS, Local Rule 26-2 for the United States District Court, Northern District of

25 California states that unless ordered otherwise, no motions to compel fact discovery may be filed

26 more than 7 court days after the fact discovery cut-off;

27        WHEREAS the fact discovery cut-off for this case is December 16, 2005;

28

SFI-535610v1                          1          PARTIES' STIPULATION REGARDING BRIEFING
                                                 SCHEDULE FOR MOTIONS TO COMPEL AFTER
                                                 THE CLOSE OF FACT DISCOVERY C-99-2506-SI

THE PARTIES HEREBY STIPULATE THAT FOR FACT DISCOVERY:

1. The deadline for filing motions to compel written discovery responses due on December 16, 2005, is extended to January 27, 2006.

2. The opposition briefs to such motions must be filed no later than February 10, 2006.

3. The reply briefs to such motions must be filed on February 17, 2006.

DATED: December 30, 2005

JONES DAY

By: /s/ Caroline Mitchell/L.K.
Caroline N. Mitchell

Attorneys for Defendants

DATED: December 30, 2005

HADSELL & STORMER

By: /s/ Barbara E. Hadsell
Barbara Enloe Hadsell

Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: December ___, 2005

By: _____
The Hon. Susan Illston
United States District Judge

GRANTED
Judge Susan Illston

# CERTIFICATE OF SERVICE
# FOR NON-EFILERS

I, Sandra Altamirano, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On December 30, 2005, I served a copy of the within document(s):

1. **PARTIES STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL AFTER THE CLOSE OF FACT DISCOVERY**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below: *See attached service list*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 30, 2005 at San Francisco, California.

_____
Sandra Altamirano

SFI-518815v6

1

SERVICE LIST
BOWOTO - FEDERAL MATTER
Case No. C 99-02506 SI

| | | |
|---|---|---|
| Jennifer M. Green, Esq<br>CENTER FOR<br>CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499 | Judith Brown Chomsky, Esq.<br>LAW OFFICES OF JUDITH<br>BROWN CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368 | Jose Luis Fuentes<br>SIEGEL & YEE<br>499 14th Street<br>Suite 220<br>Oakland, CA 94612 |

\*