Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

Marco Simons
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

Attorneys for Project Underground

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**STIPULATION REGARDING EXTENSION FOR MOTION TO COMPEL DOCUMENTS IN RESPONSE TO PROJECT UNDERGROUND SUBPOENA** |

WHEREAS, ChevronTexaco and ChevronTexaco Overseas Petroleum, Inc. ("defendants"), served a Federal Rule of Civil Procedure 45 document subpoena on Project Underground on December 5, 2005;

1  WHEREAS defendants extended the time for Project Underground to produce responsive
2  documents from December 15, 2005 to January 16, 2006;
3  THE PARTIES HEREBY STIPULATE:
4  Defendants' deadline for filing a motion to compel further production of documents from
5  Project Underground is extended to February 1, 2006.

7  DATED: January 5, 2006        JONES DAY
8                                 By: _____
9                                     Caroline N. Mitchell
10                                Attorneys for Defendants

13 DATED: January 5, 2006        EARTHRIGHTS INTERNATIONAL
14                                By: _____
15                                    Marco Simons
16                                Attorneys for Project Underground

17 IT IS SO ORDERED.
18 DATED: January __, 2006
19                                By: _____
20                                    The Hon. Susan Illston
                                      United States District Court Judge

**GRANTED**
*Judge Susan Illston*

SFI-535290v1 — 2 — STIPULATION RE: EXTENSION FOR MOTION TO COMPEL DOCUMENTS IN RESPONSE TO PROJECT UNDERGROUND SUBPOENA C-99-2506-SI

TOTAL P.03