Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

Theresa M. Traber (#116305)
tmt@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR APPLICATION OF ESTOPPEL DOCTRINES AND FOR LEAVE TO FILE EIGHTH AMENDED COMPLAINT** |

WHEREAS, Plaintiffs have noticed their Motion *in Limine* for Application of Judicial and/or Equitable Estoppel to Bar Defendants From Making Arguments or Submitting Evidence to Deny their Control Over Certain Chevron Employees or to Shift Responsibility For Their Actions to Other Chevron Entities, or in the Alternative for Partial Summary Judgment and their Motion

1  for Leave to File Eighth Amended Complaint Adding Chevron U.S.A. as a Defendant for hearing
2  in this Court on February 17, 2006;
3      WHEREAS, the parties seek to obtain a few additional days to prepare, file and serve their
4  papers in support of and in opposition to these two related motions; and
5      WHEREAS defendants seek additional time to prepare and file their letter brief in
6  response to the Plaintiffs' Letter Brief Requesting an Order Permitting Deposition of Raymond I.
7  Wilcox, filed on January 6, 2006;
8      THE PARTIES HEREBY STIPULATE THAT:
9      1. The deadline for filing Plaintiffs' moving papers in support of the two Motions set for
10 hearing on February 17, 2006, and for Defendants to file their opposition to Plaintiffs' January 6,
11 2006 Letter Brief is extended to January 17, 2006.
12     2. The opposition briefs to such Motions must be filed no later than January 31, 2006.
13     3. The reply briefs to such motions must be filed on February 7, 2006.

DATED: January 13, 2006

JONES DAY

By: /s/ Caroline N. Mitchell
Caroline N. Mitchell
Attorneys for Defendants

DATED: January 13, 2006

TRABER & VOORHEES

By: /s/ Theresa M. Traber
Theresa M. Traber
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: January __, 2006

By: _____
The Hon. Susan Illston
United States District Judge

*IT IS SO ORDERED — Judge Susan Illston* [signed]

SF1-536277v1

STIPULATION REGARDING BRIEFING
SCHEDULE FOR PLAINTIFFS' MOTIONS RE
ESTOPPEL AND TO AMEND COMPLAINT
C-99-2506-SI