1  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   bhadsell@hadsellstormer.com
2  PATRICK DUNLEVY, ESQ. [S.B. #162722]
   pdunlevy@hadsellstormer.com
3  LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
   lauren@hadsellstormer.com
4  LAW OFFICE OF HADSELL & STORMER, INC.
   128 North Fair Oaks Avenue, Suite 204
5  Pasadena, California 91103-3664
   Telephone: (626) 585-9600
6  Facsimile: (626) 585-9600

7  [Counsel For Plaintiffs Continued On Next Page]
   Attorneys for All Plaintiffs
8
   Robert A. Mittelstaedt #60359
9  Caroline Mitchell #143124
   JONES DAY
10 555 California Street, 26th Fl.
   San Francisco, CA 94194-1500
11 Telephone:    415-626-3939
   Fax:          415-875-5700
12 email: ramittelstaedt@jonesday.com
   email: cnmitchell@jonesday.com
13 Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al., | Case No: C 99-02506 SI |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE** |
| v. | |
| CHEVRON CORPORATION, et al. | Assigned to the Honorable Susan Illston |
| Defendants. | Courtroom #4, 19th Floor |
| | 450 Golden Gate Ave. |
| | San Francisco, California 94102 |

1

**JOINT STIPULATION AND [PROPOSED] ORDER RE: HEARING DATES**

| | |
|---|---|
| Counsel for Plaintiffs (continued from first page) | JUDITH BROWN CHOMSKY, ESQ. jchomsky@igc.org LAW OFFICES OF JUDITH BROWN CHOMSKY Post Office Box 29726 Elkins Park, PA 19027 Telephone: (215) 782-8367 Facsimile: (215) 782-8368 |
| THERESA TRABER, ESQ. [S.B.#116305] tmt@tvlegal.com BERT VOORHEES, ESQ. [S.B. #137623] bv@tvlegal.com JOCELYN SPERLING, ESQ. [S.B. #211714] js@tvlegal.com TRABER & VOORHEES 128 North Fair Oaks Avenue, Suite 204 Pasadena, California 91103 Telephone: (626) 585-9611 Facsimile: (626) 577-7079 | JENNIFER M. GREEN, ESQ. jgreen@ccr-ny.org CENTER FOR CONSTITUTIONAL RIGHTS 666 Broadway, 7th Floor New York, NY 10012 Telephone: (212) 614-6431 Facsimile: (212) 614-6499 |
| CINDY A. COHN, ESQ. [S.B.#145997] cindy@eff.org ELECTRONIC FRONTIER FOUNDATION 454 Shotwell St. San Francisco, California 94110 Telephone: (415) 436-9333, Ext. 108 Facsimile: (415) 436-9993 | PAUL HOFFMAN, ESQ. [S.B.# 71244] hoffpaul@AOL.COM SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP 723 Ocean Front Walk Venice, California 90210 Telephone: (310) 396-0731 Facsimile: (310) 399-7040 |
| RICHARD HERZ, ESQ. rick@earthrights.org MARCO SIMONS, ESQ. [S.B. #237314] marco@earthrights.org EARTHRIGHTS INTERNATIONAL 1612 K Street N.W., Suite 401 Washington, DC 20006 Telephone: (202) 466-5188 Facsimile: (202) 466-5189 | ROBERT D. NEWMAN, ESQ. [S.B. #086534] rnewman@wclp.org LAW OFFICE OF ROBERT D. NEWMAN 3701 Wilshire Blvd., Suite 208 Los Angeles, California 90010 Telephone: (213) 487-4727 Facsimile: (213) 487-0242 |
| MICHAEL S. SORGEN, ESQ. [S.B. #43107] msorgen@sorgen.net JOSHUA SONDHEIMER, ESQ. [S.B. #15200] jsondheimer@sorgen.net LAW OFFICES OF MICHAEL S. SORGEN 240 Stockton Street, 9th Floor San Francisco, California 94108 Telephone: (415) 956-1360 Facsimile: (415) 956-6342 | ANTHONY DICAPRIO, ESQ. ad@humanrightslawyers.com RATNER, DICAPRIO & CHOMSKY, LLP 110 E. 59th Street New York, NY 10022 Telephone: (212) 604 9466 Facsimile: (212) 604 9467 |
| JOSE LUIS FUENTES, ESQ. [S.B.#192236] jlf@wplc.net SIEGEL & YEE 499 14th Street, Suite 220 Oakland, Ca 94612 Telephone: (510) 839-1200 Facsimile: (510) 444-6698 | |

**JOINT STIPULATION AND [PROPOSED] ORDER RE: HEARING DATES**

Whereas, the hearing on (a) Plaintiffs' Motion for Summary Adjudication of Defendants' Affirmative Defense Raising the Act of State Doctrine and (b) Defendants' Renewed Motion for the Court to Request the Views of the United States on the Impact of Adjudication of this Lawsuit on Foreign Relations with Nigeria is currently set to be heard in this Court on February 3, 2006; and

Whereas, as part of Defendants' Opposition to Plaintiffs' Motion for Summary Adjudication, Defendants submitted a Cross-Motion for Summary Judgment on the Act of State Doctrine and noticed that Motion for February 3, 2006; and

Whereas, Plaintiffs believe they are entitled to more than one week to respond to Defendants' Cross Motion and Defendants have agreed to afford Plaintiffs additional time to respond; and

Whereas, the Plaintiffs and Defendants agree that, in the interests of judicial economy all of these motions should be heard together,

The Plaintiffs and Defendants hereby jointly stipulate that:

1. Argument will be set for March 3, 2006 at 9:00 A.M. on (a) Plaintiffs' Motion for Summary Adjudication of Defendants' Affirmative Defense Raising the Act of State Doctrine (b) Defendants' Cross-Motion for Summary Judgment on the Act of State Doctrine and (c) Defendants' Renewed Motion for the Court to Request the Views of the United States on the Impact of Adjudication of this Lawsuit on Foreign Relations with Nigeria.

2. Plaintiffs will submit their Reply in Support of their Motion for Summary Adjudication/Opposition to Defendants Motion for Summary Judgment on February 3, 2006.

3. Defendants will submit their Reply in Support of their Motion to Request the Views of the United States on February 3, 2006.

4. Defendants will submit their Reply in Support of their Cross Motion for Summary Judgment on February 17, 2006.

| | |
|---|---|
| Dated: January 20, 2006 | Respectfully submitted, |

By /s/ _____
   Richard Herz

EarthRights International
Attorneys for Plaintiffs


By /s/ _____
   Caroline Mitchell

JONES DAY
Attorneys for Defendants

It is so ordered.

January ___, 2006

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

4

**JOINT STIPULATION AND [PROPOSED] ORDER RE: HEARING DATES**