1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Joshua D. Levine # 239563
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104
4  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  jdlevine@jonesday.com

7  Attorneys for Defendants
   Chevron Corporation and
8  Chevron Investments Inc.

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  LARRY BOWOTO, et al.,                    Case No. C-99-2506 SI

13              Plaintiffs,                  **[PROPOSED] ORDER GRANTING
                                             DEFENDANTS' ADMINISTRATIVE
14       v.                                  REQUEST TO SEAL DOCUMENTS**

15  CHEVRON CORPORATION, et al.,             Date:       February 24, 2006
                                             Time:       9:00 a.m.
16              Defendants.                  Courtroom:  10, 19th floor
                                             Judge:      Honorable Susan Illston

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of
2  Confidential Materials in Connection with February 10, 2006 Motion to Strike ("Administrative
3  Request to Seal Documents"), was duly considered by this Court.
4      IT IS HEREBY ORDERED THAT:
5      The Court grants defendants' February 10, 2006 Administrative Request to Seal
6  Documents.
7      IT IS SO ORDERED.

Dated: February __, 2006

JONES DAY

By: _____
   The Honorable Susan J. Illston
   United States District Court Judge