Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

Judith Brown Chomsky
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8268

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORPORATION, et al.,<br><br>Defendants. | Case No. C-99-2506-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE** |

WHEREAS, plaintiffs filed Judith Brown Chomsky's Rule 1006 Summary in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, or, in the Alternative, Summary Judgment, and for a Determination of the Applicable Law (filed January 27, 2006) ("Summary") on January 31, 2006;

WHEREAS defendants are moving to strike the Summary and submitting objections to it on February 10, 2006;

WHEREAS both parties agree Defendants' Motion to Strike the Summary should be heard at the same time as Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, or, in the Alternative, Summary Judgment, and for a Determination of the Applicable Law, which is February 24, 2006 and

THE PARTIES HEREBY STIPULATE THAT:

1.  Defendants will submit their Motion to Strike and Objections to the Summary, and any declarations or other documents filed in support of that motion, on February 10, 2006;

2.  Defendants will served Judith Chomsky by e-mail with any of the documents identified in Paragraph 1 that are not electronically filed, if any;

3.  Plaintiffs' Opposition to the Motion to Strike will be filed on Friday, February 17, 2006;

4.  Defendants will file their Reply in Support of the Motion to Strike on Tuesday, February 21, 2006.

5.  The Motion to Strike will be heard concurrently with Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, or, in the Alternative, Summary Judgment, and for a Determination of the Applicable Law, on February 24, 2006.

6.  To the extent that Defendants file evidence with their Reply in support of their Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, or, in the Alternative, Summary Judgment, and for a Determination of the Applicable Law, which evidence Plaintiffs contend should have been filed, if at all, with Defendants' moving papers, Plaintiffs reserve the right to seek a new hearing schedule that would allow Plaintiffs to file and brief a motion to strike such evidence and raise objections to it, that could be heard at the same time as Defendants'

Motions to Dismiss and to Strike, and/or to seek an order continuing the hearing to allow Plaintiffs to file a supplemental opposition to defendants' newly submitted evidence.

DATED: February 10, 2006

JONES DAY

By: _____
Caroline N. Mitchell
Attorneys for Defendants

DATED: February 10, 2006

LAW OFFICES OF JUDITH BROWN CHOMSKY

By: _____
Judith Brown Chomsky
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: February 13, 2006

By: *[signature: Susan Illston]*
The Hon. Susan Illston
United States District Court Judge