**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LARRY BOWOTO, et al.,                          No. C 99-02506 SI

9              Plaintiffs,                          **ORDER GRANTING PLAINTIFFS'
                                                    REQUEST FOR EXTENSION TO FILE A**
10      v.                                          **RESPONSE TO  DEFENDANTS'
                                                    MOTION TO COMPEL EXPERT**
11   CHEVRON CORP., et al.,                         **DISCOVERY**

12             Defendants.
                                          /
13

14          On February 7, 2006, defendants filed a letter brief seeking to compel two of plaintiffs' experts

15   to produce email correspondence regarding the subject matter of their expert testimony.  Plaintiffs

16   promptly responded, requesting that the Court deny the motion as untimely or, in the alternative, grant

17   them an extension to file their response until after the Court hears two motions *in limine* concerning the

18   admissibility of the expert testimony.

19          Having considered the matter and for good cause appearing, the Court GRANTS plaintiffs'

20   request for an extension (Docket No. 965).  Plaintiffs may have until March 17, 2006, to file their

21   response to defendants' letter brief.

22

23          **IT IS SO ORDERED.**

24

25   Dated: February 17, 2006

26                                                  *Susan Illston*

27                                                  _____
                                                    SUSAN ILLSTON
28                                                  United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California