```
 1  Robert A. Mittelstaedt (#060359)
    ramittelstaedt@jonesday.com
 2  Caroline N. Mitchell (#143124)
    cnmitchell@jonesday.com
 3  JONES DAY
    555 California Street, 26th Floor
 4  San Francisco, CA 94104
    Telephone: (415) 626-3939
 5  Facsimile: (415) 875-5700

 6  Attorneys for Defendants

 7  Theresa M. Traber (#116305)
    tmt@tvlegal.com
 8  TRABER & VOORHEES
    128 North Fair Oaks Avenue, Suite 204
 9  Pasadena, California 91103
    Telephone: (626) 585-9611
10  Facsimile: (626) 577-7079

11  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE FREED, EBERT AND THE MODEL** |

WHEREAS, Plaintiffs have noticed their Motion *in Limine* to Exclude Testimony by Defendants' Expert Witnesses Gary Freed and Jim Ebert or, in the Alternative, to Confine Their Opinions to Those That Were Ready at the Time They Submitted Their Initial Expert Reports for hearing in this Court on May 19, 2006;

1  WHEREAS, the parties seek to obtain additional days to prepare, file and serve their papers in opposition and reply to this motion;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing Defendants' Opposition will be May 15, 2006.
2. The deadline for filing Plaintiffs' Reply will be May 24, 2006.
3. The hearing shall be scheduled for June 9, 2006.

DATED: April 21, 2006

JONES DAY

By: /s/ Adam R. Sand
    Adam R. Sand
Attorneys for Defendants

DATED: April ___, 2006

HADSELL & STORMER

By: _____
    Lauren Teukolsky
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: April ___, 2006

By: _____
    The Hon. Susan Illston
    United States District Court Judge

SFI-540670v1

2

PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE MODEL
C-99-2506-SI