Theresa M. Traber, Esq. #116305
Bert Voorhees, Esq. #137623
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

Robert A. Mittelstaedt #060359
Craig E. Stewart #129530
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Deborah Scott #800300
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
deborah.scott@chevron.com
Telephone: (925) 842 3413
Facsimile: (925) 842 4562

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRONTEXACO CORPORATION, et al., <br><br> Defendants. | **Case No. C-99-2506-SI** <br><br> **[PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS UNDER F.R.C.P. 56** |

At the Further Case Management Conference on April 14, 2006, the Court ordered that Defendants' Motions for Summary Judgment and/or Summary Adjudication be briefed and heard on the following schedule:

|  | Motion(s) | Opposition | Reply | Hearing |
|---|---|---|---|---|
| Secondary and tertiary theories of liability | May 15 | June 29 | July 24 | August 4 |
| ATS (and TVPA, if necessary), various legal and factual grounds | June 12 | July 24 | August 14 | September 1 |
| Torture and summary execution claims | June 26 | August 7 | August 28 | September 15 |
| ATS, 3rd, 6th-8th causes of action | July 10 | August 21 | September 11 | September 29 |
| RICO claims | July 24 | September 5 | September 25 | October 27 |
| State law claims | August 14 | September 25 | October 16 | November 3 |

By stipulation, the normal page limits will apply to these motions, except the limits for the motions regarding plaintiffs' state law claims will be a total of 35 for the moving papers, 35 for the opposing papers, and 15 for the reply brief(s), whether submitted as a single or multiple motions. The parties have not yet reached agreement as to the page limits for the motion or motions regarding plaintiffs' claims for torture and summary execution.

The Court also scheduled the Pretrial Conference for 3:30 p.m. on March 6, 2007, and set the case for a jury trial beginning at 8:30 a.m. on April 2, 2007.

IT IS SO ORDERED.

Dated: April ___, 2007

_____
SUSAN ILLSTON
United States District Judge

SFI-540445v1

2

[PROPOSED] ORDER SETTING SCHEDULE
FOR DEFENDANTS' RULE 56 MOTIONS
C-99-2506 SI