the opposition and reply briefs and the hearing on these two motions. With these changes, the schedule is as follows:

| | Motion(s) | Opposition | Reply | Hearing |
|---|---|---|---|---|
| Secondary and tertiary theories of liability | May 30 | July 24 | August 14 | September 1 |
| ATS (and TVPA, if necessary), various legal and factual grounds | June 19 | July 31 | August 21 | September 8 |
| Torture and summary execution | June 26 | August 7 | August 28 | September 15 |
| ATS, 3rd, 6th-8th causes of action | July 10 | August 21 | September 11 | September 29 |
| RICO claims | July 24 | September 5 | September 25 | October 27 |
| State law claims | August 14 | September 25 | October 16 | November 3 |

Dated: May 8, 2006

TRABER & VOORHEES

By: _____
Theresa Traber

Attorneys for Plaintiffs

Dated: May 8, 2006

JONES DAY

By: /s/ Robert A. Mittelstaedt
Robert A. Mittelstaedt

Attorneys for Defendants

IT IS SO ORDERED.

Dated: May ___, 2006

_____
SUSAN ILLSTON
United States District Judge

# CERTIFICATE OF SERVICE
# FOR NON-E FILERS

I, Yumi Bennett, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 8, 2006, I served a copy of the within document(s):

1. **[PROPOSED] REVISED AND CORRECTED ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS UNDER F.R.C.P. 56**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below:

Jennifer M. Green, Esq.
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2006 at San Francisco, California.

_/s/ Yumi Bennett_
Yumi Bennett

SFI-540366v1