Robert A. Mittelstaedt, Esq. #060359
Caroline N. Mitchell, Esq. #143124
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>　　　　Defendants. | **Case No. C-99-2506-SI**<br><br>**[PROPOSED] ORDER RESETTING SCHEDULE FOR DEFENDANTS' REMAINING F.R.C.P. 56 MOTIONS** |

　　　　For good cause shown, it is hereby ORDERED that the time for defendants to file their next round of F.R.C.P. 56 motions shall be deferred until three weeks after the Court issues its decisions on the pending motions to dismiss the ATS and TVPA claims and for determination of choice of law. The other briefing and hearing dates set forth in the Revised and Corrected Order Setting Briefing and Hearing Schedule For Defendants' Motions Under F.R.C.P. 56, filed May 12, 2006, shall be moved by the same number of days as the first motion, with the sequencing to remain the same.

　　　　IT IS SO ORDERED.

Dated: 5/24/06 , 2006

_____
SUSAN ILLSTON
United States District Judge

SFI-542301v1

[PROPOSED] ORDER RE SETTING SCHED.
FOR DEFS' REMAINING F.R.C.P. 56
MOTIONS  C-99-2506 SI