**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., | No. C 99-02506 SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO DEPOSE RAYMOND I. WILCOX** |
| v. | |
| CHEVRON CORP., et al., | |
| Defendants. | |

Now before the Court is plaintiffs' motion to compel the deposition of Raymond I. Wilcox, Vice President and Managing Director of the San Ramon Business Unit of defendant Chevron Investments, Inc. ("CII"), during 1998 and 1999. Plaintiffs seek to depose Wilcox in response to defendants' relatively new contention that CII was merely a holding company with no employees during the time periods relevant to this lawsuit, and that many actions previously attributed to CII were actually taken by Chevron USA, Inc.

For the reasons expressed in its order granting plaintiffs leave to file an eighth amended complaint, the Court believes that plaintiffs should be allowed to depose Wilcox. Accordingly, plaintiff's motion to depose Wilcox is GRANTED (Docket No. 848).

**IT IS SO ORDERED.**

Dated: August 21, 2006

SUSAN ILLSTON
United States District Judge