

**Electronic Frontier Foundation**
Protecting Rights and Promoting Freedom on the Electronic Frontier

October 5, 2006

**GRANTED**
*Susan Illston*
Judge Susan Illston

**Via Electronic Filing and Hand Delivery**

The Honorable Susan Illston
United States District Court
for the Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re: *Larry Bowoto, et al., v. ChevronTexaco Corporation*, Case No. C-99-2506 SI
Unopposed Request for Extension of Time to File Reply in Support of Motions
(Dkt# 1219 – 1220)
**Decision Requested by October 10, 2006**

Dear Judge Illston:

We write to request approval for a small extension of time for plaintiffs to file their Reply brief in support of their pending Motion for Leave to File Motion for Reconsideration or in the Alternative for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) (Dkt# 1219 – 1220) until **October 17, 2006**. The brief is currently due on October 13, 2006. The hearing on the motion is set for October 27, 2006.

This request is due to the vacation schedules of the lawyers handling the Reply brief, and was inadvertently left out of the letter brief on scheduling filed last week (Dkt# 1230). Plaintiffs have discussed this with defendants who have indicated that they have no objection, but who have proposed continuing the hearing date by a week so as not to reduce the Court's time to review the papers. Plaintiffs cannot agree to continue the hearing date because of a conflict in the schedule of counsel Paul Hoffman, who will argue the motion for plaintiffs.

This does not affect the schedule for plaintiffs' Reply in Support of the Motion for Certification of Order (Dkt# 1216-1218), which is also scheduled for hearing on October 27, 2006. Plaintiffs will file their Reply brief for that motion on October 13, 2006.

Respectfully submitted,

Cindy A. Cohn

cc: Robert Mittelstaedt
*via electronic filing*

454 Shotwell Street · San Francisco, CA 94110 USA
+1 415 436 9333   +1 415 436 9993   www.eff.org   information@eff.org