IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LARRY BOWOTO, et al., | No. C 99-02506 SI |
|---|---|
| Plaintiffs, | **ORDER RE: DISPOSITIVE MOTION SCHEDULE** |
| v. | |
| CHEVRONTEXACO CORPORATION, et al., | |
| Defendants. / | |

The Court, having considered the letter briefs submitted by the parties, and for good cause shown, hereby **ORDERS** that:

1. The schedule for dispositive motions shall be as follows:

| | **Motion(s)** | **Opposition** | **Reply** | **Hearing** |
|---|---|---|---|---|
| Act of State cross motions and defendants' Motion for U.S. Statement of Interest | 10/27/06 | 11/10/06 | 11/17/06 | 12/01/06 |
| ATS claim | 10/20/06 | 11/29/06 | 12/22/06 | 1/12/07 |
| RICO claim | 10/27/06 | 12/08/06 | 1/26/07 | 1/19/07 |
| State/Nigerian law claims | 11/10/06 | 12/22/06 | 1/26/07 | 2/09/07 |
| Tertiary Liability | 11/22/06 | 1/12/07 | 2/02/07 | 2/16/07 |

2. In accordance with this Court's August 29, 2006 Order (Docket No. 1212), if the parties wish the Court to hear the previously-briefed Act of State cross motions or Motion for U.S. Statement of Interest (Docket Nos. 811, 812, 1033), they must renotice them with the Court. If the parties intend to

1  rely on the same materials submitted in support of the original motions, they may file a short statement
2  to that effect but should also submit another copy of the original materials to chambers.
3    3. The dates for the final pretrial conference and trial are hereby vacated, to be reset at a later
4  date.

**IT IS SO ORDERED.**

Dated: October 11, 2006

               SUSAN ILLSTON
               United States District Judge