1   Robert A. Mittelstaedt (#060359)
    ramittelstaedt@jonesday.com
2   Caroline N. Mitchell (#143124)
    cnmitchell@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone: (415) 626-3939
5   Facsimile: (415) 875-5700

6   Attorneys for Defendants

7   Theresa M. Traber (#116305)
    tmt@tvlegal.com
8   TRABER & VOORHEES
    128 North Fair Oaks Avenue, Suite 204
9   Pasadena, California 91103
    Telephone: (626) 585-9611
10  Facsimile: (626) 577-7079

11  Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15  LARRY BOWOTO, et. al.                  Case No. C-99-2506-SI

16           Plaintiffs,
                                           PARTIES' STIPULATION AND [PROPOSED]
17      v.                                 ORDER REGARDING BRIEFING
                                           SCHEDULE FOR DEFENDANTS' RESPONSE
18  CHEVRON CORPORATION, et al.,           TO EIGHTH AMENDED COMPLAINT

19           Defendants.

20

21

22

23

24

25

26

27

28

WHEREAS, Plaintiffs filed their Eighth Amended Complaint on September 21, 2006;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants' response to the Eighth Amended Complaint was due October 10, 2006;

WHEREAS, Plaintiffs have agreed to an extension of time for Defendants to file a response through October 27, 2006;

THE PARTIES HEREBY STIPULATE THAT:

1. The hearing for Defendants' response to Plaintiffs' Eighth Amended Complaint will be set for January 5, 2007.

2. Defendants' response shall be filed no later than October 27, 2006.

3. The opposition to such response shall be filed no later than December 8, 2006.

4. The reply to such response shall be filed no later than December 22, 2006.

DATED: October 12, 2006

JONES DAY

By: _Caroline Mitchell //LK_
Caroline N. Mitchell
Attorneys for Defendants

DATED: October 12, 2006

TRABER & VOORHEES

By. _____
Theresa M. Traber
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: October __, 2006

By _Susan Illston_
The Hon. Susan Illston
United States District Court Judge

SFI-536277v1

1