# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5710
ramittelstaedt@jonesday.com

JP005576:yb
665326-605013

October 19, 2006

VIA HAND DELIVERY

The Honorable Susan Illston
United States District Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Bowoto v. ChevronTexaco Corp.*: Case No. C-99-2506 SI
         **REQUEST TO INCREASE PAGE LIMITS FOR BRIEF DUE TOMORROW.**

Dear Judge Illston:

    Defendants' motions re the remaining ATS claim—"crimes against humanity" or CAH—are due tomorrow. By agreement, the motions will address both the substantive elements of CAH and the secondary liability issues. We think it is most efficient to include both points in the same motion rather than file two separate briefs. Accordingly, we requested that plaintiffs agree to enlarge the page limits for the single motion to 35 pages, and offered the same enlargement for their opposition. Based on past practice, we did not anticipate any objection from plaintiffs. But this time they flatly refused, without discussion.

    Civil Local Rule 7-4(b) requires prior court approval to exceed the page limit. Accordingly, we hereby request that the page limit for the opening brief and opposition brief be enlarged to 35 pages each, in addition to a statement of facts. Given the local rule, we ask that the approval be granted by tomorrow. We apologize for the late notice, which is the result of our mistaken assumption that plaintiffs would not object.

Very truly yours,

/s/

Robert A. Mittelstaedt

cc: Plaintiffs Counsel

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

SFI-556316v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON