**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO, et al.,                          No. C 99-02506 SI

        Plaintiffs,                          **AMENDED**
                                                **ORDER RE: DISPOSITIVE MOTION**
  v.                                            **SCHEDULE**

CHEVRONTEXACO CORPORATION,
et al.,

        Defendants.
_____/

      The Court, having considered the letter briefs submitted by the parties, and for good cause shown, hereby **ORDERS** that:

      1.  The schedule for dispositive motions shall be as follows:

|  | **Motion(s)** | **Opposition** | **Reply** | **Hearing** |
|---|---|---|---|---|
| Act of State cross motions and defendants' Motion for U.S. Statement of Interest | 10/27/06 | 11/10/06 | 11/17/06 | 12/01/06 |
| ATS claim | 10/20/06 | 11/29/06 | 12/22/06 | 1/12/07 |
| RICO claim | 10/27/06 | 12/08/06 | 1/05/07 | 1/19/07 |
| State/Nigerian law claims | 11/10/06 | 12/22/06 | 1/26/07 | 2/09/07 |
| Tertiary Liability | 11/22/06 | 1/12/07 | 2/02/07 | 2/16/07 |

      2.  In accordance with this Court's August 29, 2006 Order (Docket No. 1212), if the parties wish the Court to hear the previously-briefed Act of State cross motions or Motion for U.S. Statement of Interest (Docket Nos. 811, 812, 1033), they must renotice them with the Court.  If the parties intend to

1  rely on the same materials submitted in support of the original motions, they may file a short statement

2  to that effect.  To the extent the parties rely on the same materials, they need not submit new copies to

3  chambers.

4      3.  The dates for the final pretrial conference and trial are hereby vacated, to be reset  at a later

5  date.

6

7      **IT IS SO ORDERED.**

8

9  Dated: October 23, 2006

10                                             _____
                                              SUSAN ILLSTON
11                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2