Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON INVESTMENTS INC. and CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., | Case No. C-99-2506 SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS** |
| v. | |
| CHEVRON CORPORATION, et al., | Date:         January 12, 2007<br>Time:         9:00 a.m.<br>Courtroom:   10, 19th floor<br>Judge:        Honorable Susan Illston |
| Defendants. | |

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of
2  Confidential Materials in Connection with October 20, 2006, Motion for Summary Judgment on
3  Plaintiffs' Crimes Against Humanity Claims ("Administrative Request to Seal Documents"), was
4  duly considered by this Court.

5  IT IS HEREBY ORDERED THAT:

6  The Court grants defendants' October 20, 2006 Administrative Request to Seal
7  Documents.

8  IT IS SO ORDERED.

10  Dated: October 20, 2006    ~~JONES DAY~~

11                              By: _____
12                                  The Honorable Susan J. Illston
                                    United States District Court Judge

SFI-556290v1

1

[[PROPOSED ] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
UNDER SEAL
C-99-2506-SI