|   |   |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
|   | ramittelstaedt@jonesday.com |
| 2 | Caroline N. Mitchell (State Bar No. 143124) |
|   | cnmitchell@jonesday.com |
| 3 | Noel Rodriguez (State Bar No. 228784) |
|   | nrodriguez@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON
INVESTMENTS INC. and CHEVRON
U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LARRY BOWOTO, et al., | Case No. C-99-2506 SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| CHEVRON CORPORATION, et al., | |
| Defendants. | |

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of
2  Confidential Materials in Connection with the Declaration of Noel Rodriguez n Support of
3  Defendants' Motion for Summary Judgment on RICO Claims filed on October 27, 2006
4  ("Administrative Request to Seal Documents"), was duly considered by this Court.
5  IT IS HEREBY ORDERED THAT:
6  The Court grants defendants' October 27, 2006 Administrative Request to Seal
7  Documents.
8  IT IS SO ORDERED.

9
10 Dated: _____, 2006
11
    _____
    The Honorable Susan J. Illston
12  United States District Court Judge

13 SFI-556612v1

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28