Robert A. Mittelstaedt (State Bar # 060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (State Bar # 143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

Theresa M. Traber (State Bar # 116305)
tmt@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' RESPONSE TO EIGHTH AMENDED COMPLAINT** |

WHEREAS, Plaintiffs filed their Eighth Amended Complaint on September 21, 2006;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants' response to the Eighth Amended Complaint was due October 10, 2006;

WHEREAS, Plaintiffs agreed to an extension of time for Defendants to file a response through October 27, 2006;

WHEREAS, Defendants filed a Motion to Dismiss and a Motion to Strike Portions of Eighth Amended Complaint on October 27, 2006;

WHEREAS, Defendants have agreed to an extension of time for Plaintiffs to file oppositions to Defendants' Motion to Dismiss and Motion to Strike Portions of the Eighth Amended Complaint;

THE PARTIES HEREBY STIPULATE THAT:

1. The hearing for Defendants' Motion to Dismiss and Motion to Strike Portions of Eighth Amended Complaint will be set for February 2, 2007.

2. Plaintiffs' Oppositions to Defendants' Motion to Dismiss and Motion to Strike shall be filed no later than December 22, 2006.

3. Defendants' Reply in Support of Motion to Dismiss and Motion to Strike shall be filed no later than January 17, 2007.

DATED: November 1, 2006        JONES DAY

By:  /S/ Robert A. Mittelstaedt
Robert A. Mittelstaedt
Attorneys for Defendants

DATED: November 1, 2006        HADSELL & STORMER

By:  /S/ Lauren Teukolsky
Lauren Teukolsky
Attorneys for Plaintiffs

IT IS SO ORDERED.
DATED: November ___, 2006      By: /s/ Susan Illston

The Hon. Susan Illston
United States District Court Judge

PARTIES' STIPULATION AND [PROPOSED]
ORDER RE: BRIEFING & HEARING SCHEDULE
C-99-2506-SI

1