Robert A. Mittelstaedt # 60359
Caroline N. Mitchell # 143124
Adam Sand # 197882
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
email: ramittelstaedt@jonesday.com
email: cnmitchell@jonesday.com
email: asand@jonesday.com

Deborah Scott (State Bar No. 800300)
deborah.scott@chevron.com
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
Telephone:   (925) 842 3413
Facsimile:   (925) 842 4562

Attorneys for Defendants
CHEVRON CORPORATION,
CHEVRON INVESTMENTS INC,
AND CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHEVRON CORPORATION, et al.,<br><br>          Defendants. | Case No. C-99-2506 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of
2  Confidential Materials in Connection with Exhibits A-C of the Declaration of Noel Rodriguez in
3  Support of Defendants' Motions for Summary Judgment filed on November 13, 2006
4  ("Administrative Request to Seal Documents"), was duly considered by this Court.
5  IT IS HEREBY ORDERED THAT:
6  The Court grants defendants' November 13, 2006 Administrative Request to Seal
7  Documents.
8  IT IS SO ORDERED.

Dated: _____, 2006

_____
The Honorable Susan J. Illston
United States District Court Judge