Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Adam R. Sand (State Bar No. 217712)
arsand@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON
INVESTMENTS INC. and CHEVRON
U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., | Case No. C-99-2506 SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| CHEVRON CORPORATION, et al., | Date:         February 16, 2007 |
| Defendants. | Time:         9:00 a.m.<br>Courtroom: 10, 19th floor<br>Judge:        Honorable Susan Illston |

Defendants' Miscellaneous Administrative Request Regarding the Protection of Confidential Materials Filed in Connection with Defendants' Motion for Summary Judgment on Plaintiffs' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories ("Administrative Request to Seal Documents"), was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants defendants' November 22, 2006 Administrative Request to Seal Documents.

IT IS SO ORDERED.

Dated: _____, 2006

By: *Susan Illston*
The Honorable Susan J. Illston
United States District Court Judge

SFI-557679v1