PAUL L. HOFFMAN, ESQ. [S.B.# 71244]
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

[Counsel For Plaintiffs Continued On Next Page]

Attorneys for All Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY BOWOTO, et. al.,<br><br>    Plaintiffs,<br> v.<br>CHEVRON CORPORATION, et al.<br><br>    Defendants. | Case No: C 99-02506 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF LAUREN TEUKOLSKY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: CRIMES AGAINST HUMANITY; EVIDENCE RULE 1006 SUMMARY REGARDING VOLUMINOUS DOCUMENTS (MILITARY PAYMENTS)**<br><br>Date: January 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th floor<br>Judge: Honorable Susan Illston |

**PROP. ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

| | |
|---|---|
| Counsel for Plaintiffs<br>(continued from first page)<br><br>BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]<br>bhadsell@hadsellstormer.com<br>PATRICK DUNLEVY, ESQ. [S.B. #162722]<br>pdunlevy@hadsellstormer.com<br>LAUREN TEUKOLSKY, ESQ. [S.B. #211381]<br>lauren@hadsellstormer.com<br>LAW OFFICE OF HADSELL & STORMER, INC.<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103-3664<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br><br>THERESA TRABER, ESQ. [S.B.#116305]<br>tmt@tvlegal.com<br>BERT VOORHEES, ESQ. [S.B. #137623]<br>bv@tvlegal.com<br>JOCELYN SPERLING, ESQ. [S.B. #211714]<br>js@tvlegal.com<br>TRABER & VOORHEES<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103<br>Telephone: (626) 585-9611<br>Facsimile: (626) 577-7079<br><br>CINDY A. COHN, ESQ. [S.B.#145997]<br>cindy@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell St.<br>San Francisco, California 94110<br>Telephone: (415) 436-9333, Ext. 108<br>Facsimile: (415) 436-9993<br><br>RICHARD HERZ, ESQ.<br>rick@earthrights.org<br>MARCO SIMONS, ESQ. [S.B. #237314]<br>marco@earthrights.org<br>EARTHRIGHTS INTERNATIONAL<br>1612 K Street N.W., Suite 401<br>Washington, DC 20006<br>Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189<br><br>MICHAEL S. SORGEN, ESQ. [S.B. #43107]<br>msorgen@sorgen.net<br>JOSHUA SONDHEIMER, ESQ. [S.B. #15200]<br>jsondheimer@sorgen.net<br>LAW OFFICES OF MICHAEL S. SORGEN<br>240 Stockton Street, 9th Floor<br>San Francisco, California 94108<br>Telephone: (415) 956-1360 | JUDITH BROWN CHOMSKY, ESQ.<br>jchomsky@igc.org<br>LAW OFFICES OF JUDITH BROWN CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368<br><br>JENNIFER M. GREEN, ESQ.<br>jgreen@ccr-ny.org<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499<br><br>ROBERT D. NEWMAN, ESQ.<br>[S.B. #086534]<br>rnewman@wclp.org<br>LAW OFFICE OF ROBERT D. NEWMAN<br>3701 Wilshire Blvd., Suite 208<br>Los Angeles, California 90010<br>Telephone: (213) 487-4727<br>Facsimile: (213) 487-0242<br><br>ANTHONY DICAPRIO, ESQ.<br>ad@humanrightslawyers.com<br>RATNER, DICAPRIO & CHOMSKY, LLP<br>110 E. 59th Street<br>New York, NY 10022<br>Telephone: (212) 604 9466<br>Facsimile: (212) 604 9467 |

**PROP. ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

# ORDER

For the reasons stated in **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF LAUREN TEUKOLSKY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: CRIMES AGAINST HUMANITY; EVIDENCE RULE 1006 SUMMARY REGARDING VOLUMINOUS DOCUMENTS (MILITARY PAYMENTS)**, the Court hereby GRANTS plaintiffs' motion.

DATED:



_____
The Hon. Susan Illston
United States District Judge

1
**PROP. ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**