1   Robert A. Mittelstaedt (#060359)
    ramittelstaedt@jonesday.com
2   Caroline N. Mitchell (#143124)
    cnmitchell@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone:  (415) 626-3939
5   Facsimile:  (415) 875-5700

6   Attorneys for Defendants

7   BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
    bhadsell@hadsellstormer.com
8   LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
    lauren@hadsellstormer.com
9   LAW OFFICE OF HADSELL & STORMER, INC.
10  128 North Fair Oaks Avenue, Suite 204
    Pasadena, California  91103-3664
11  Telephone:  (626) 585-9600
    Facsimile:  (626) 585-9600
12
13  Attorneys for Plaintiffs

14

15                  **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18  LARRY BOWOTO, et. al.                    **Case No. C-99-2506-SI**

19                   Plaintiffs,
                                             **PARTIES' STIPULATION AND [PROPOSED]**
20            v.                             **ORDER ON BRIEFING SCHEDULE FOR**
                                             **DEFENDANTS' MOTIONS FOR SUMMARY**
21  CHEVRONTEXACO CORPORATION, et            **JUDGMENT RE: RICO AND CLAIMS 10-17**

22  al.,

23                   Defendants.

24         WHEREAS, defendants filed a motion for summary judgment regarding plaintiffs' RICO

25  claims on October 27, 2006;

26         WHEREAS, plaintiffs' opposition to defendants' motion for summary judgment on RICO

27  is currently due December 8, 2006;

28
    SFI-558312v1                          1          STIP AND ORDER ON BRIEFING SCHEDULE FOR
                                                     DEFENDANTS' MOTIONS FOR SUMMARY
                                                     JUDGMENT RE: RICO AND CLAIMS 10-17
                                                     C-99-2506-SI

WHEREAS, defendants' reply on the RICO motion is currently due January 5, 2007;

WHEREAS, the hearing on defendants' motion for summary judgment on RICO is currently set for January 19, 2007;

WHEREAS, defendants have agreed to an extension of time for plaintiffs to file their opposition to defendants' motion for summary judgment on RICO through December 18, 2006;

WHEREAS, plaintiffs have agreed to a like extension of time for defendants to file their reply on the RICO summary judgment motion through January 25, 2007;

WHEREAS, defendants filed a motion for summary judgment regarding plaintiffs' Claims 10-17 (the State/Nigerian law claims) on November 22, 2006;

WHEREAS, plaintiffs' opposition to defendants' motion for summary judgment on Claims 10-17 is currently due December 29, 2006;

WHEREAS, defendants' reply on the motion re: Claims 10-17 is currently due January 26, 2007;

WHEREAS, defendants have agreed to an extension of time for plaintiffs to file their opposition to defendants' motion for summary judgment on Claims 10-17 through January 8, 2007;

WHEREAS, plaintiffs have agreed to a like extension of time for defendants to file their reply on the summary judgment motion re: Claims 10-17 through February 15, 2007;

WHEREAS, the hearing on defendants' motion for summary judgment on Claims 10-17 is currently set for February 9, 2007;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing plaintiffs' opposition to defendants' motion for summary judgment regarding RICO is extended from December 8, 2006 to December 18, 2006;

2. The deadline for filing defendants' reply on their motion for summary judgment regarding RICO is extended from January 5, 2007 to January 25, 2007;

3. The hearing on defendants' motion for summary judgment regarding RICO is continued from January 19, 2007 to February 9, 2007;

1      4.  The deadline for filing plaintiffs' opposition to defendants' motion for summary

2 judgment regarding Claims 10-17 is extended from December 29, 2006 to January 8, 2007;

3      5.  The deadline for filing defendants' reply on their motion for summary judgment

4 regarding Claims 10-17 is extended from January 26, 2007 to February 15, 2007;

5      6.  The hearing on defendants' motion for summary judgment regarding Claims 10-17 is

6 continued from February 9, 2007 to March 2, 2007.

7

8 DATED:  December 6, 2006        JONES DAY

9

10                   By:  /s/ Caroline N. Mitchell
                           Caroline N. Mitchell

11                           Attorneys for Defendants

12 DATED:  December 6, 2006        HADSELL & STORMER

13

14                   By: _____
                           Lauren Teukolsky

15                           Attorneys for Plaintiffs

16 IT IS SO ORDERED.

17 DATED:  December __, 2006

18 _____
   The Hon. Susan Illston

19   United States District Court Judge

20

21

22

23

24

25

26

27

28

SFI-558312v1

STIP AND ORDER ON BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT RE: RICO AND CLAIMS 10-17
C-99-2506-SI