Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
lauren@hadsellstormer.com
LAW OFFICE OF HADSELL & STORMER, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Telephone: (626) 585-9600
Facsimile: (626) 585-9600

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT RE: CRIMES AGAINST HUMANITY AND TERTIARY LIABILITY** |

WHEREAS, the parties have agreed that additional time is needed for the briefing related to defendants' motions for summary judgment on Crimes Against Humanity and Tertiary Liability Theories;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing defendants' reply on the Crimes Against Humanity motion is extended from December 22, 2006 to January 19, 2007;

2. The hearing for defendants' motion for summary judgment on Crimes Against Humanity is continued from January 12, 2007 to February 2, 2007;

3. The deadline for filing plaintiffs' opposition to defendants' motion on Tertiary Liability Theories is extended from January 12, 2007 to February 2, 2007;

4. The deadline for filing defendants' reply on the Tertiary Liability Theories motion is extended from February 2, 2007 to March 9, 2007;

5. The hearing for defendants' motion for summary judgment on Tertiary Liability Theories is continued from February 16, 2007 to March 23, 2007;

6. Accordingly, the new schedule for dispositive motions is as follows:

|  | Motion(s) | Opposition | Reply | Hearing |
| --- | --- | --- | --- | --- |
| ATS claim/Crimes Against Humanity Claim | 10/20/06 | 11/29/06 | 1/19/07 | 2/02/07 |
| RICO claim | 10/27/06 | 12/18/06 | 1/25/07 | 2/09/07 |
| State/Nigerian law claims | 11/22/06 | 1/08/07 | 2/15/07 | 3/02/07 |
| Tertiary Liability | 11/22/06 | 2/02/07 | 3/09/07 | 3/23/07 |

DATED: December 13, 2006

JONES DAY

By: ___/s/ Caroline N. Mitchell___
    Caroline N. Mitchell
Attorneys for Defendants

DATED: December 13, 2006

ELECTRONIC FRONTIER FOUNDATION

By: ___/s/ Cindy Cohn___
    Cindy Cohn
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: December __, 2006

_____
The Hon. Susan Illston
United States District Court Judge

SFI-558625v1

2

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**
**C-99-2506-SI**