PAUL HOFFMAN, ESQ. [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

[Counsel For Plaintiffs Continued On Next Page]

Attorneys for All Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, et al. <br><br> Defendants. | Case No: C 99-02506 SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PAUL L. HOFFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: CRIMES AGAINST HUMANITY AND EXHIBITS THERETO - VOLUME XIII** <br><br> Date: January 12, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 10, 19th floor <br> Judge: Honorable Susan Illston |

| | |
|---|---|
| Counsel for Plaintiffs<br>(continued from first page)<br>BARBARA E. HADSELL., ESQ. [S.B. #086021]<br>bhadsell@hadsellstormer.com<br>DAN STORMER, ESQ. [S.B. #101967]<br>dstormer@hadsellstomer.com<br>PATRICK DUNLEVY, ESQ. [S.B. #162722]<br>pdunlevy@hadsellstormer.com<br>LAUREN TEUKOLSKY, ESQ. [S.B. #211381]<br>lauren@hadsellstormer.com<br>HADSELL & STORMER, INC.<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103-3664<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079 | JOSE LUIS FUENTES, ESQ. [S.B.#192236]<br>jlf499@sbcglobal.net<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br><br>ELIZABETH C. GUARNIERI [S.B. #208733]<br>ecg@classcounsel.com<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710 |
| THERESA TRABER, ESQ. [S.B.#116305]<br>tmt@tvlegal.com<br>BERT VOORHEES, ESQ. [S.B. #137623]<br>bv@tvlegal.com<br>LAURA FAER, ESQ. [S.B. # 233846]<br>lf@tvlegal.com<br>TRABER & VOORHEES<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103<br>Telephone: (626) 585-9611<br>Facsimile: (626) 577-7079 | JUDITH BROWN CHOMSKY, ESQ.<br>jchomsky@igc.org<br>LAW OFFICES OF JUDITH B. CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368<br><br>JENNIFER M. GREEN, ESQ.<br>jgreen@ccr-ny.org<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499 |
| CINDY A. COHN, ESQ. [S.B.#145997]<br>cindy@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell St.<br>San Francisco, California 94110<br>Telephone: (415) 436-9333, Ext. 108<br>Facsimile: (415) 436-9993 | ROBERT D. NEWMAN, ESQ. [S.B. #086534]<br>rnewman@wclp.org<br>LAW OFFICE OF ROBERT D. NEWMAN<br>3701 Wilshire Blvd., Suite 208<br>Los Angeles, California 90010<br>Telephone: (213) 487-4727<br>Facsimile: (213) 487-0242 |
| RICHARD HERZ, ESQ.<br>rick@earthrights.org<br>MARCO SIMONS, ESQ. [S.B. #237314]<br>marco@earthrights.org<br>EARTHRIGHTS INTERNATIONAL<br>1612 K Street N.W., Suite 401<br>Washington, DC 20006<br>Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189 | ANTHONY DICAPRIO, ESQ.<br>ad@humanrightslawyers.com<br>RATNER, DICAPRIO & CHOMSKY, LLP<br>110 E. 59th Street<br>New York, NY 10022<br>Telephone: (212) 604 9466<br>Facsimile: (212) 604 9467 |
| MICHAEL S. SORGEN, ESQ. [S.B. #43107]<br>msorgen@sorgen.net<br>JOSHUA SONDHEIMER, ESQ. [S.B. #15200]<br>jsondheimer@sorgen.net<br>LAW OFFICES OF MICHAEL S. SORGEN<br>240 Stockton Street, 9th Floor<br>San Francisco, California 94108<br>Telephone: (415) 956-1360<br>Facsimile: (415) 956-6342 | RICHARD R. WIEBE [S.B. #121156]<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R WIEBE<br>425 California Street, #2025<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200 |

**ORDER**

For the reasons stated in **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF PAUL L. HOFFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: CRIMES AGAINST HUMANITY AND EXHIBITS THERETO**, **VOLUME XIII,** the Court hereby GRANTS plaintiffs' motion.

DATED:

_____
The Hon. Susan Illston
United States District Judge

**NTC MAN FILING HOFFMAN DEC SUPP PLTFS OPP MSJ CRIMES**

1