1  Robert A. Mittelstaedt (#060359)
   ramittelstaedt@jonesday.com
2  Caroline N. Mitchell (#143124)
   cnmitchell@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700

6  Attorneys for Defendants

7  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   bhadsell@hadsellstormer.com
8  LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
   lauren@hadsellstormer.com
9  LAW OFFICE OF HADSELL & STORMER, INC.
10 128 North Fair Oaks Avenue, Suite 204
   Pasadena, California 91103-3664
11 Telephone: (626) 585-9600
   Facsimile: (626) 585-9600
12
   Attorneys for Plaintiffs
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: TERTIARY LIABILITY** |

WHEREAS, the parties have agreed that additional time is needed for the briefing related to defendants' motion for summary judgment on Tertiary Liability Theories;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing plaintiffs' opposition to defendants' motion on Tertiary Liability Theories is extended from February 2, 2007 to February 16, 2007;

2. The deadline for filing defendants' reply on the Tertiary Liability Theories motion is extended from March 9, 2007 to April 6, 2007;

3. The hearing for defendants' motion for summary judgment on Tertiary Liability Theories is continued from March 23, 2007 to April 20, 2007;

4. Accordingly, the new schedule for dispositive motions is as follows:

|  | Motion(s) | Opposition | Reply | Hearing |
| --- | --- | --- | --- | --- |
| ATS claim/Crimes Against Humanity Claim | 10/20/06 | 11/29/06 | 1/19/07 | 2/02/07 |
| RICO claim | 10/27/06 | 12/18/06 | 1/25/07 | 2/09/07 |
| State/Nigerian law claims | 11/22/06 | 1/08/07 | 2/15/07 | 3/02/07 |
| Tertiary Liability | 11/22/06 | 2/16/07 | 4/06/07 | 4/20/07 |

DATED: January 9, 2007

JONES DAY

By: ___/s/ Caroline N. Mitchell_____
    Caroline N. Mitchell
Attorneys for Defendants

DATED: January 9, 2007

TRABER & VOORHEES

By: ___/s/ Theresa M. Traber_____
    Theresa M. Traber
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: January ___, 2007

_____
The Hon. Susan Illston
United States District Court Judge

SFI-559601v1

2

**STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE
C-99-2506-SI**