Robert A. Mittelstaedt (# 060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (# 143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
lauren@hadsellstormer.com
LAW OFFICE OF HADSELL & STORMER, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Telephone: (626) 585-9600
Facsimile: (626) 585-9600

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF EIGHTH AMENDED COMPLAINT AND PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF PART A(4) OF THE COURT'S ORDER OF AUGUST 19, 2002** |

WHEREAS, plaintiffs have agreed to defendants' request for additional time for the briefing related to defendants' motion to dismiss (dkt. 1276) and motion to strike (dkt. 1272) and plaintiffs' motion for leave to file a motion for reconsideration of part A(4) of the court's order of August 19, 2002 (dkt. 1446);

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing defendants' opposition to plaintiffs' motion for leave to file a motion for reconsideration of part A(4) of the court's order is extended from January 12, 2007 to January 26, 2007;

2. The deadline for filing plaintiffs' reply to motion for leave to file a motion for reconsideration of part A(4) of the court's order is extended from January 19, 2007 to February 9, 2007;

3. The hearing for plaintiffs' motion for leave to file a motion for reconsideration of part A(4) of the court's order is continued from February 2, 2007 to February 23, 2007;

4. The deadline for filing defendants' reply to motion to dismiss is extended from January 17, 2007 to January 31, 2007;

5. The hearing for defendants' motion to dismiss is continued from February 2, 2007 to February 23, 2007;

6. The deadline for filing defendants' reply to motion to strike is extended from January 17, 2007 to January 31, 2007;

7. The hearing for defendants' motion to strike is continued from February 2, 2007 to February 23, 2007;

8. Accordingly, the new schedule for these motions is as follows:

|  | Motion | Opposition | Reply | Hearing |
|---|---|---|---|---|
| Defs.' Mot. to Dismiss Portions of 8th Amd. Cmpl. | 10/27/06 | 12/22/06 | 1/31/07 | 2/23/07 |
| Defs.' Mot. to Strike Portions of 8th Amd. Cmpl. | 10/27/06 | 12/22/06 | 1/31/07 | 2/23/07 |
| Pls.' Mot. for Leave/Reconsideration | 12/22/06 | 1/26/07 | 2/9/07 | 2/23/07 |

DATED: January 11, 2007

JONES DAY

By: ____/s/ Caroline N. Mitchell_____
    Caroline N. Mitchell
Attorneys for Defendants

DATED: January 11, 2007

HADSELL & STORMER

By: ____/s/ Lauren Teukolsky_____
    Lauren Teukolsky
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: January ___, 2007

    The Hon. Susan Illston
    United States District Court Judge

SFI-559692v1

3

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**
**C-99-2506-SI**