Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

JUDITH BROWN CHOMSKY, ESQ.
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

[Counsel For Plaintiffs Continued On Final Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRONTEXACO CORPORATION, et al., and MOES 1-50, <br><br> Defendants. | Case No. C 99-02506 SI <br><br> **STIPULATION AND [PROPOSED] ORDER WITHDRAWING CHOMSKY DECLARATION EXHIBITS 26, 58, 66 AND PORTIONS OF EXHIBIT 15** |

**WHEREAS** plaintiffs have agreed to withdraw the following exhibits and portion of an exhibit filed with the Declaration of Judith Brown Chomsky in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement on Plaintiffs' Claim of Crimes Against Humanity [Dkt. #1391] filed November 29, 2006: Exhibits 26, 58 and 66 and pages 1680-1772, 1776-1779, 1783-1796 and 1799 from Exhibit 15.

//

SFI-559456v1

STIPULATION AND [PROPOSED] ORDER
WITHDRAWING EXHIBITS
C 99-02506 SI

1  **ACCORDINGLY**, it is hereby stipulated that the above-cited exhibits and pages are
2  withdrawn.
3
4  Dated: January 12, 2007          JONES DAY
5
6                                   By: _____
                                     Caroline N. Mitchell
7
                                     Attorneys for Defendants
8
9  Dated: January 12, 2007          LAW OFFICES OF JUDITH BROWN
                                     CHOMSKY
10
11                                   By: _____
                                     Judith Brown Chomsky
12
                                     Attorneys for Plaintiffs
13
14
15  **IT IS HEREBY SO ORDERED.**

16  Dated: January ___, 2007

17
18                                   _____
                                     Honorable Susan Illston
19                                   United States District Court Judge
20
21
22
23
24
25
26
27
28

SFI-559456v1

STIPULATION AND [PROPOSED] ORDER
WITHDRAWING EXHIBITS
C 99-02506 SI

1

2  Dan Stormer, Esq. [S.B.#101967]  THERESA TRABER, ESQ. [S.B.#116305]
   Barbara Enloe Hadsell. Esq. [S.B. #086021]  BERT VOORHEES, ESQ. [S.B. #137623]
3  Patrick Dunlevy, Esq. [S.B. #162722]  TRABER & VOORHEES
   Lauren Teukolsky, Esq. [S.B. #211381]  128 North Fair Oaks Avenue, Suite 204
4  LAW OFFICE OF HADSELL & STORMER,  Pasadena, California 91103
   INC.  Telephone: (626) 585-9611
5  128 North Fair Oaks Avenue, Suite 204  Facsimile: (626) 577-7079
   Pasadena, California 91103-3664
6  Telephone: (626) 585-9600  JENNIFER M. GREEN, ESQ.
   Facsimile: (626) 585-9600  CENTER FOR CONSTITUTIONAL RIGHTS
7                                          666 Broadway, 7th Floor
                                           New York, NY 10012
   RICHARD HERZ, ESQ.  Telephone: (212) 614-6431
8  EARTHRIGHTS INTERNATIONAL  Facsimile: (212) 614-6499
   1612 K St. N.W., Suite 401
9  Washington, DC 20006
   Telephone: (202) 466-5188  MICHAEL S. SORGEN, ESQ. [S.B.
10 Facsimile: (202) 466-5189  #43107]
                              JOSHUA SONDHEIMER
11 JOSE LUIS FUENTES, ESQ. [S.B.#192236]  LAW OFFICES OF MICHAEL S. SORGEN
   SIEGEL AND YEE  240 Stockton Street, 9th Floor
12 499 14th Street, Suite 220  San Francisco, California 94108
   Oakland, CA 94612  Telephone: (415) 956-1360
13 Telephone: (510) 839-1200  Facsimile: (415) 956-6342
   Telefax: (510) 444-6698
14
   CINDY A. COHN, ESQ. [S.B.#145997]
15 ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell St.
16 San Francisco, California 94110
   Telephone: (415) 436-9333, Ext. 108
17 Facsimile: (415) 436-9993

18

19

20

21

22

23

24

25

26

27

28

SFI-559456v1

STIPULATION AND [PROPOSED] ORDER
WITHDRAWING EXHIBITS
C 99-02506 SI