**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO, et al.,                                    No. C 99-02506 SI

          Plaintiffs,                          **ORDER RE:  REPLY EVIDENCE**

   v.

CHEVRON CORPORATION, et al.,

          Defendants.
                                  /

      This order addresses the parties' general concern over what evidence defendants may submit in connection with their replies in support of upcoming motions for summary judgment.  In light of the large amounts of evidence involved in this case, concerns with judicial economy and fundamental fairness to the non-moving party mandate that the Court ORDER defendants to refrain from filing any evidentiary material in connection with upcoming reply briefs.

      Defendants have already filed their reply materials in connection with two summary judgment motions, currently scheduled for hearing on February 2 and February 9, 2007.  A separate order addresses the February 2, 2007 motion.  With respect to the February 9, 2007 motion, the Court hereby ORDERS that plaintiffs may file a response to the evidence submitted by defendants along with their reply.  Plaintiffs must file such response, if any, by February 6, 2007.  The hearing on the RICO claim shall remain as scheduled, on February 9, 2007.

      **IT IS SO ORDERED.**

Dated: February 21, 2007

                                     _____

                                  SUSAN ILLSTON
                                  United States District Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2