1 | Robert A. Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
2 | Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
3 | JONES DAY
555 California Street, 26th Floor
4 | San Francisco, CA 94104
Telephone: (415) 626-3939
5 | Facsimile: (415) 875-5700

6 | Attorneys for Defendants

7 | Barbara Enloe Hadsell, ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
8 | Lauren Teukolsky, ESQ. [S.B. #211381]
lauren@hadsellstormer.com
9 | LAW OFFICE OF HADSELL & STORMER, INC.
10 | 128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
11 | Telephone: (626) 585-9600
Facsimile: (626) 585-9600
12
13 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al. | **Case No. C-99-2506-SI** |
| Plaintiffs, | |
| v. | **PARTIES' STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: TERTIARY LIABILITY (DKT. 1385)** |
| CHEVRONTEXACO CORPORATION, et al., | |
| Defendants. | |

WHEREAS, the parties have agreed that additional time is needed for the briefing related to defendants' motion for summary judgment on Tertiary Liability Theories (Dkt. 1385);

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing plaintiffs' opposition to defendants' motion on Tertiary Liability Theories is extended from February 16, 2007 to March 2, 2007;

2. The deadline for filing defendants' reply on the Tertiary Liability Theories motion is extended from April 6, 2007 to May 4, 2007;

3. The hearing for defendants' motion for summary judgment on Tertiary Liability Theories is continued from April 20, 2007 to May 18, 2007.

DATED: February 6, 2007

JONES DAY

By: /s/ Caroline N. Mitchell
    Caroline N. Mitchell
    Attorneys for Defendants

DATED: February 6, 2007

TRABER & VOORHEES

By: /s/ Theresa M. Traber
    Theresa M. Traber
    Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: February ____, 2007

The Hon. Susan Illston
United States District Court Judge

SFI-560862v1

2

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**
**C-99-2506-SI**