Robert A. Mittelstaedt (# 060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (# 143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

BARBARA ENLOE HADSELL., ESQ. (# 086021)
bhadsell@hadsellstormer.com
LAUREN TEUKOLSKY, ESQ. (# 211381)
lauren@hadsellstormer.com
LAW OFFICE OF HADSELL & STORMER, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Telephone: (626) 585-9600
Facsimile: (626) 585-9600

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER ON PAGE LIMIT FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS 10-17** |

| | |
|---|---|
| 1 | WHEREAS, the Court's Order (Dkt. 1349) permitted 35 pages for Defendants' Motion for Summary Judgment on Claims 10-17 (Dkt. 1353) and 35 pages for Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 1452), but did not set a page limit for Defendants' Reply in Support of Motion for Summary Judgment on Claims 10-17; and |

WHEREAS, the Court's Order (Dkt. 1349) permitted 35 pages for Defendants' Motion for Summary Judgment on Claims 10-17 (Dkt. 1353) and 35 pages for Plaintiffs' Opposition to Motion for Summary Judgment (Dkt. 1452), but did not set a page limit for Defendants' Reply in Support of Motion for Summary Judgment on Claims 10-17; and

WHEREAS, plaintiffs have agreed to defendants' request for 20 pages for its Reply in Support of Motion for Summary Judgment on Claims 10-17 due on February 15, 2007;

THE PARTIES HEREBY STIPULATE THAT:

1. Defendants may have 20 pages for their Reply in Support of Motion for Summary Judgment on Claims 10-17 due on February 15, 2007.

DATED: February 7, 2007

JONES DAY

By: /s/ Caroline N. Mitchell
Caroline N. Mitchell
Attorneys for Defendants

DATED: February 7, 2007

LAW OFFICE OF HADSELL & STORMER, INC.

By: /s/ Lauren Teukolsky
Lauren Teukolsky
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: February ___, 2007

_[signature]_

The Hon. Susan Illston
United States District Court Judge

**CERTIFICATE OF SERVICE
FOR NON-E FILERS**

I, Yumi Bennett, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 7, 2007, I served a copy of the within document(s):

1. **PARTIES' STIPULATION AND [PROPOSED] ORDER ON PAGE LIMIT FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS 10-17**

☒ in a sealed envelope, postage fully paid, addressed as follows:

Jennifer M. Green, Esq
CENTER FOR
CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 7, 2007 at San Francisco, California.

_Yumi Bennett_

SFI-518815v21

- 2 -