1 Richard Herz
rick@earthrights.org
2 Marco Simons
marco@earthrights.org
3 EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
4 Washington, DC 20006
Telephone: (202) 466-5188
5 Facsimile: (202) 466-5189

6 Attorneys for Plaintiffs

7 Robert A. Mittelstaedt
ramittelstaedt@JonesDay.com
8 Caroline N. Mitchell
cnmitchell@JonesDay.com
9 JONES DAY
555 California Street, 26th Floor
10 San Francisco, CA 94104
Telephone: (415) 626-3939
11 Facsimile: (415) 875-5700

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, et al. <br><br> Defendants. | Case No: C 99-02506 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' SURREPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PORTIONS OF EIGHTH AMENDED COMPLAINT** <br><br> Date: February 23, 2007 <br> Time: 9:00 a.m. <br> Courtroom: 10, 19th floor <br> Judge: Honorable Susan Illston |

THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiffs have requested, and defendants have agreed, that plaintiffs may file a surreply memorandum of up to eight pages in response to defendants' Reply in Support of Motion to Dismiss Portions of Eighth Amended Complaint (dkt. no. 1527) and Reply in Support of Motion to Strike Portions of Eighth Amended Complaint (dkt. no. 1531). The surreply shall be filed on or before February 20, 2007.

2. Defendants do not by this stipulation concede that plaintiffs are legally entitled to file a surreply, or that the aforementioned reply briefs present improper new arguments or include other improper argumentation. Plaintiffs do not by this stipulation or by their surreply waive their position that defendants' briefs contain improper material that should be stricken.

Dated: February 20, 2007

EARTHRIGHTS INTERNATIONAL

By: /s/ Marco Simons
Marco Simons
Attorneys for Plaintiffs

Dated: February 20, 2007

JONES DAY

By: /s/ Caroline Mitchell
Caroline Mitchell
Attorneys for Defendants

IT IS SO ORDERED.

Dated: February ___, 2007

By: /s/ Susan Illston
The Hon. Susan Illston
Judge of the United States District Court for the
Northern District of California

STIP. & [PROP.] ORDER RE PLS.' SURREPLY
IN OPP'N TO DEFTS.' MOT. TO DISMISS
& MOT. TO STRIKE 8TH AMENDED COMPL.
Case No: C 99-02506 SI

-1-