Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
lauren@hadsellstormer.com
LAW OFFICE OF HADSELL & STORMER, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Telephone: (626) 585-9600
Facsimile: (626) 585-9600

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY BOWOTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRONTEXACO CORPORATION, et al., <br><br> Defendants. | **Case No. C-99-2506-SI** <br><br> **PARTIES' STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: TERTIARY LIABILITY** |

WHEREAS, the parties have agreed that additional time is needed for plaintiffs to prepare and file their papers in opposition to defendants' motion for summary judgment on Tertiary Liability Theories;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing plaintiffs' opposition to defendants' Corrected Defendants' Notice Of Motion And Motion For Summary Judgment On Plaintiffs' Tertiary Liability Theories [Docket No. 1385] is extended from March 2, 2007 to March 5, 2007;

2. The deadline for filing defendants' reply on the Corrected Defendants' Notice Of Motion And Motion For Summary Judgment On Plaintiffs' Tertiary Liability Theories [Docket No. 1385] is extended from May 4, 2007 to May 7, 2007;

3. The hearing for defendants' Corrected Defendants' Notice Of Motion And Motion For Summary Judgment On Plaintiffs' Tertiary Liability Theories [Docket No. 1385] shall remain on May 18, 2007.

DATED: March 5, 2007

JONES DAY

By: ___/s/ Caroline N. Mitchell___
    Caroline N. Mitchell
Attorneys for Defendants

DATED: March 5, 2007

TRABER & VOORHEES

By: ___/s/ Theresa M. Traber___
    Theresa M. Traber
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: March ___, 2007

_____
The Hon. Susan Illston
United States District Court Judge