1  Robert A. Mittelstaedt (#060359)
   ramittelstaedt@jonesday.com
2  Caroline N. Mitchell (#143124)
   cnmitchell@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700

6  Attorneys for Defendants

7  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   bhadsell@hadsellstormer.com
8  LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
   lauren@hadsellstormer.com
9  LAW OFFICE OF HADSELL & STORMER, INC.
10 128 North Fair Oaks Avenue, Suite 204
   Pasadena, California 91103-3664
11 Telephone: (626) 585-9600
   Facsimile: (626) 585-9600
12
13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER ON HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' TERTIARY LIABILITY THEORIES** |

|   |   |
|---|---|
| 1 | WHEREAS, Defendants' counsel is unable to attend the currently scheduled May 18, 2007 hearing for Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories (Dkt. No. 1385); |

WHEREAS, all parties are able to attend a June 8 hearing for Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories;

THE PARTIES HEREBY STIPULATE THAT:

The hearing date for Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories will be held on June 8, 2007 at 9:00 am.

DATED: April 25, 2007        JONES DAY

By: ___/s/ Caroline N. Mitchell_____
    Caroline N. Mitchell
    Attorneys for Defendants

DATED: April 25, 2007        LAW OFFICE OF HADSELL & STORMER, INC.

By: ___/s/ Barbara Hadsell_____
    Barbara Hadsell
    Attorneys for Plaintiffs

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JONES DAY

By: ___/s/ Caroline N. Mitchell_____
    Caroline N. Mitchell
    Attorneys for Defendants

IT IS SO ORDERED.

DATED: April __, 2007

_Susan Illston_ (signature)
The Hon. Susan Illston
United States District Court Judge