```
1   Robert A. Mittelstaedt (#060359)
    ramittelstaedt@jonesday.com
2   Caroline N. Mitchell (#143124)
    cnmitchell@jonesday.com
3   Lara Kollios (#235395)
    lkollios@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA 94104-1500
    Telephone:  (415) 626-3939
6   Facsimile:  (415) 875-5700

7   Attorneys for Defendants

8   THERESA TRABER, ESQ. [S.B.#116305]
    tmt@tvlegal.com
9   BERT VOORHEES, ESQ. [S.B. #137623]
    bv@tvlegal.com
10  TRABER & VOORHEES
    128 North Fair Oaks Avenue, Suite 204
11  Pasadena, California 91103
    Telephone:  (626) 585-9611
12  Facsimile:  (626) 577-7079
13  Attorneys for Plaintiffs
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY BOWOTO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, et al.,<br><br>Defendants. | **Case No. C-99-2506-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER ON THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' TERTIARY LIABILITY THEORIES** |

WHEREAS, the current deadline for defendants' reply in support of Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories is May 7, 2007;

WHEREAS, defendants requested and plaintiffs agreed to extend the reply deadline by four days, to May 11, 2007;

WHEREAS, pursuant to Northern District of California Civil Local Rule 7-3(c), the current page-limit for defendants' reply in support of Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories is 15 pages;

WHEREAS, defendants requested and plaintiffs agreed to extend the reply page-limit by 5 pages, to 20 pages; and

WHEREAS, the hearing on Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories is set for June 8, 2007 at 10:00 a.m.

THE PARTIES HEREBY STIPULATE THAT:

1. Defendants shall file their reply in support of Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories on or before May 11, 2007; and

2. The page-limit for defendants' reply in support of Defendants' Motion for Summary Judgment on Plaintiffs' Tertiary Liability Theories is 20 pages.

DATED: May 1, 2007                JONES DAY

                                  By:   /s/ Lara Kollios
                                        Lara Kollios
                                        Attorneys for Defendants

DATED: May 1, 2007                LAW OFFICE OF TRABER & VOORHEES

                                  By:   /s/ Theresa M. Traber
                                        Theresa M. Traber
                                        Attorneys for Plaintiffs

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                  JONES DAY

                                  By:   /s/ Lara Kollios
                                        Lara Kollios
                                        Attorneys for Defendants

IT IS SO ORDERED.

DATED: May __, 2007

                                  _____
                                  The Hon. Susan Illston
                                  United States District Court Judge

SFI-564182v1                      2                **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE C-99-2506-SI**