IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>CHEVRON CORPORATION, et al.,<br><br>       Defendants.<br>                                        / | No. C 99-02506 SI<br><br>**ORDER RE: AJEWOLE AND JEJE MOTIONS** |

In October and November of 2006, respectively, defendants filed a motion *in limine* to exclude testimony of Dr. Williams O. Ajewole, and a motion to exclude evidence and testimony regarding the alleged shooting of Bassey Jeje, for spoilation of evidence under Federal Rule of Civil Procedure 37. On November 21, 2006, the Court issued an order staying briefing and hearing of both motions until all of the previously scheduled dispositive motions had been heard. The Court has now heard and ruled on the pending dispositive motions; consequently, the contours of the case have changed significantly since defendants filed the two motions at issue. Accordingly, the Court hereby DISMISSES defendants' motion *in limine* and motion to exclude evidence, without prejudice to renewal should the motions still be appropriate. [Docket Nos. 1300, 1307]

**IT IS SO ORDERED.**

Dated: August 14, 2007

SUSAN ILLSTON
United States District Judge