IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOWOTO ET AL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION ET AL,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 99-02506 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER**<br>AMENDED |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 22, 2008</u> at <u>3:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>closed, subject to further court orders</u>.

DESIGNATION OF EXPERTS: ; REBUTTAL: .
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is .

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 11, 2008</u>;

　　Opp. Due <u>February 1, 2008</u>;  Reply Due <u>February 15, 2008</u>;

　　and set for hearing no later than <u>February 29, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 16, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 29, 2008</u> at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>4 to 6</u> weeks.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Any new plaintiffs added to the witness list from the 26 recently named shall be deposed and in addition, an equal amount of that number from the pool of 26 plaintiff not added to the witness list shall be deposed.
By January 4, 2008, counsel shall provide a computation of damages as to Benson, Edekou, Smart Iteimor, Henry Pabulogba, Anthony Lawuru and John Ikenyan.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge