IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., | No. C 99-02506 SI |
| Plaintiffs, | **ORDER REGARDING SCHEDULING REQUEST** |
| v. | |
| CHEVRON CORPORATION, et al., | |
| Defendants. / | |

The Court has received defendants' letter requesting the Court to set further pre-trial deadlines, and would like to see a response from plaintiffs before issuing an order. Plaintiffs should file a response on or before January 3, 2008; the Court will issue an order immediately thereafter.

**IT IS SO ORDERED.**

Dated: December 21, 2007

SUSAN ILLSTON
United States District Judge