Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON INVESTMENTS INC. and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORP., et al., <br><br> Defendants. | Case No. C-99-2506-SI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND PAGE LIMIT FOR REPLY BRIEF** |

Defendants' request for leave to file a 35-page reply brief in support of their motion for summary judgment of plaintiffs' federal common law claims was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants leave to file a 35-page brief.

IT IS SO ORDERED.

Dated: February 12, 2008

By: _____
The Honorable Susan Illston
United States District Court Judge

SFI-578365v2

[PROPOSED] ORDER
No. C99-2506 SI