1  Robert A. Mittelstaedt (#060359)
   ramittelstaedt@jonesday.com
2  Caroline N. Mitchell (#143124)
   cnmitchell@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700

6  Attorneys for Defendants

7  Theresa M. Traber (#116305)
   tmt@tvlegal.com
8  Bert Voorhees (#137623)
   bv@tvlegal.com
9  TRABER & VOORHEES
10 128 North Fair Oaks Avenue, Suite 204
   Pasadena, California 91103-3664
11 Telephone: (626) 585-9611
   Facsimile: (626) 577-7079
12
13 Attorneys for Plaintiffs

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 LARRY BOWOTO, et. al.                  Case No. C-99-2506-SI

18         Plaintiffs,

                                          **PARTIES' STIPULATION AND [PROPOSED]**
19     v.                                 **ORDER CONTINUING CERTAIN**
                                          **LITIGATION DEADLINES**
20 CHEVRONTEXACO CORPORATION, et

21 al.,

22         Defendants.

23
24
25
26
27
28

WHEREAS, on February 21, 2008, plaintiffs Larry Bowoto, et al., submitted a request for a two-week stay of this action and continuance of certain litigation deadlines for the stated purpose of evaluating recently gathered facts as well as the law that may be relevant to a potential conflict of interest that has arisen for the purpose of determining the appropriate course of action in this matter,

WHEREAS, the parties have now agreed as follows:

THE PARTIES HEREBY STIPULATE THAT:

1. The date for plaintiffs to designate which of the 25 recently named plaintiffs will be added to the trial witness list and specify whether they will testify live or via deposition shall be continued from this date to March 7, 2008;

2. The date for defendants to counter-designate an equal number of deponents from the 25 recently named plaintiffs or persons who submitted attorney-in-fact designations/power of attorney shall be continued from February 29, 2008 to March 14, 2008;

3. This delay in designations at plaintiffs' request shall not be used by plaintiffs to delay the depositions of those persons. The depositions shall still be taken in late March or early April, absent agreement among the parties to the contrary;

4. The case management conference currently scheduled for March 7, 2008 shall be continued to March 21, 2008;

5. The hearing on Defendants' Motion for Summary Judgment on Plaintiffs Remaining Federal Claims and Defendants' Motion for Sanctions scheduled for February 29, 2008 is continued to March 21, 2008. No further briefing on those motions is permitted, subject to paragraph 7 below;

6. The hearing on Defendants' Motion to Sever scheduled for April 18, 2008 is continued to May 9, 2008. Defendants shall file their opening brief no later than April 4, plaintiffs' opposition shall be filed no later than April 18 and defendants' reply shall be filed no later than April 25;

7. No later than March 14, 2008, plaintiffs shall submit a report or other filing with the Court with respect to the potential conflict of interest issue; and

8. By entering into this stipulation, defendants expressly preserve their position that plaintiffs and their counsel are required promptly to report to the Court and defendants the discovery of any false or fraudulent claims or fictitious plaintiffs.

DATED: February 22, 2008

JONES DAY

By: ____/s/ Robert A. Mittelstaedt_____
    Robert A. Mittelstaedt
    Attorneys for Defendants

DATED: February 22, 2008

TRABER & VOORHEES

By: _____/s/ Theresa M. Traber_____
    Theresa M. Traber
    Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: February __, 2008

_____
The Hon. Susan Illston
United States District Court Judge