1  BARBARA ENLOE HADSELL [S.B. #086021]
   bhadsell@hadsellstormer.com
2  DAN STORMER [S.B. #101967]
   dstormer@hadsellstormer.com
3  LAUREN TEUKOLSKY [S.B. #211381]
   lauren@hadsellstormer.com
4  HADSELL & STORMER, INC.
   128 North Fair Oaks Avenue, Suite 204
5  Pasadena, California 91103-3664
   Tel: (626) 585-9600  Fax: (626) 585-9600
6
7  [Counsel For Plaintiffs Continued On Next Page]

   Attorneys for All Plaintiffs

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| LARRY BOWOTO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, et al. <br><br> Defendants. | Case No: C 99-02506 SI <br><br> **NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS CLAIMS OF CERTAIN PLAINTIFFS PURSUANT TO FED. R. CIV. PROC. 41(a)(2); [PROPOSED] ORDER OF DISMISSAL** <br><br> **NO ORAL ARGUMENT NEEDED** <br><br> Date: April 11, 2008 <br> Time: 9:00am <br> Courtroom: 10, 19th floor <br> Judge: Honorable Susan Illston |

**MOT. TO VOLUNTARILY DISMISS CERTAIN PLS.' CLAIMS
PURSUANT TO FRCP 41(a)(2)**                                                       Case No: C 99-02506 SI

| | |
|---|---|
| Counsel for Plaintiffs (continued from first page) | JENNIFER M. GREEN |
| | jgreen@ccr-ny.org |
| THERESA TRABER [S.B.#116305] | CENTER FOR CONSTITUTIONAL RIGHTS |
| tmt@tvlegal.com | 666 Broadway, 7th Floor |
| BERT VOORHEES [S.B. #137623] | New York, NY 10012 |
| bv@tvlegal.com | Tel: (212) 614-6431   Fax: (212) 614-6499 |
| LAURA FAER [S.B. # 233846] | |
| lf@tvlegal.com | PAUL HOFFMAN [S.B.# 71244] |
| TRABER & VOORHEES | hoffpaul@ix.netcom.com |
| 128 North Fair Oaks Avenue, Suite 204 | SCHONBRUN, DESIMONE, SEPLOW, |
| Pasadena, California 91103 | HARRIS & HOFFMAN LLP |
| Tel: (626) 585-9611   Fax: (626) 577-7079 | 723 Ocean Front Walk |
| | Venice, California 90210 |
| RICHARD HERZ | Tel: (310) 396-0731   Fax: (310) 399-7040 |
| rick@earthrights.org | |
| MARCO SIMONS [S.B. #237314] | ROBERT D. NEWMAN [S.B. #086534] |
| marco@earthrights.org | rnewman@wclp.org |
| EARTHRIGHTS INTERNATIONAL | LAW OFFICE OF ROBERT D. NEWMAN |
| 1612 K Street N.W., Suite 401 | 3701 Wilshire Blvd., Suite 208 |
| Washington, DC 20006 | Los Angeles, California 90010 |
| Telephone: (202) 466-5188 | Tel: (213) 487-4727   Fax: (213) 487-0242 |
| Facsimile: (202) 466-5189 | |
| | ANTHONY DICAPRIO |
| CINDY A. COHN [S.B.#145997] | ad@humanrightslawyers.com |
| cindy@eff.org | RATNER, DICAPRIO & CHOMSKY, LLP |
| ELECTRONIC FRONTIER FOUNDATION | 110 E. 59th Street |
| 454 Shotwell St. | New York, NY 10022 |
| San Francisco, California 94110 | Tel: (212) 604-9466  Fax: (212) 604-9467 |
| Tel: (415) 436-9333   Fax: (415) 436-9993 | |
| | RICHARD R. WIEBE [S.B. #121156] |
| MICHAEL S. SORGEN [S.B. #43107] | wiebe@pacbell.net |
| msorgen@sorgen.net | LAW OFFICE OF RICHARD R WIEBE |
| LAW OFFICES OF MICHAEL S. SORGEN | 425 California Street, #2025 |
| 240 Stockton Street, 9th Floor | San Francisco, CA 94104 |
| San Francisco, California 94108 | Tel: (415) 433-3200   Fax: (415) 433-6382 |
| Tel: (415) 956-1360   Fax: (415) 956-6342 | |
| | |
| JOSE LUIS FUENTES [S.B.#192236] | |
| jlf499@sbcglobal.net | |
| SIEGEL & YEE | |
| 499 14th Street, Suite 220 | |
| Oakland, Ca 94612 | |
| Tel: (510) 839-1200   Fax: (510) 444-6698 | |
| | |
| JUDITH BROWN CHOMSKY | |
| jchomsky@igc.org | |
| LAW OFFICES OF JUDITH BROWN CHOMSKY | |
| Post Office Box 29726 | |
| Elkins Park, PA 19027 | |
| Tel: (215) 782-8367   Fax: (215) 782-8368 | |

