1  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   bhadsell@hadsellstormer.com
2  DAN STORMER, ESQ. [S.B. #101967]
   dstormer@hadsellstomer.com
3  LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
   lauren@hadsellstormer.com
4  LAW OFFICE OF HADSELL & STORMER, INC.
   128 North Fair Oaks Avenue, Suite 204
5  Pasadena, California 91103-3664
   Telephone: (626) 585-9600
6  Facsimile: (626) 577-7079

7  [Counsel For Plaintiffs Continued On Next Page]

8  Attorneys for All Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al., | Case No: C 99-02506 SI |
| Plaintiffs, | [Assigned to the Honorable Susan Illston, Courtroom 10, 19th floor] |
| v. | |
| CHEVRON CORPORATION, et al. | **PETITION AND [PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM FOR CALEB, TEMILOLA AND GBENGA IROWARINUN** |
| Defendants. | |

Counsel for Plaintiffs
(continued from first page)

THERESA TRABER, ESQ. [S.B.#116305]
tmt@tvlegal.com
BERT VOORHEES, ESQ. [S.B. #137623]
bv@tvlegal.com
LAURA FAER, ESQ. [S.B. # 233846]
lf@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

CINDY A. COHN, ESQ. [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Telephone: (415) 436-9333, Ext. 108
Facsimile: (415) 436-9993

RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ. [S.B. #237314]
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

MICHAEL S. SORGEN, ESQ. [S.B. #43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Tel: (415) 956-1360 Fax: (415) 956-6342

JOSE LUIS FUENTES, ESQ. [S.B.#192236]
jlf499@sbcglobal.net
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Tel: (510) 839-1200 Fax: (510) 444-6698

JUDITH BROWN CHOMSKY, ESQ.
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

JENNIFER M. GREEN, ESQ.
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

PAUL HOFFMAN, ESQ. [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

ROBERT D. NEWMAN, ESQ.
[S.B. #086534]
rnewman@wclp.org
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone: (213) 487-4727
Facsimile: (213) 487-0242

ANTHONY DICAPRIO, ESQ.
ad@humanrightslawyers.com
RATNER, DICAPRIO & CHOMSKY, LLP
110 E. 59th Street
New York, NY 10022
Telephone: (212) 604 9466
Facsimile: (212) 604 9467

RICHARD R. WIEBE [S.B. #121156]
wiebe@pacbell.net
LAW OFFICE OF RICHARD R WIEBE
425 California Street, #2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

## PETITION TO APPOINT GUARDIAN AD LITEM

Counsel brings this petition on behalf of petitioners Caleb Irowarinun, Temilola Irowarinun, and Gbenga Irowarinun. Each is a minor of less than eighteen years of age.

Each petitioner is a plaintiff in the action *Bowoto v. Chevron Corp.*, as a wrongful death plaintiff and successor-in-interest of their deceased father, Arolika Irowarinun.

The guardian of Caleb Irowarinun and Temilola Irowarinun is their mother, Margaret Irowarinun, who is also a plaintiff in this case and who joins them in seeking the appointment of a guardian ad litem. The guardian of Gbenga Irowarinun is his mother, Mary Irowarinun, who is also a plaintiff in this case and who joins him in seeking the appointment of a guardian ad litem. Petitioners have had no previous petition for appointment of a guardian ad litem in this matter.

Sunday Johnbull Irowarinun, who is already serving as attorney-in-fact for Margaret Irowarinun and Mary Irowarinun, and who is petitioners' uncle is a competent and responsible person, and fully competent to act as guardian ad litem for petitioners. He is willing to act as petitioners' guardian ad litem, as appears by his consent attached hereto.

WHEREFORE, petitioners move the court for an order appointing Sunday Johnbull Irowarinun as guardian ad litem for petitioners for the purpose of litigating the instant action, *Bowoto v. Chevron Corp.*

Dated: ~~February~~ April 7, 2008

Respectfully submitted,
ELECTRONIC FRONTIER FOUNDATION

By: _Cindy Cohn_ by LT
Cindy Cohn
Attorney for petitioners Caleb Irowarinun, Temilola Irowarinun, and Gbenga Irowarinun and for their guardians Margaret Irowarinun and Mary Irowarinun

## JOINDER OF NATURAL GUARDIAN

I, Margaret Irowarinun, the mother and natural guardian of petitioners Caleb Irowarinun, and Temilola Irowarinun, consent to and join in the petition for the appointment of Sunday Johnbull Irowarinun as their guardian ad litem in the instant action.

Dated: JAN. 16, 2008

_____
Margaret Irowarinun

PET. AND [PROPOSED] ORDER TO
APPOINT GUARDIAN AD LITEM    1    Case No. C 99-02506 SI

**IF THE NATURAL GUARDIAN CANNOT SIGN OWN NAME:**

MARGARET IROWARINUN being unable to write, made her mark in our presence and requested the first of the undersigned to write her name, which he/she did, and we now subscribe our names as witnesses thereto.

| WITNESS #1 | WITNESS #2 |
|---|---|
| NAME: Johnbull O. Okunmuji | NAME: Larry Bowoto |
| ADDRESS: 29 College Rd Igbokoda | ADDRESS: 12 Overiah, Sapele |
| SIGNATURE: | SIGNATURE: |

**JOINDER OF NATURAL GUARDIAN**

I, Mary Irowarinun, the mother and natural guardian of petitioner Gbenga Irowarinun, consent to and join in the petition for the appointment of Sunday Johnbull Irowarinun as his guardian ad litem in the instant action.

Dated: Jan. 16, 2008

_____
Mary Irowarinun

**IF THE NATURAL GUARDIAN CANNOT SIGN OWN NAME:**

MARY IROWARINUN, being unable to write, made her mark in our presence and requested the first of the undersigned to write her name, which he/she did, and we now subscribe our names as witnesses thereto.

| WITNESS #1 | WITNESS #2 |
|---|---|
| NAME: Johnbull O. Okunmuji | NAME: Larry Bowoto |
| ADDRESS: 29 College Rd Igbokoda | ADDRESS: 12 Overiah, Sapele |
| SIGNATURE: | SIGNATURE: |

**CONSENT OF NOMINEE**

I, Sunday Johnbull Irowarinun, the nominee of petitioners Caleb Irowarinun, Temilola Irowarinun, and Gbenga Irowarinun consent to act as guardian ad litem for these minor petitioners in the instant action.

Dated: Jan 16, 2008

_____
Sunday Johnbull Irowarinun

PET. AND [PROPOSED] ORDER TO
APPOINT GUARDIAN AD LITEM

2

Case No. C 99-02506 S

# TRANSLATOR'S STATEMENT

I am a native Ilaje speaker, fluent in the verbal and written English. Based on my knowledge and skill in conversing in Ilaje and my knowledge and skill in conversing and reading in English, I am competent as an interpreter from English to Ilaje. I accurately translated the foregoing document into Ilaje for the Ilaje-speaking signatories to this document.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Dated: 06/01, 2008      Signature: _____

Name: JOHNBULL O. OKUNMUJI

# [PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM

The petition of Caleb Irowarinun, Temilola Irowarinun, and Gbenga Irowarinun, in which their guardians Margaret Irowarinun and Mary Irowarinun join, appointing Sunday Johnbull Irowarinun as their guardian ad litem, is GRANTED.

IT IS SO ORDERED.

DATED: 4/14/08

The Honorable Susan Illston
United States District Court Judge

PET. AND [PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM    3    Case No. C 99-02506 S