1  BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
   bhadsell@hadsellstormer.com
2  DAN STORMER, ESQ. [S.B. #101967]
   dstormer@hadsellstomer.com
3  LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
   lauren@hadsellstormer.com
4  LAW OFFICE OF HADSELL & STORMER, INC.
   128 North Fair Oaks Avenue, Suite 204
5  Pasadena, California 91103-3664
   Telephone: (626) 585-9600
6  Facsimile: (626) 577-7079

7  [Counsel For Plaintiffs Continued On Next Page]

8  Attorneys for All Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO, et. al.,

            Plaintiffs,

v.

CHEVRON CORPORATION, et al.

            Defendants.

Case No: C 99-02506 SI

[Assigned to the Honorable Susan Illston, Courtroom 10, 19th floor]

**PETITION AND [PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM FOR BAYO AND DEJI OYINBO**

| | | |
|---|---|---|
| 1 | Counsel for Plaintiffs<br>(continued from first page) | JUDITH BROWN CHOMSKY, ESQ.<br>jchomsky@igc.org |
| 2 | | LAW OFFICES OF JUDITH BROWN CHOMSKY |
| 3 | THERESA TRABER, ESQ. [S.B.#116305]<br>tmt@tvlegal.com | Post Office Box 29726<br>Elkins Park, PA 19027 |
| 4 | BERT VOORHEES, ESQ. [S.B. #137623]<br>bv@tvlegal.com | Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368 |
| 5 | LAURA FAER, ESQ. [S.B. # 233846]<br>lf@tvlegal.com | |
| 6 | TRABER & VOORHEES | JENNIFER M. GREEN, ESQ.<br>jgreen@ccr-ny.org |
| 7 | 128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103 | CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor |
| 8 | Telephone: (626) 585-9611<br>Facsimile: (626) 577-7079 | New York, NY 10012<br>Telephone: (212) 614-6431 |
| 9 | CINDY A. COHN, ESQ. [S.B.#145997] | Facsimile: (212) 614-6499 |
| 10 | cindy@eff.org<br>ELECTRONIC FRONTIER FOUNDATION | PAUL HOFFMAN, ESQ. [S.B.# 71244] |
| 11 | 454 Shotwell St.<br>San Francisco, California 94110 | hoffpaul@ix.netcom.com<br>SCHONBRUN, DESIMONE, SEPLOW, |
| 12 | Telephone: (415) 436-9333, Ext. 108<br>Facsimile: (415) 436-9993 | HARRIS & HOFFMAN LLP<br>723 Ocean Front Walk |
| 13 | RICHARD HERZ, ESQ. | Venice, California 90210<br>Telephone: (310) 396-0731 |
| 14 | rick@earthrights.org<br>MARCO SIMONS, ESQ. [S.B. #237314] | Facsimile: (310) 399-7040 |
| 15 | marco@earthrights.org<br>EARTHRIGHTS INTERNATIONAL | ROBERT D. NEWMAN, ESQ. |
| 16 | 1612 K Street N.W., Suite 401<br>Washington, DC 20006 | [S.B. #086534]<br>rnewman@wclp.org |
| 17 | Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189 | LAW OFFICE OF ROBERT D. NEWMAN<br>3701 Wilshire Blvd., Suite 208 |
| 18 | MICHAEL S. SORGEN, ESQ. [S.B. #43107] | Los Angeles, California 90010<br>Telephone: (213) 487-4727 |
| 19 | msorgen@sorgen.net<br>LAW OFFICES OF MICHAEL S. SORGEN | Facsimile: (213) 487-0242 |
| 20 | 240 Stockton Street, 9th Floor<br>San Francisco, California 94108 | ANTHONY DICAPRIO, ESQ. |
| 21 | Tel: (415) 956-1360 Fax: (415) 956-6342 | ad@humanrightslawyers.com<br>RATNER, DICAPRIO & CHOMSKY, LLP |
| 22 | JOSE LUIS FUENTES, ESQ. [S.B.#192236]<br>jlf499@sbcglobal.net | 110 E. 59th Street<br>New York, NY 10022 |
| 23 | SIEGEL & YEE<br>499 14th Street, Suite 220 | Telephone: (212) 604 9466<br>Facsimile: (212) 604 9467 |
| 24 | Oakland, CA 94612<br>Tel: (510) 839-1200 Fax: (510) 444-6698 | |
| 25 | | RICHARD R. WIEBE [S.B. #121156]<br>wiebe@pacbell.net |
| 26 | | LAW OFFICE OF RICHARD R WIEBE<br>425 California Street, #2025 |
| 27 | | San Francisco, CA 94104<br>Telephone: (415) 433-3200 |
| 28 | | Facsimile: (415) 433-6382 |

