1   RICHARD HERZ
    rick@earthrights.org
2   MARCO SIMONS [S.B. #237314]
    marco@earthrights.org
3   MISTI DUVALL
    misti@earthrights.org
4   EARTHRIGHTS INTERNATIONAL
    1612 K Street N.W., Suite 401
5   Washington, DC 20006
    Telephone: (202) 466-5188
6   Facsimile: (202) 466-5189

7   [Counsel For Plaintiffs Continued On Next Page]

8   Attorneys for All Plaintiffs

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12
                                                    )
13   LARRY BOWOTO, et. al.,                          )      Case No: C 99-02506 SI
                                                    )
14                           Plaintiffs,             )      **[PROPOSED] ORDER GRANTING**
             v.                                     )      **PLAINTIFFS' ADMINISTRATIVE**
15                                                   )      **MOTION TO FILE UNDER SEAL**
     CHEVRON CORPORATION, et al.                     )      **EXHIBITS A–C TO THE**
16                                                   )      **DECLARATION OF MARCO SIMONS**
                             Defendants.             )      **IN SUPPORT OF PLAINTIFFS'**
17                                                   )      **OPPOSITION TO DEFENDANTS'**
                                                    )      **MOTION FOR A PHASED TRIAL**
18                                                   )
                                                    )      Courtroom: 10, 19th floor
19                                                   )      Judge: Honorable Susan Illston
                                                    )
20                                                   )
                                                    )
21                                                   )

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**          Case No: C 99-02506 SI

Counsel for Plaintiffs (continued from first page)

BARBARA ENLOE HADSELL [S.B. #086021]
bhadsell@hskrr.com
DAN STORMER [S.B. #101967]
dstormer@hskrr.com
LAUREN TEUKOLSKY [S.B. #211381]
lauren@hskrr.com
HADSELL, STORMER, KEENY,
RICHARDSON & RENICK LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Tel: (626) 585-9600   Fax: (626) 585-9600

THERESA TRABER [S.B.#116305]
tmt@tvlegal.com
BERT VOORHEES [S.B. #137623]
bv@tvlegal.com
LAURA FAER [S.B. # 233846]
lf@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Tel: (626) 585-9611   Fax: (626) 577-7079

CINDY A. COHN [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Tel: (415) 436-9333   Fax: (415) 436-9993

MICHAEL S. SORGEN [S.B. #43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Tel: (415) 956-1360   Fax: (415) 956-6342

JOSE LUIS FUENTES [S.B.#192236]
jlf499@sbcglobal.net
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, Ca 94612
Tel: (510) 839-1200   Fax: (510) 444-6698

JUDITH BROWN CHOMSKY
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN
CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Tel: (215) 782-8367   Fax: (215) 782-8368

JENNIFER M. GREEN
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6431   Fax: (212) 614-6499

PAUL HOFFMAN [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Tel: (310) 396-0731   Fax: (310) 399-7040

ROBERT D. NEWMAN [S.B. #086534]
rnewman@wclp.org
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Tel: (213) 487-4727   Fax: (213) 487-0242

ANTHONY DICAPRIO
ad@humanrightslawyers.com
RATNER, DICAPRIO & CHOMSKY, LLP
110 E. 59th Street
New York, NY 10022
Tel:  (212) 604-9466  Fax:  (212) 604-9467

RICHARD R. WIEBE [S.B. #121156]
wiebe@pacbell.net
LAW OFFICE OF RICHARD R WIEBE
425 California Street, #2025
San Francisco, CA 94104
Tel: (415) 433-3200   Fax: (415) 433-6382

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**      Case No: C 99-02506 SI

**[PROPOSED] ORDER**

For the reasons stated in **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A–C TO THE DECLARATION OF MARCO SIMONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR A PHASED TRIAL**, the Court hereby GRANTS plaintiffs' motion.

Dated:

The Honorable Susan Illston
United States District Judge

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**　　　Case No: C 99-02506 SI

1