1 BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
2 DAN STORMER, ESQ. [S.B. #101967]
dstormer@hadsellstomer.com
3 LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
4 lauren@hadsellstormer.com
HADSELL STORMER KEENY
5    RICHARDSON & RENICK LLP
6 128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
7 Telephone: (626) 585-9600
Facsimile: (626) 577-7079
8
9 [Counsel For Plaintiffs Continued On Next Page]

10 Attorneys for All Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LARRY BOWOTO, et. al., | Case No: C 99-02506 SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS 7, 8, 14 AND 19 IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR DISCOVERY OF "FACTS RECENTLY GATHERED" RE OPIA/IKENYAN AND RELATED RELIEF** |
| v. | |
| CHEVRON CORPORATION, et al. | |
| Defendants. | |
| | Date: May 16, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th floor<br>Judge: Honorable Susan Illston |

Counsel for Plaintiffs (cont.)

THERESA TRABER, ESQ. [S.B.#116305]
tmt@tvlegal.com
BERT VOORHEES, ESQ. [S.B. #137623]
bv@tvlegal.com
LAURA FAER, ESQ. [S.B. # 233846]
lf@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

CINDY A. COHN, ESQ. [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Telephone: (415) 436-9333, Ext. 108
Facsimile: (415) 436-9993

RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ. [S.B. #237314]
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

MICHAEL S. SORGEN, ESQ. [S.B. #43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

JOSE LUIS FUENTES, ESQ. [S.B.#192236]
jlf@wplc.net
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, Ca 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

JUDITH BROWN CHOMSKY, ESQ.
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

JENNIFER M. GREEN, ESQ.
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

PAUL HOFFMAN, ESQ. [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW, HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

ROBERT D. NEWMAN, ESQ.
[S.B. #086534]
rnewman@wclp.org
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone: (213) 487-4727
Facsimile: (213) 487-0242

ANTHONY DICAPRIO, ESQ.
ad@humanrightslawyers.com
RATNER, DICAPRIO & CHOMSKY, LLP
110 E. 59th Street
New York, NY 10022
Telephone: (212) 604 9466
Facsimile: (212) 604 9467

RICHARD R. WIEBE [S.B. #121156]
wiebe@pacbell.net
LAW OFFICE OF RICHARD R WIEBE
425 California Street, #2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**ORDER**

For the reasons stated in **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS 7, 8, 14 AND 19 IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR DISCOVERY OF "FACTS RECENTLY GATHERED" RE OPIA/IKENYAN AND RELATED RELIEF,** the Court hereby GRANTS plaintiffs' motion.

DATED:

_____
The Hon. Susan Illston
United States District Judge

- 1 -