Richard Herz
rick@earthrights.org
Marco Simons
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

Attorneys for Plaintiffs

Robert A. Mittelstaedt
ramittelstaedt@JonesDay.com
Caroline N. Mitchell
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al.,<br><br>        Plaintiffs,<br>v.<br><br>CHEVRON CORPORATION, et al.<br><br>        Defendants. | Case No: C 99-02506 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' TENTH AMENDED COMPLAINT**<br><br>Courtroom: 10, 19th floor<br>Judge: Honorable Susan Illston |

1  Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

2  Plaintiffs' Tenth Amended Complaint may make amendments to remove counts 7 and 8 and to

3  remove claims and allegations relating to the plaintiffs who have voluntarily dismissed their claims.

4

5  Dated: June 5, 2008    EARTHRIGHTS INTERNATIONAL

6

7  By _____
    Marco Simons
8  Attorneys for Plaintiffs

9  Dated: June 5, 2008    JONES DAY

10

11  By _____
     Caroline Mitchell
12  Attorneys for Defendants

13

14  Plaintiffs have leave to make the amendments described above.  IT IS SO ORDERED.

15  Dated: June ___, 2008

16

17  By _____
     The Hon. Susan Illston
18   United States District Court Judge

19
20
21
22
23
24
25
26
27
28

**STIP. & [PROP.] ORDER RE PLS.' 10TH AMENDED. COMPL.**
-1-
Case No: C 99-02506 SI

1     Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

2     Plaintiffs' Tenth Amended Complaint may make amendments to remove counts 7 and 8 and to remove claims and allegations relating to the plaintiffs who have voluntarily dismissed their claims.

Dated: June 5, 2008            EARTHRIGHTS INTERNATIONAL

By_____
Marco Simons
Attorneys for Plaintiffs

Dated: June 5, 2008            JONES DAY

By_____
Caroline Mitchell
Attorneys for Defendants

Plaintiffs have leave to make the amendments described above. IT IS SO ORDERED.

Dated: June ___, 2008

By_____
The Hon. Susan Illston
United States District Court Judge

STIP. & [PROP.] ORDER RE PLS.' 10TH AMENDED. COMPL.
-1-
Case No: C 99-02506 SI