Richard Herz
rick@earthrights.org
Marco Simons
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

Attorneys for Plaintiffs

Robert A. Mittelstaedt
ramittelstaedt@JonesDay.com
Caroline N. Mitchell
cnmitchell@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRON CORPORATION, et al. <br><br> Defendants. | Case No: C 99-02506 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' TENTH AMENDED COMPLAINT** <br><br> Courtroom: 10, 19th floor <br> Judge: Honorable Susan Illston |

**STIP. & [PROP.] ORDER RE PLS.' 10TH AMENDED. COMPL.**
Case No: C 99-02506 SI

Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

Plaintiffs' Tenth Amended Complaint may make amendments to remove counts 7 and 8 and to remove claims and allegations relating to the plaintiffs who have voluntarily dismissed their claims.

Dated: June 5, 2008        EARTHRIGHTS INTERNATIONAL

By_____
Marco Simons
Attorneys for Plaintiffs

Dated: June 5, 2008        JONES DAY

By_____
Caroline Mitchell
Attorneys for Defendants

Plaintiffs have leave to make the amendments described above. IT IS SO ORDERED.

Dated: June ___, 2008

By_____
The Hon. Susan Illston
United States District Court Judge

**STIP. & [PROP.] ORDER RE PLS.' 10TH AMENDED. COMPL.**
-1-
Case No: C 99-02506 SI

Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

Plaintiffs' Tenth Amended Complaint may make amendments to remove counts 7 and 8 and to remove claims and allegations relating to the plaintiffs who have voluntarily dismissed their claims.

Dated: June 5, 2008　　　　　　　　　　EARTHRIGHTS INTERNATIONAL


By_____
　　　Marco Simons
　　Attorneys for Plaintiffs

Dated: June 5, 2008　　　　　　　　　　JONES DAY


By_____
　　　Caroline Mitchell
　　Attorneys for Defendants


Plaintiffs have leave to make the amendments described above.  IT IS SO ORDERED.

Dated: June ___, 2008



By_____
　　The Hon. Susan Illston
　　United States District Court Judge

**STIP. & [PROP.] ORDER RE PLS.' 10TH AMENDED. COMPL.**
-1-
Case No: C 99-02506 SI