**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 LARRY BOWOTO, et al.,                    No. C 99-02506 SI

9         Plaintiffs,                      **ORDER PERMITTING DEFENDANTS
                                           TO REOPEN THE DEPOSITION OF**
10   v.                                    **BASSEY JEJE**

11 CHEVRON CORPORATION, et al.,

12         Defendants.
   _____/
13

14         The Court is presented once again with a dispute between the parties regarding plaintiff Bassey

15 Jeje's failure to produce the bullet he claims was shot at him during the events at issue in this litigation.

16 The Court previously ruled that plaintiff Jeje may not raise his own arguments regarding the bullet, but

17 that defendants may address the bullet at trial. *See* February 27, 2008 Order, Docket No. 1728.

18 Defendants now complain that because Jeje no longer plans to attend the trial, they will have no

19 opportunity to cross-examine him regarding the bullet unless they are permitted to depose him prior to

20 trial. The Court had anticipated that Jeje would be available for cross-examination at trial, and finds

21 that because he will not testify at trial, defendants may reopen his deposition to ask questions limited

22 to the existence of the bullet and the circumstances surrounding its disappearance.

23

24         **IT IS SO ORDERED.**

25

26 Dated: July 21, 2008                    _____
                                           SUSAN ILLSTON
27                                         United States District Judge

28