IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO, et al.,

          Plaintiffs,

   v.

CHEVRON CORPORATION, et al.,

          Defendants.

No. C 99-02506 SI

**ORDER RE: LETTER TO CONSULATE GENERAL**

Plaintiffs have requested a letter from the Court stating that certain plaintiffs and witnesses who reside in Nigeria are set to testify or participate at the upcoming trial. The Court has signed such a letter (see attached), and plaintiffs may deliver the letter to the U.S. Consulate General in Nigeria.

**IT IS SO ORDERED.**

Dated: August _12_, 2008

SUSAN ILLSTON
United States District Judge

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102



CHAMBERS OF
**SUSAN ILLSTON**
UNITED STATES DISTRICT JUDGE

August 11, 2008

U.S. Consulate General Lagos Office
2 Walter Carrington Crescent,
Victoria Island, Nigeria

### Re: Witness Verification for Visa Applicants Participating in *Bowoto v. Chevron* Federal Jury Trial

Dear U.S. Consulate General,

I am the United States District Judge presiding over the trial of *Bowoto, et al. v. Chevron Texaco Corporation, et al.*, No. C 99-2506 SI.  The jury trial is set to commence in my courtroom on September 29, 2008 and will include testimony from Nigerian witnesses and plaintiffs, many of whom will require translation.

Plaintiffs' counsel represent to me that the live testimony of the following witnesses, plaintiffs and translators will be needed.  Therefore I confirm that the following individuals are set to testify or otherwise participate at trial sometime on or shortly after September 29, 2008:

1. Aiyenumelo, Methuselah Osborne
2. Ajidibo Ola-Judah
3. Atimise, Adebisi "Popular"
4. Bowoto, Larry
5. Boyo,  Johnson
6. Ebiesuwa, Philemon
7. Ifriyele, Yemi
8. Irowaninu,  Eniyansoro
9. Irowaninu, Margaret
10. Irowaninu, Mary
11. Irowaninu, Orioye

12. Irowaninu, Roseline
13. Irowaninu, Sunday Johnbull
14. Kalejaiye, Karimu
15. Okunmuji, Olaniyi Johnbull
16. Omogbemi, Oladele Oluwole
17. Omomowo, Nicholas
18. Omosaye, Monday
19. Osupayojo, Damilohun Majemu
20. Oyinbo, Ola
21. Sagay, Itsejuwa
22. Ulori, Harrison

Please feel free to contact me if your office should require any further information.

Susan Illston
United States District Judge