Cindy A. Cohn, Esq. [SBN 145997]
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

[Counsel For Plaintiffs Continued On Final Page]

Attorneys for All Plaintiffs

Robert A. Mittelstaedt #060359
ramittelstaedt@chevron.com
Caroline N. Mitchell #143124
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al., | **Case No. C-99-2506-SI** |
| Plaintiffs, | **STIPULATION REGARDING FILING OF JOINT CASE MANAGEMENT REPORT FOR CONFERENCE SCHEDULED FOR AUGUST 19, 2008** |
| v. | |
| CHEVRONTEXACO CORPORATION, et al., | |
| Defendants. | |

The court has scheduled a Case Management Conference for August 19, 2008.

Due to an illness in the family of plaintiffs' counsel Theresa Traber, plaintiffs have asked, and defendants have agreed, to a slight extension of the date for filing the Case Management Conference Statement.

CASE NO. C-99-2506-SI

STIPULATION REGARDING CASE
MANAGEMENT CONFERENCE REPORT

1   Therefore,

2       1. The parties hereby stipulate that the joint Case Management Conference statement for

3   the Conference scheduled for August 19, 2008, will be filed on August 14, 2008.

4

5

6   Dated: August 13, 2008              JONES DAY

7

8   By://s//_____
        Caroline Mitchell

9   Attorneys for Defendants

10

11  Dated: August 13, 2008              ELECTRONIC FRONTIER FOUNDATION

12

13  By://s//_____
        Cindy Cohn

14  Attorneys for Plaintiffs

28  **CASE NO. C-99-2606-SI**    **2**    **STIPULATION REGARDING CASE MANAGEMENT CONFERENCE REPORT**

1

2                                    ORDER

3          Based upon the stipulation provided above, the joint Case Management Conference

4    statement for the Conference scheduled for August 19, 2008, may be filed on August 14, 2008.

5

6

7    Dated:

8                                              By: _____

9                                                  The Honorable Susan Illston
                                                   United States District Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     **CASE NO. C-99-2606-SI**                **3**              **STIPULATION REGARDING CASE**
                                                               **MANAGEMENT CONFERENCE REPORT**

1

2  Counsel for Plaintiffs (continued from first page)

3  THERESA TRABER, ESQ. [SBN 116305]              JUDITH BROWN CHOMSKY, ESQ.
   tmt@tvlegal.com                                jchomsky@igc.org
4  BERT VOORHEES, ESQ. [SBN 137623]               LAW OFFICES OF JUDITH BROWN
   bv@tvlegal.com                                 CHOMSKY
5  LAURA FAER [SBN 233846]                         Post Office Box 29726
   lf@tvlegal.com                                 Elkins Park, PA 19027
6  TRABER & VOORHEES                              Telephone: (215) 782-8367
   128 North Fair Oaks Avenue, Suite 204          Facsimile: (215) 782-8368
7  Pasadena, California 91103
   Telephone: (626) 585-9611
8  Facsimile: (626) 577-7079

9                                                 JENNIFER M. GREEN, ESQ.
                                                  jgreen@ccr-ny.org
10 Barbara Enloe Hadsell. Esq. [SBN 086021]        CENTER FOR CONSTITUTIONAL RIGHTS
   Lauren Teukolsky, Esq. [SBN 211381]             666 Broadway, 7th Floor
11 LAW OFFICE OF HADSELL & STORMER,               New York, NY 10012
   INC.                                           Telephone: (212) 614-6431
12 128 North Fair Oaks Avenue, Suite 204          Facsimile: (212) 614-6499
   Pasadena, California 91103-3664
13 Telephone: (626) 585-9600
   Facsimile: (626) 585-9600

14
   RICHARD HERZ, ESQ.                             MICHAEL S. SORGEN, ESQ. [SBN 43107]
15 rick@earthrights.org                           msorgen@sorgen.net
   MARCO SIMONS, ESQ. [SBN 237314]                LAW OFFICES OF MICHAEL S. SORGEN
16 marco@earthrights.org                          240 Stockton Street, 9th Floor
   EARTHRIGHTS INTERNATIONAL                      San Francisco, California 94108
17 1612 K St. N.W., Suite 401                     Telephone: (415) 956-1360
   Washington, DC 20006                           Facsimile: (415) 956-6342
18 Telephone: (202) 466-5188
   Facsimile: (202) 466-5189

19
   JOSE LUIS FUENTES, ESQ. [SBN 192236]           RICHARD R. WIEBE [SBN 121156]
20 jlf499@sbcglobal.net.                          wiebe@pacbell.net
   SIEGEL & YEE                                   LAW OFFICES OF RICHARD R. WIEBE
21 499 14th Street, Suite 220                     425 California Street, #2025
   Oakland, Ca 94612                              San Francisco, CA 94104
22 Telephone: (510) 839-1200                      Telephone: (415) 433-3200
   Facsimile: 510-444-6698                        Facsimile: (415) 433-6382

23

24

25

26

27

28