1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   ramittelstaedt@jonesday.com
4  cnmitchell@jonesday.com
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Mimi Lee #155803
   6001 Bollinger Canyon Rd., Room C2192
7  San Ramon, CA 94583
   mimi.lee@chevron.com
8  Telephone:   (925) 842 3413
9  Facsimile:   (925) 842 4562

10 Attorneys for Defendants
   CHEVRON U.S.A. INC., CHEVRON
11 CORPORATION and CHEVRON INVESTMENTS
   INC.
12
   Theresa Traber, Esq. #116305
13 T7mt@tvlegal.com
   Bert Voorhees, Esq. # 137623
14 bv@tvlegal.com
   TRABER & VOORHEES
15 128 North Fair Oaks Avenue, Suite 204
   Pasadena, California 91103
16 Telephone: (626) 585-9611
   Facsimile: (626) 577-7079
17
   [Counsel For Plaintiffs Continued On Final Page]
18 Attorneys for All Plaintiffs

19                   UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  LARRY BOWOTO, et al.,                | **Case No. C-99-2506-SI** |
| 23        Plaintiffs,                    | |
| 24        v.                             | REVISED STIPULATION REGARDING EXTENSION OF SUBMISSION OF JURY INSTRUCTIONS |
| 25  CHEVRON CORPORATION, et al.,         | |
| 26        Defendants.                    | |

27
28

SFI-590144v1

REVISED STIPULATION REGARDING
JURY INSTRUCTIONS
No. C-99-2506-SI

| | |
|---|---|
| 1 | The parties have worked diligently all last week and throughout the weekend to prepare |
| 2 | the disputed jury instructions, along with the parties' objections, for submission to the Court in |
| 3 | the required format. Through revisions and meeting and conferring, the parties have eliminated |
| 4 | or narrowed many disputes and believe that their diligent work in making further revisions will |
| 5 | likely reduce the number of disputes for the Court to consider on the Status Conference on Jury |
| 6 | Instructions, scheduled for August 25, 2008, and clarify the legal and factual basis for the |
| 7 | remaining disputes |

Therefore, the parties hereby request that the Court agree that the jury instructions currently due August 18, 2008 may be filed by 12:00 noon on August 20, 2008.

Dated: August 18, 2008                                JONES DAY

                                                      By: /s/ Caroline N. Mitchell
                                                          Caroline N. Mitchell

                                                      Attorneys for Defendants


Dated:  August 18, 2008                               TRABER & VOORHEES

                                                      By:  /s/ Theresa Traber            .
                                                           Theresa Traber
                                                      Attorneys for Plaintiffs


## ORDER

Based upon the stipulation provided above, the jury instructions may be submitted by 12:00 noon on August 20, 2008.

Dated:                                                _____
                                                      The Honorable Susan Illston
                                                      United States District Court

SFI-590144v1                         1                REVISED STIPULATION REGARDING
                                                      JURY INSTRUCTIONS
                                                      No. C-99-2506 SI

Counsel for Plaintiffs (continued from first page)

CINDY A. COHN, ESQ. [SBN 145997]
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

JUDITH BROWN CHOMSKY, ESQ.
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

BARBARA ENLOE HADSELL. ESQ. [SBN 086021]
LAUREN TEUKOLSKY, ESQ. [SBN 211381]
HADSELL STORMER KEENY RICHARDSON & RENICK LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3664
Telephone: (626) 585-9600
Facsimile: (626) 585-9600

JENNIFER M. GREEN, ESQ.
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ. [SBN 237314]
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K St. N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

MICHAEL S. SORGEN, ESQ. [SBN 43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

JOSE LUIS FUENTES, ESQ. [SBN 192236]
jlf499@sbcglobal.net.
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, Ca 94612
Telephone: (510) 839-1200
Facsimile: 510-444-6698

RICHARD R. WIEBE [SBN 121156]
wiebe@pacbell.net
LAW OFFICES OF RICHARD R. WIEBE
425 California Street, #2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382