BARBARA ENLOE HADSELL., ESQ. [S.B. #086021]
bhadsell@hadsellstormer.com
DAN STORMER, ESQ. [S.B. #101967]
dstormer@hadsellstomer.com
LAUREN TEUKOLSKY, ESQ. [S.B. #211381]
lauren@hskrr.com
HADSELL STORMER KEENY
   RICHARDSON & RENICK LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California  91103-3664
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079

[Counsel For Plaintiffs Continued On Next Page]

Attorneys for All Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY BOWOTO, et. al., | Case No: C 99-02506 SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: SUMMARIES OF EVIDENCE** |
| v. | |
| CHEVRON CORPORATION, et al. | |
| Defendants. | |

Counsel for Plaintiffs (cont.)

THERESA TRABER, ESQ. [S.B.#116305]
tmt@tvlegal.com
BERT VOORHEES, ESQ. [S.B. #137623]
bv@tvlegal.com
LAURA FAER, ESQ. [S.B. # 233846]
lf@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone:  (626) 585-9611
Facsimile:  (626) 577-7079

CINDY A. COHN, ESQ. [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Telephone:  (415) 436-9333, Ext. 108
Facsimile:  (415) 436-9993

RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ. [S.B. #237314]
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone:  (202) 466-5188
Facsimile:  (202) 466-5189

MICHAEL S. SORGEN, ESQ. [S.B. #43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 956-1360
Facsimile:  (415) 956-6342

JOSE LUIS FUENTES, ESQ. [S.B.#192236]
jlf@wplc.net
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, Ca 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

JUDITH BROWN CHOMSKY, ESQ.
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN
CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone:  (215) 782-8367
Facsimile:  (215) 782-8368

JENNIFER M. GREEN, ESQ.
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6431
Facsimile:  (212) 614-6499

PAUL HOFFMAN, ESQ. [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone:  (310) 396-0731
Facsimile:  (310) 399-7040

ROBERT D. NEWMAN, ESQ.
[S.B. #086534]
rnewman@wclp.org
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone:  (213) 487-4727
Facsimile:  (213) 487-0242

ANTHONY DICAPRIO, ESQ.
ad@humanrightslawyers.com
RATNER, DICAPRIO & CHOMSKY, LLP
110 E. 59th Street
New York, NY 10022
Telephone:  (212) 604 9466
Facsimile:  (212) 604 9467

RICHARD R. WIEBE [S.B. #121156]
wiebe@pacbell.net
LAW OFFICE OF RICHARD R WIEBE
425 California Street, #2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**STIPULATION & [PROP] ORDER
RE: SUMMARIES OF EVIDENCE**

1    The parties hereby stipulate that the plaintiffs have until 12:00 noon on Thursday, September

2  11, 2008, to file and serve the summaries of voluminous evidence that are being prepared.  Any

3  objections shall be done on Tuesday, September 16, 2008.

4

5  Dated: September 9, 2008                    Respectfully Submitted,

6                                              HADSELL STORMER KEENY
                                                  RICHARDSON & RENICK LLP
7

8                                              By _____/s/_____
9                                                   Dan Stormer
                                               Attorneys for Plaintiffs
10

11  Dated: September 9, 2008                   JONES DAY

12

13                                             By _____/s/_____
                                                    Caroline Mitchell, Esq
14                                             Attorneys for Defendants

15

16       IT IS SO ORDERED.

17                                              Wm. Alsup for

18  Dated: ___9/10/08_____         _____
                                                Honorable Susan Illston
19                                              United States District Court Judge

20

21

22

23

24

25

26

27

28

**STIPULATION & [PROP] ORDER
                                              RE: SUMMARIES OF EVIDENCE**