1  Robert A. Mittelstaedt (State Bar No. 060359)
   Caroline N. Mitchell (State Bar No. 143124)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   ramittelstaedt@jonesday.com
4  cnmitchell@jonesday.com
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Mimi Lee (State Bar No. 155803)
   6001 Bollinger Canyon Rd., Room C2192
7  San Ramon, CA 94583
   mimi.lee@chevron.com
8  Telephone:    (925) 842 3413
   Facsimile:     (925) 842 4562
9

10 Attorneys for Defendants
   CHEVRON CORPORATION, CHEVRON
11 INVESTMENTS INC. and CHEVRON U.S.A.
   INC.

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 LARRY BOWOTO, et al.,                Case No. C-99-2506 SI

16            Plaintiffs,               **[PROPOSED] ORDER GRANTING**
                                        **DEFENDANTS' ADMINISTRATIVE**
17      v.                              **REQUEST TO FILE DOCUMENT**
                                        **UNDER SEAL**
18 CHEVRON CORPORATION, et al.,

19            Defendants.

20

21

22

23

24

25

26

27

28

1  Defendants' Miscellaneous Administrative Request Regarding the Protection of

2  Confidential Materials in Connection with the Declaration of Nobuyo Breen in Support of

3  Defendants' Motion *in Limine* No. 4 (Cagle Email and Related Photographs), filed on September

4  15, 2008 ("Administrative Request to Seal Document") was duly considered by this Court.

5  IT IS HEREBY ORDERED THAT:

6  The Court GRANTS defendants' September 15, 2008 Administrative Request to Seal

7  Documents.

8  IT IS SO ORDERED.

9

10  Dated: _____, 2008

11
_____
The Honorable Susan J. Illston
12  United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28