1  Barbara Enloe Hadsell, Esq. [S.B. #086021]
   bhadsell@hadsellstormer.com
2  Dan Stormer, Esq. [S.B. #101967]
   dstormer@hadsellstormer.com
3  Lauren Teukolsky, Esq. [S.B. #211381]
   lauren@hskrr.com
4  HADSELL STORMER KEENY
       RICHARDSON & RENICK LLP
5  128 North Fair Oaks Avenue
   Pasadena, California 91103-3645
6  Telephone:  (626) 585-9600
   Facsimile:  (626) 577-7079
7
   [Counsel For Plaintiffs Continued On Next Page]
8
   Attorneys for All Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13

14  LARRY BOWOTO, et. al.,                    )  Case No: C 99-02506 SI
                                              )
15                          Plaintiffs,       )  **[PROPOSED] ORDER GRANTING**
                                              )  **PLAINTIFFS' ADMINISTRATIVE**
16          v.                                )  **MOTION TO FILE UNDER SEAL**
                                              )  **EXHIBITS 9, 11 AND 12 TO THE**
17  CHEVRON CORPORATION, et al.               )  **DECLARATION OF LAUREN**
                                              )  **TEUKOLSKY IN SUPPORT OF**
18                          Defendants.       )  **PLAINTIFF'S OPPOSITION TO**
                                              )  **DEFENDANTS' MOTION *IN LIMINE***
19                                            )  **NO. 1 (POST-PARABE EVIDENCE**
                                              )  **UNRELATED TO PARABE OR**
20                                            )  **DAMAGES)**
                                              )
21                                            )  Date: October 2, 2008
                                              )  Time: 10:00 a.m.
22                                            )  Courtroom: 10, 19th floor
                                              )  Judge: Honorable Susan Illston
23

24

25

26

27

28

Counsel for Plaintiffs (cont.)

THERESA TRABER, ESQ. [S.B.#116305]
tmt@tvlegal.com
BERT VOORHEES, ESQ. [S.B. #137623]
bv@tvlegal.com
TRABER & VOORHEES
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

CINDY A. COHN, ESQ. [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Telephone: (415) 436-9333, Ext. 108
Facsimile: (415) 436-9993

RICHARD HERZ, ESQ.
rick@earthrights.org
MARCO SIMONS, ESQ. [S.B. #237314]
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

MICHAEL S. SORGEN, ESQ. [S.B. #43107]
msorgen@sorgen.net
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

JOSE LUIS FUENTES, ESQ. [S.B.#192236]
jlf@wplc.net
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, Ca 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

JUDITH BROWN CHOMSKY, ESQ.
jchomsky@igc.org
LAW OFFICES OF JUDITH BROWN
CHOMSKY
Post Office Box 29726
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

JENNIFER M. GREEN, ESQ.
jgreen@ccr-ny.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

PAUL HOFFMAN, ESQ. [S.B.# 71244]
hoffpaul@ix.netcom.com
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90210
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

ROBERT D. NEWMAN, ESQ. [S.B. #086534]
rnewman@wclp.org
LAW OFFICE OF ROBERT D. NEWMAN
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone: (213) 487-4727
Facsimile: (213) 487-0242

ANTHONY DICAPRIO, ESQ.
ad@humanrightslawyers.com
RATNER, DICAPRIO & CHOMSKY, LLP
110 E. 59th Street
New York, NY 10022
Telephone: (212) 604 9466
Facsimile: (212) 604 9467

RICHARD R. WIEBE [S.B. #121156]
wiebe@pacbell.net
LAW OFFICE OF RICHARD R WIEBE
425 California Street, #2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

[PROPOSED] ORDER RE: ADMIN. MTN TO
SEAL EXS. 9, 11 AND 12 TO TEUKOLSKY DEC.

**ORDER**

For the reasons stated in **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS 9, 11 AND 12 TO THE DECLARATION OF LAUREN TEUKOLSKY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 1 (POST-PARABE EVIDENCE UNRELATED TO PARABE OR DAMAGES),** the Court hereby GRANTS plaintiffs' motion.

DATED:

_____

The Hon. Susan Illston
United States District Judge

Exhibits D, R and S are filed under seal.  (terminate motion 1966)

[PROPOSED] ORDER RE: ADMIN. MTN TO
SEAL EXS. 9, 11 AND 12 TO  TEUKOLSKY DEC.