Juror Questionnaire

Thank you for coming to court as a potential juror. Before the case can start, a jury must be selected. The judge and the parties involved in the case need to know something about you in order to seat jurors who can be fair to both sides. The judge has decided to use this form to save time and to give you a chance to tell the court and the lawyers about yourself.

The questions on this form are designed to help the court and the lawyers learn something about your background. There are no right or wrong answers. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror. If there is any reason that you might not be able to give both sides a fair trial in this case, it is important for you to say so.

If you are called to the jury box, your answers to this questionnaire become a matter of public record, just as if you had answered the questions aloud in the courtroom.

### Instructions

- Answer each question in ink. Please print or write legibly.
- Do not write on the back of any page.
- If you do not understand the question, write the words "Do Not Understand."
- If you do not know the answer, write the words "Don't Know."
- Circle the number of any question you do not wish to discuss in open court.
- Do not discuss the questions or your answers with anyone else, including jurors.
- If anyone tries to discuss the questionnaire or the case with you, please notify the court staff.
- If you need more room for any question, please write on the last page. Note the question number on the last page where you continue your answer.

Juror's Name (Please print): _____

1. Age: _____

2. Occupation: _____ For how long: _____

3. Town or area where you live: _____

4. What is your current job status?
   _____ Working full time          _____ Unemployed
   _____ Working part time          _____ Homemaker
   _____ Retired.  Since when? _____  _____ Full-time student
   _____ Between jobs               _____ Out on disability
   Other: _____

5. a. By whom are you employed? _____

   b. What do you do at work?
   _____
   _____

   c. Do you have management or supervisory responsibilities?
   Yes _____          No _____

   If yes, please explain:
   _____
   _____

   d. How long have you worked there? _____

6. Over the course of your working life, what types of jobs you have had?
   _____
   _____
   _____
   _____
   _____

7. a. What is the last level of education you completed?
   _____ Grade school or less       _____ Some college
   _____ Some high school           _____ College graduate
   _____ High school graduate       _____ Post-graduate work
   _____ Technical school

    b.     Please list any degrees you may have, the schools and colleges you attended, and your major areas of study.

              _____
              _____
              _____

    c.     What special training or skills do you have?

              _____
              _____
              _____

8.     What is your marital statues?
       _____ Single and never married
       _____ Currently married and have been for _____ years
       _____ Single, but married in the past for _____ years
       _____ Single, but living with non-marital mate for ____ years
       _____ Widowed/widower, married in the past for ____ years
       Other _____

9.     Is your spouse or mate employed?
       Yes _____          No _____
       a.     If Yes, what does he/she do and where is he/she employed?

              _____
              _____

       b.     If No, what work outside the home has he/she ever done?

              _____
              _____

10.    If you have children, please state:

|  |  |  | Does child |  |  |
|---|---|---|---|---|---|
| Name | Sex | Age | live w/ you? | Education | Occupation |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

11.    Does any adult, besides your spouse or mate (if applicable) reside in your household?
       Yes _____          No _____
       If Yes, please explain:

       _____
       _____

12.    Have you, any members of your family, or close friends worked in law enforcement? (This includes police, CHP, sheriff, FBI, Drug Enforcement Administration, District

      Attorney, Attorney General, United States Attorney, Immigration or Naturalization Services, State Prisons and/or County Jails, etc.)
Yes _____     No _____
If Yes, who? _____
Nature of relationship: _____

13.    Have you ever been a member of a trade union?
Yes _____     No _____
If Yes, please explain:
_____
_____

14.    Have you or anyone in your family ever been in the military?
Yes _____     No _____     _____ Army     _____ Marines
                                                         _____ Air Force     _____ Coast Guard
                                                         _____ Navy
If Yes: Who? _____
For how long? _____

15.    What kind of contact have you had with people from Nigeria or of Nigerian descent?
_____ No contact
_____ Occasional contact
_____ Frequent contact
If you checked "Occasional" or "Frequent," please explain:
_____
_____

16.    Have you or anyone in your family or any close friends ever had a negative experience with someone from Nigeria or of Nigerian descent?

If Yes, what is their relationship to you?_____
Describe situation:
_____
_____

17.    Have you or anyone close to you ever worked in the oil industry in any capacity?
Yes _____     No _____
If Yes, please explain:
_____
_____

18.    Have you or anyone close to you ever worked in any state or federal agency that regulates the energy industry?
Yes _____     No _____

If Yes, please explain:
_____
_____

19. Have you or anyone close to you ever worked in any state or federal agency that establishes or monitors environmental regulations?
    Yes _____          No _____
    If Yes, please explain:
    _____
    _____

20. Have you or anyone you know ever been employed by Chevron Corporation or any Chevron affiliate?
    Yes _____          No _____
    If Yes, please explain:
    _____
    _____

21. Have you or anyone close to you ever owned stock in, done business on a regular basis or had any other financial interest in Chevron Corporation (other than buying gas)?
    Yes _____          No _____
    If Yes, please explain:
    _____
    _____

22. The parties to this case are:  Larry Bowoto, Ola Oyinbo, Bola Oyinbo, Bayo Oyinbo, Deji Oyinbo, Bassey Jeje, Eniesoro Irowarinun, Adegorye Oloruntimjehum Irowarinun, Monotutegha Irowarinun, Olamisbode Irowarinun, Ibimisan Irowarinun, Margaret Irowarinun, Roseline Irowarinun, Mary Irowarinun, Bosuwo Sebi Irowarinun, Caleb Irowarinun, Orioye Laltu Irowarinun, Temilola Irowarinun, Aminora James Irowarinun, Gbenga Irowarinun, Chevron Corporation, Chevron Investments, Inc., Chevron U.S.A. Inc.

    Do you know any of the parties involved in this case?

    Yes _____          No _____
    If Yes, please explain:
    _____
    _____

23. Do you have any personal knowledge about the facts of this case?
    Yes _____          No _____
    If Yes, please explain:

5

_____
_____

24. Have you had discussions with anyone or have you read or heard or seen any media reports about this case?
    Yes _____          No _____
    If Yes, please explain:
    _____
    _____

25. Please list any organizations you have belonged to or volunteered for to in the past 10 years.
    _____
    _____
    _____
    _____

26. Do you have any physical or medical problems that would make jury duty difficult for you?
    _____
    _____

                                                                  _____
                                                                  Signature of Juror