Robert A. Mittelstaedt (State Bar No. 060359)
Caroline N. Mitchell (State Bar No. 143124)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Mimi Lee (State Bar No. 155803)
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
mimi.lee@chevron.com
Telephone:    (925) 842 3413
Facsimile:     (925) 842 4562

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON INVESTMENTS INC. and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et al.,<br><br>                   Plaintiffs,<br><br>            v.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION and CHEVRON INVESTMENTS INC.,<br><br>                   Defendants. | **Case No. C 99-2506 SI**<br><br>**[PROPOSED] ORDER REGARDING USE OF REAL TIME TRANSCRIPTION DURING TRIAL** |

1  The court reporter for the trial in this matter, Ms. Connie Kuhl, has agreed that the parties
2  may broadcast a live feed of the trial transcript to an outside location through Courtroom
3  Connect. The parties may use instantaneous (or "real time") transcription during trial, which will
4  provide a visual feed of the transcription of the testimony as it occurs. This transcription can be
5  accessed remotely by parties' counsel outside the courtroom as it is created.

7  Dated: October 22, 2008

_____
Connie Kuhl, RMR, CRR
Official Court Reporter, U.S.D.C., C.A.N.D.

12  IT IS SO ORDERED.
13  Dated: October __22, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

SFI-593409v2

- 1 -

[PROPOSED] ORDER RE REAL
TIME TRANSCRIPTION
Case No. C 99-2506 SI