Robert A. Mittelstaedt (State Bar No. 60359)
Caroline N. Mitchell (State Bar No. 143124)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON
INVESTMENTS INC. AND CHEVRON U.S.A.
INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. C-99-2506-SI<br><br>**[PROPOSED] ORDER GRANTING ACCESS TO COURTHOUSE ON THURSDAY, OCTOBER 23, 2008** |

IT IS HEREBY ORDERED THAT:

Counsel from the law firm of Jones Day representing defendants Chevron Corporation, Chevron Investments Inc. and Chevron U.S.A. Inc. shall be granted access to the federal courthouse at 450 Golden Gate Avenue, San Francisco, California, on Thursday, October 23, 2008 at 9:00 a.m. in order to bring computer equipment, shelving, boxes of documents, binders and other materials to Courtroom 10 on the 19th Floor.

IT IS SO ORDERED.

Dated: October 22, 2008

By: _____
The Honorable Susan Illston
United States District Court Judge

SFI-595142v1

[PROPOSED] ORDER GRANTING
ACCESS TO BUILDING
No. C99-2506 SI