# DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | Defendants object to the introduction of all environmental evidence pursuant to FRE 401-403, in addition to the specific objections identified below. |
| 5:12-14 | | | | *Limiting inst not given w/instruction Miller given* | |
| 5:17-18 | | | | | |
| 6:11-14 | | | | | |
| 5:24 | | | | | |
| 6:1-6:6 | | | | | |
| 9:25-10:4 | | | | | |
| 10:7-13 | | | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 10:15-18 | | | | | |
| 10:20-11:1 | | | | | |
| 13:2-3 | | | | | |
| 14:22 | | | | | |
| 14:24 | | | | | |
| 15:14-15 | | | | | |
| 15:17-18 | | | | | |
| 16:21-22 | | | | | |
| 16:24 | | | | | |
| 17:1-2 17:5-6 | FRE 401-403, 602 irrelevant; lacks foundation, no personal knowledge of saltiness of waterways in past. *See also* Order re: environmental expert and | OK | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 17:19-24 | FRE 401-403 number of trees in Obe-Arenewo is irrelevant and too tangential, particularly because Arenewo is **not** a plaintiff. *See also* Order re: environmental expert and issues (Dkt. # 1210). | O R | | | |
| 21:3-12 | 21:3-12 FRE 401-403, 602, 701 irrelevant to claims and more prejudicial than probative, lacks foundation as to what caused demise of fish; improper lay expert opinion on a scientific issue. *See also* Order re: environmental expert and issues (Dkt. # 1210). | O R | | | |
| 21:16-18 | 21:16 FRE 401-403, 602, 701 irrelevant to claims and issues (Dkt. # 1210). | O R | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | more prejudicial than probative, lacks foundation as to what caused demise of fish; improper lay expert opinion on a scientific issue. *See also* Order re: environmental expert and issues (Dkt. # 1210). | | | | |
| 21:21-22 | | | | | |
| 22:11-12 | FRE 401-403 fish and trees in **1980s** are irrelevant, more prejudicial than probative and too remote in time. | aR | | | |
| 22:14-18 | FRE 401-403 fish and trees in **1980s** are irrelevant, more prejudicial than probative and too remote in time. | aR | | | |
| 22:20 | FRE 401-403 fish and trees in **1980s** are irrelevant, more prejudicial than probative | aR | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 23:7-13 | 23:7-12 FRE 401-403, 602, 701 trees and injury allegedly caused by salinity in **1980s** are irrelevant and more prejudicial, particularly because too remote; Arenewo is **not** a plaintiff; lacks foundation as to what caused demise of fish; improper lay expert opinion on a scientific issue. *See also* Order re: environmental expert and issues (Dkt. # 1210). | and too remote in time. [handwritten: "This is not prior" AR] | | | |
| 23:16-19 | | | | | |
| 23:22-25 | 23:24-25 FRE 401-403 irrelevant and more prejudicial that probative; | | | | |

# DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 24:3-15 | 24:3-15 FRE 401-403 irrelevant and more prejudicial that probative; improper leading question. | OR | | | |
| 24:17-21 | 24:17 FRE 401-403 irrelevant and more prejudicial that probative; improper leading question. | Not leading | | | |
| 27:21-23<br>28:2-5<br>28:8-13<br>28:16-29:13<br>29:16-18<br>29:20-21 | 27:21-23; 28:2-5; 28:8-11 FRE 401-403, 602 Amount of fish caught is irrelevant, lacks foundation as witness demonstrates no personal knowledge.<br>28:12-13; 28:16-29:11 FRE 401-403, 602, 701 irrelevant and more prejudicial than probative, lacks foundation and opinion re: fish dying is | OR | | | |
| | improper leading question. | | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | impermissible lay opinion on a scientific issue. *See also* Order re: environmental expert and issues (Dkt. # 1210). | | | | |
| 32:13-18 | 28:20-21 Colloquy of counsel is irrelevant, waste of time. FRE 401-403. | [signature] *mis[?] different counsel* | | | |
| 32:21-22 | | | | | |
| 36:14 | 36:24-25; 37:2-37:16 | | | | |
| 36:16-19 | Answer is not responsive to the question and should be stricken; FRE 802, 1001-1003 testimony is hearsay recounting of content of the letter; best evidence of what letter asked is the letter. | OR | | | |
| 36:22-25 | | | | | |
| 37:2-18 | | | | | |
| 38:1-3 | | | | | |
| 38:6-9 | | | | | |
| 38:12-15 | 38:2-3; 38:6-7 FRE 602 Facts assumed by question | | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 38:17-20 | lack foundation, assume facts not in evidence. | | | | |
| 38:24-39:2 | 38:14-15; 38:17-20; 38:24-25; 39:6-7; 39:10-11; 39:14-20: FRE 611(c) impermissible leading questions. | | | | |
| 39:4-7 | | | | | |
| 39:10-11 | | | | | |
| 39:14-20 | | | | | |
| | | | 40:16 | | |
| | | | 40:18 | | |
| | | | 41:14-15; 41:18-21 | | |
| | | | 42:25-43:1; 43:4-5 | | |
| 43:16-17 | | | | | |
| 43:20-22 | | | | | |
| 43:24-44:3 | | | | | |

# DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 45:6-11 | | | | | |
| 46:8-11 | | | 45:14-15; 45:19-46:1 | | |
| 46:14-24 | | | | | |
| 49:3-4 | | | | | |
| 49:7-10 | | | | | |
| 49:13-16 | | | | | |
| 49:18-21 | | | | | |
| 49:24 | | | 50:6-7; 50:10-15 | | |
| | | | 50:24-51:3 | | |
| | | | 51:6-9 | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 55:1-18 | | | | | |
| 56:11-19 | | | | | |
| 57:15-17 | | | | | |
| 57:24-58:11 | FRE 602, 802, 1001-1003 report of conversation in English (see 57:15-17) in Ikorigho is hearsay and double hearsay when it relates content of letter, no personal knowledge; letter is best evidence of what letter said. | | | *Counter-Designate: 52:6-7, 9-10* | |
| 59:3-22 | FRE 401-403, 602, 701, 802, 1001-1003 reference to water is more prejudicial than probative, lacks | | | | |

DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 60:25-61:1 | foundation, and improperly includes lay expert opinion on a scientific matter. *See also* Order re: environmental expert and issues (Dkt. # 1210); report of conversation in English (see 57:15-17) in Ikorigho is hearsay and double hearsay when it relates content of letter, no personal knowledge; letter is best evidence of what letter said. | | | | |
| 61:3-5 | 61:3 beginning with "He" - 61:5 FRE 602 witness lacks personal information on whether everything was translated because he does not speak English. | O/R | | | |
| 61:16-23 | This is all information that he heard from Judah Ajidibo *see* 61:12-15. FRE 602, | Sustained | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 61:24-62:13 | 802, 1001-1003 report of conversation in English (see 57:15-17) in Ikorigho is hearsay, no personal knowledge. | | | | |
| | This is all information that he heard from Judah Ajidibo *see* 61:12-15. FRE 602, 802, 1001-1003 report of conversation in English (see 57:15-17) in Ikorigho is hearsay, no personal knowledge. | *[signature]* | | | |
| 63:23-24 64:2 | | | | | |
| 64:14-65:2 65:4-66:11 | 64:17 "and"-64:18 602 lacks foundation as to what "Deji said" because witness did | *[initials]* | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 66:14-67:19 | not understand English. 64:25-65:2; 65:4-16 This is all information that he heard from Judah Ajidibo *see 61:12-15.* FRE 602, 802, 1001-1003 report of conversation in English (*see 57:15-17*) in Ikorigho is hearsay, no personal knowledge; also hearsay to the extent it recites what the Elders said. 65:22-25: FRE 611(c); leading. 66:22 (beginning with "since")-66:23 (ending with "morning"): FRE 802 Hearsay. 67:8 Colloquy of counsel is irrelevant, waste of time. FRE 401-403. | O/R O/R O/R [signature] | | | |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| **Rebuttal Designations re Tugboat Incident – Offered Only if Incident is allowed in Defendants' Case** | | | | | |
| | 67:11-19 FRE 401-403, 602, 802 lacks personal know, hearsay about what fishermen said, nor is it admissible for any other purpose that is relevant to plaintiffs' claims. | OR | | | |
| 72:19-20 | | | | | |
| 72:22-23 | | | | | |
| 73:1 | | | | | |

DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 73:9-12 | | | | | |
| 73:15-18 | | | | | |
| 73:20-24 | | | | | |
| 78:13-23 | | | | | |
| | | 79:18-25; 80:2 | | | |
| 80:4-11 | 80:8-11; 80:17-18; 80:22-23; 81:1-3 FRE 401-403; 802 more prejudicial than probative because it is very confusing, hearsay and not relevant for any other purpose. | OR | | | |
| 80:17-18 | | | | | |
| 80:22-23 | | | | | |
| 81:1-5 | | | | | |
| 81:7-21 | | | | | |
| 81:24-82:5 | 81:4-5; 81:7-12  802 Hearsay and not relevant for any other purpose. | OR | | | |
| 82:8 | 81:13 Colloquy of counsel is irrelevant, waste of time. | | | | |

DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 82:25-83:2 | FRE 401-403. | | | | |
| 83:4 | FRE 401-403, 602 irrelevant, more prejudicial than probative, speculation. | | | | |
| 84:15 | | O/R | | | |
| 84:18-85:1 | | | | | |
| 86:19-20 | 86:19-20; 86:23-24 FRE 401-403 irrelevant. | | | | |
| 86:23-87:3 | | | | | |
| 87:6-10 | 87:1-3; 87:6-10; 87:12-17; 87:19 611(c), 802 Leading, hearsay. | O/R | | | |
| 87:12-17 | | | | | |
| 87:19-24 | | | | | |
| 88:1-5 | | | | | |
| 88:7-8 | | | | | |
| 88:19-22 | | | | | |

# DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 90:14-21 | FRE 802 hearsay. | | 79:18-25; 80:2 | Irrelevant; FRE 403. | See supra Defendants' Response Showing that Further Kidnapping of the Cheryl Ann Tug Crew is Relevant. |
| | | | 141:1-5 | Irrelevant as to whether the Ijaw "invaded" this community; hearsay; witness has no personal knowledge re: alleged "invasion"; FRE 403 (see 141:18-142:4). | Plaintiffs are seeking compensation for lost earning capacity, and testimony relating to when the Ijaw/Ilaje crisis began is relevant to the plaintiffs' damages because their capacity to earn (i.e., their businesses) was destroyed by the Ijaws when the crisis began. |
| | | | 141:9-15 | Irrelevant as to whether the Ijaw "invaded" this community; hearsay; | Plaintiffs are seeking compensation for lost earning capacity, and |

## DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 141:18-142:4). | witness has no personal knowledge re: alleged "invasion"; FRE 403 (see 141:18-142:4). | testimony relating to when the Ijaw/Ilaje crisis began is relevant to the plaintiffs' damages because their capacity to earn (i.e., their businesses) was destroyed by the Ijaws when the crisis began. |
| | | | 142:23-143:9 | | |
| | | | 282:5-10 | | |
| | | | 284:2-11; 284:14-17 | | |
| | | | 292:17-293:7; 293:9-294:14 | | |
| | | | 298:4-6 | | |
| | | | 304:8-11 | | |
| | | | 342:9-13 | | |

# DESIGNATIONS OF DEPOSITION TESTIMONY OF ABIAH ARENEWO
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition July 15, 16 & 18, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 352:16-18; 352:21-22 | | |