**MOT. TO VOLUNTARILY DISMISS CERTAIN PLS.' CLAIMS
PURSUANT TO FRCP 41(a)(2)**                                           Case No: C 99-02506 SI

**NOTICE OF MOTION TO VOLUNTARILY DISMISS CLAIMS**

Please take notice that at 9:00 a.m. on April 11, 2008, before the Honorable Susan Illston in Courtroom 10, located at 450 Golden Gate Avenue, 19th floor, San Francisco, California, plaintiffs Smart P. Iteimor (aka Menekiei Job, Menewei Job), Benson Edekou, Anthony Lawuru, Henry Pabulogba (aka Berlin Tiemo), and John Ikeyan will move for an order dismissing with prejudice certain claims asserted in the Ninth Amended Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Plaintiffs do not request oral argument on this motion and do not believe it is needed.

**MOTION TO VOLUNTARILY DISMISS CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff Smart P. Iteimor (aka Menekiei Job, Menewei Job) moves to dismiss with prejudice all claims he has asserted in the Ninth Amended Complaint, individually and as attorney-in-fact.

Pursuant to Rule 41(a)(2), plaintiff Smart P. Iteimor (aka Menekiei Job, Menewei Job) moves to dismiss with prejudice all claims asserted by plaintiffs identified in the Ninth Amended Complaint as:

    Miyensente Oloko (Ninth Am. Compl. ¶ 31);

    Perebo Oloko (Ninth Am. Compl. ¶ 32);

    Doubra Oloko (Ninth Am. Compl. ¶ 33);

    Ebifa Oloko (Ninth Am. Compl. ¶ 34);

    Gbolo Oloko (Ninth Am. Compl. ¶ 35);

    Monday Oloko (Ninth Am. Compl. ¶ 36); and

    Silas Oloko (Ninth Am. Compl. ¶ 37).

Pursuant to Rule 41(a)(2), plaintiff Benson Edekou moves to dismiss with prejudice all claims he has asserted in the Ninth Amended Complaint, individually and as attorney-in-fact.

Pursuant to Rule 41(a)(2), plaintiff Benson Edekou moves to dismiss with prejudice all claims asserted by plaintiffs identified in the Ninth Amended Complaint as:

    Peremobo Okoro (Ninth Am. Compl. ¶ 39); and

    Bralaye Okoro (Ninth Am. Compl. ¶ 40).

Pursuant to Rule 41(a)(2), plaintiff Anthony Lawuru moves to dismiss with prejudice all claims

he has asserted in the Ninth Amended Complaint, individually and as attorney-in-fact.

Pursuant to Rule 41(a)(2), plaintiff Anthony Lawuru moves to dismiss with prejudice all claims asserted by plaintiffs identified in the Ninth Amended Complaint as:

> Helen Lawuru (Ninth Am. Compl. ¶ 42);
>
> Ebi Lawuru (Ninth Am. Compl. ¶ 43);
>
> Francis Lawuru (Ninth Am. Compl. ¶ 44); and
>
> Peter Lawuru (Ninth Am. Compl. ¶ 45).