GAL PET'N RE:
BAYO AND DEJI OYINBO

| | |
|---|---|
| 1 | **PETITION TO APPOINT GUARDIAN AD LITEM** |

Counsel brings this petition on behalf of petitioners Bayo Oyinbo and Deji Oyinbo. Each is a minor of less than eighteen years of age.

Each petitioner is a plaintiff in the action *Bowoto v. Chevron Corp.*, as a successor-in-interest of their deceased father, Bola Oyinbo.

The guardian of Bayo Oyinbo and Deji Oyinbo is their mother, Ola Oyinbo, who is also a plaintiff in this case and who seeks to be appointed guardian ad litem for her children. Petitioners have had no previous petition for appointment of a guardian ad litem in this matter.

Ola Oyinbo is a competent and responsible person, and fully competent to act as guardian ad litem for petitioners. She is willing to act as petitioners' guardian ad litem, as appears by her consent attached hereto.

WHEREFORE, petitioners move the court for an order appointing Ola Oyinbo as guardian ad litem for petitioners for the purpose of litigating the instant action, *Bowoto v. Chevron Corp.*

Dated: ~~February~~ April ___, 2008

Respectfully submitted,
ELECTRONIC FRONTIER FOUNDATION

By: *Cindy Cohn* /s/
Cindy Cohn
Attorney for petitioners Bayo Oyinbo and Deji Oyinbo and for their guardian Ola Oyinbo

**JOINDER OF NATURAL GUARDIAN**

I, Ola Oyinbo, the mother and natural guardian of petitioners Bayo Oyinbo and Deji Oyinbo, consent to and join in the petition for the appointment of myself as their guardian ad litem in the instant action.

Dated: Jan 16, 2008

_____
Ola Oyinbo

**CONSENT OF NOMINEE**

I, Ola Oyinbo, the nominee of petitioners Bayo Oyinbo and Deji Oyinbo consent to act as guardian ad litem for these minor petitioners in the instant action.

Dated: Jan 16, 2008

_____
Ola Oyinbo

PET. AND [PROPOSED] ORDER TO
APPOINT GUARDIAN AD LITEM                  1                          Case No. C 99-02506 SI

| | |
|---|---|
| 1 | **TRANSLATOR'S STATEMENT** |
| 2 | I am a native Ilaje speaker, fluent in the verbal and written English. Based on my |
| 3 | knowledge and skill in conversing in Ilaje and my knowledge and skill in conversing and reading |
| 4 | in English, I am competent as an interpreter from English to Ilaje. I accurately translated the |
| 5 | foregoing document into Ilaje for the Ilaje-speaking signatories to this document. |
| 6 | I declare under penalty of perjury under the laws of the State of California and of the |
| 7 | United States that the foregoing is true and correct. |
| 8 | Dated: Jan. 16, 2008      Signature: _____ |
| 9 |                                           Name: OMOJUWA MORRIS |

**[PROPOSED] ORDER TO APPOINT GUARDIAN AD LITEM**

The petition of Bayo Oyinbo and Deji Oyinbo, in which their guardian Ola Oyinbo joins, appointing Ola Oyinbo as their guardian ad litem, is GRANTED.

IT IS SO ORDERED.

DATED:_____

_____
The Honorable Susan Illston
United States District Court Judge

PET. AND [PROPOSED] ORDER TO
APPOINT GUARDIAN AD LITEM

2

Case No. C 99-02506 S