Pursuant to Rule 41(a)(2), plaintiff Henry Pabulogba (aka Berlin Tiemo) moves to dismiss with prejudice all claims he has asserted in the Ninth Amended Complaint, individually and as attorney-in-fact.

Pursuant to Rule 41(a)(2), plaintiff Henry Pabulogba (aka Berlin Tiemo) moves to dismiss with prejudice all claims asserted by plaintiffs identified in the Ninth Amended Complaint as:

> Elizabeth Bright (Ninth Am. Compl. ¶ 47, 50);
>
> Bakewei Pabulogba (Ninth Am. Compl. ¶ 48); and
>
> Grace Pabulogba (Ninth Am. Compl. ¶ 49).

Pursuant to Rule 41(a)(2), plaintiff John Ikeyan moves to dismiss with prejudice all claims he has asserted in the Ninth Amended Complaint, individually and on behalf of his deceased father, Agbagbaedi Ikenyan, including as a successor-in-interest to Agbagbaedi Ikenyan, and as attorney-in-fact.

Pursuant to Rule 41(a)(2), plaintiff John Ikeyan moves to dismiss with prejudice all claims asserted by plaintiffs identified in the Ninth Amended Complaint as:

> Blessing Ikenyan (Ninth Am. Compl. ¶ 52);
>
> Nanamu Ikenyan (Ninth Am. Compl. ¶ 53);
>
> Tominibor Ikenyan (Ninth Am. Compl. ¶ 54); and
>
> Yellow Ikenyan (Ninth Am. Compl. ¶ 55).

"A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) (footnote omitted). No such legal prejudice exists here.

Accordingly, plaintiffs Smart P. Iteimor (aka Menekiei Job, Menewei Job), Benson Edekou, Anthony Lawuru, Henry Pabulogba (aka Berlin Tiemo), and John Ikeyan respectfully request that the above-mentioned claims be dismissed with prejudice.

Dated: March 7, 2008        Respectfully submitted,

HADSELL & STORMER, INC.
TRABER & VOORHEES
ELECTRONIC FRONTIER FOUNDATION
EARTHRIGHTS INTERNATIONAL
SIEGEL & YEE
LAW OFFICES OF JUDITH BROWN CHOMSKY
CENTER FOR CONSTITUTIONAL RIGHTS
SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP
LAW OFFICE OF ROBERT D. NEWMAN
RATNER, DICAPRIO & CHOMSKY, LLP
LAW OFFICE OF RICHARD R WIEBE
LAW OFFICES OF MICHAEL S. SORGEN


By_____/s/_____
        Barbara Enloe Hadsell
        Attorneys for All Plaintiffs

1 **[PROPOSED] ORDER OF DISMISSAL**

The motion of plaintiffs Smart P. Iteimor (aka Menekiei Job, Menewei Job), Benson Edekou, Anthony Lawuru, Henry Pabulogba (aka Berlin Tiemo), and John Ikeyan to voluntarily dismiss the claims of certain plaintiffs is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims of the plaintiffs identified in the Ninth Amended Complaint as Smart P. Iteimor (aka Menekiei Job, Menewei Job), Miyensente Oloko, Perebo Oloko, Doubra Oloko, Ebifa Oloko, Gbolo Oloko, Monday Oloko, Silas Oloko, Benson Edekou, Peremebo Okoro, Bralaye Okoro, Anthony Lawuru, Helen Lawuru, Ebi Lawuru, Francis Lawuru, Peter Lawuru, Henry Pabulogba (aka Berlin Tiemo), Elizabeth Bright, Bakewei Pabulogba, Grace Pabulogba, John Ikeyan, Blessing Ikenyan, Nanamu Ikenyan, Tominibor Ikenyan, and Yellow Ikenyan are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: 3/14/08

_____
The Honorable Susan Illston
United States District Court Judge

---

[PROPOSED] ORDER OF DISMISSAL

1

Case No: C 99-02506 SI