# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUFAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 5:13-15 | | | | | |
| | | | | | |
| | | | 9:12-15 | | |
| 12:4-7 | | | | | |
| | | | 9:18-20 | | |
| 13:16-24 | | | | | |
| 14:3-6 | | | 9:23-10:11 | | |
| 28:19-23 | | | | | |
| 28:25 | | | | | |

ORDER
C99-2506

SFI-59537v2

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

### OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 30:21-25 | | | | | |
| 31:4-5 | | | | | |
| 34:9-11 | | | | | |
| 34:14-19 | | | | | |
| 38:10-11 | Inadmissible hearsay. FRE 802. | State of mind exception, probative of intent or motive of Ilajes in staging protest. FRE 803(3) | | | |
| 38:14-16 | Inadmissible hearsay. FRE 802. | State of mind exception, probative of intent or motive of Ilajes in staging protest. FRE | | | |

SFI-595372v2

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 38:19-39:3 | 38:19-21: Inadmissible hearsay. FRE 802. 38:22-39:3: Testimony regarding the character of the witness offered to prove action in conformity therewith is barred by 404(b); inadmissible hearsay. FRE 404(b), 802. | 803(3) State of mind exception, probative of intent or motive of Ilajes in staging protest. FRE 803(3). FRE 404(b) deals with the inadmissibility of crimes, wrongs or acts to prove action in conformity therewith, and thus is inapplicable to this evidence. Further, as noted above, the evidence is properly admissible under FRE 803(3). | [handwritten] OK will give instruction regarding ref | | |

- 3 -

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 43:6-14 | | | | | |
| | | | 45:20-46:8 | Improper counter-designation, because not necessary for completeness of any designation by plaintiffs. | This designation is well within the scope of plaintiffs' direct, which inquires into the details surrounding this witness' experiences during the incident.  It is closely related to many of plaintiffs' designations, including the testimony designated by plaintiffs at 49:6-7; 49:10-24. |
| | | | 47:19-23 Exhibit 1479 | Improper counter-designation, because not necessary for completeness of any designation by | This designation is well within the scope of plaintiffs' direct, which inquires into the details |

SFI-5953372v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | plaintiffs. | surrounding this witness' experiences during the incident. It is closely related to many of plaintiffs' designations, including the testimony designated by plaintiffs at 49:6-7, 49:10-24. |
| | | | 48:2-10<br>Exhibit 1479 | Improper counter-designation, because not necessary for completeness of any designation by plaintiffs. | This designation is well within the scope of plaintiffs' direct, which inquires into the details surrounding this witness' experiences during the incident. It is closely related to many of plaintiffs' designations , including the testimony designated by plaintiffs |

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 49:6-7 | | | 48:23-49:3 Exhibit 1479 | Improper counter-designation, because not necessary for completeness of any designation by plaintiffs. | at 49:6-7; 49:10-24. This designation is well within the scope of plaintiffs' direct, which inquires into the details surrounding this witness' experiences during the incident. It is closely related to many of plaintiffs' designations, including the testimony designated by plaintiffs at 49:6-7; 49:10-24. |
| 49:10-24 | | | | | |

SFI-59537242

SFI-59537\2v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 51:21-22 | | | | | |
| 51:25-52:8 | | | | | |
| 52:12-18 | | | | | |
| 53:1-7 | | | | | |
| 53:20-21 | | | | | |
| 53:24 | | | | | |
| 55:17-20 | | | | | |
| 55:23 | | | | | |
| 55:25 | | | | | |

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
### OF DAMILOHUN MAJEMU OSUPAYOJO
(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 56:2-3 | | | | | |
| 56:5-56:18 | | | | | |
| 56:21-25 | | | | | |
| 57:1-2 | | | | | |
| 57:5-6 | | | | | |
| 57:20 | | | | | |
| 57:23-24 | | | 58:1-3 | | |
| 58:4-10 | | | | | |

SFH-5953372v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 58:14-17 | | | | | |
| 60:2-4 Exh. 1480 | | | | | |
| 60:7-14 | | | | | |
| 61:7-13 | | | | | |
| 61:16-17 | | | | | |
| 62:22-23 | | | | | |
| 63:1-2 | | | | | |
| 63:9-10 | | | | | |

SFI-59537v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 63:13 | | | | | |
| 63:21-22 | | | | | |
| 63:24-25 | | | | | |
| 64:11-12 | | | | | |
| 64:14 | | | | | |
| 65:15-66:4 | | | | | |
| 66:20-23 | | | | | |
| 70:18-71:5 | | | | | |
| 71:7-10 | | | | | |

SFI-59537\2V2

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 71:13-15 | | | | | |
| 71:18-25 | | | | | |
| 72:12-14 | | | | | |
| 72:17 | | | | | |
| 72:19-20 | | | | | |
| 72:23 | | | | | |
| 72:25-73:2 | | His ability to observe the events have been established in prior testimony. The witness | | | |
| 73:15-16 | Lacks foundation; calls for speculation. FRE 602. | | | | |

- 11 -

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | is not speculating but rather describing what he saw. | | | |
| 73:20 | | | | | |
| 74:3-5 | | | | | |
| 74:9 | | | | | |
| 74:19-21 | | | | | |
| 74:24-75:5 | | | | | |
| 75:7-11 | | | | | |
| 75:24-77:5 | 76:6-13: Inadmissible | Hearsay exception of present sense impression, | | | |

SFI-59537v2

SFI-59537v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 77:13-18 | hearsay.  FRE 802. | FRE 803(1), and excited utterance, FRE 803(2). | | | |
| | 77:3-5:  Impermissible lay opinion not "rationally based on the perception of the witness."  FRE 701.  Motion to strike as non-responsive. | Supplemental designation of 75:12-23 for clarity.  Statement that witness saw a bullet wound is a description, not an opinion, and is responsive to question of what he saw. | | | |
| | Impermissible lay opinion not "rationally based on the perception of the witness."  FRE 701. | Statement that witness saw a bullet wound is a description, not an opinion. | | | |

- 13 -

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 78:20-79:9 | | | | | |
| 79:15-24 | | | | | |
| 80:23-81:8 | | | | | |
| 81:25-82:5 | Testimony regarding what happened to non-party witness is irrelevant, waste of time, and if offered to prove action in conformity therewith is barred by 404(b). FRE 401-403, 404(b).  OK | Testimony is relevant to the malicious intent of the security officers who were holding the protesters, including Bola Oyinbo, in the container. Acts such as these are admissible to prove motive, intent or plan. FRE 404(b). | | | |
| 82:14-20 | Testimony regarding what happened to non-party | Testimony is relevant to the malicious intent of | | | |

SFI-59537v2

- 14 -

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUFAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 83:21-23 | witness is irrelevant, waste of time, and if offered to prove action in conformity therewith is barred by 404(b).  FRE 401-403, 404(b). | the security officers who were holding the protesters, including Bola Oyinbo, in the container. Acts such as these are admissible to prove motive, intent or plan.  FRE 404(b). | | | |
| 87:4-9 | | | | | |
| 87:16-18 | | | | | |
| 88:1-8 | | | | | |
| 89:10-24 | | | | | |

SFI-59537v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 90:14-19 | | | | | |
| 91:5-18 | | | | | |
| 92:12-14 | | | | | |
| 92:19-25 | | | | | |
| 93:12-14 | | | | | |
| 93:25-94:1 | | | | | |
| 94:17-21 | | | | | |
| 95:15-25 | | | | | |
| 96:16-96:22 | Testimony regarding what | Testimony is relevant to | | | |

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 97:11-16 | happened to non-party witness is irrelevant, waste of time, and if offered to prove action in conformity therewith is barred by 404(b). FRE 401-403, 404(b). | the malicious intent of the security officers who were holding the protesters, including Bola Oyinbo, in the container. Acts such as these are admissible to prove motive, intent or plan. FRE 404(b). | | | |
| 97:23-98:3 | | | | | |
| 98:6-10 | | | | | |
| 98:23-99:11 | | | | | |

SFI-59537202v2

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 99:13-16 | | | | | |
| 99:18-25 | | | | | |
| 100:11-12 | | | | | |
| 100:14-24 | | | | | |
| 101:1-6 | | | | | |
| 102:4-13 | | | | | |
| 103:19-104:3 | | | | | |
| 104:14 | | | | | |
| 104:17-19 | | | | | |

SFI-59537202

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 105:12-13 | | | | | |
| 105:15-17 | | | | | |
| 105:19-22 | | | | | |
| 105:25-106:4 | | | | | |
| 106:7-8 | | | 107:13-15 | Lacks foundation, calls for speculation.<br><br>107:16-19 (told where he was by Bola). | The foundation objection is frivolous. There is more than sufficient foundation for this witness to testify regarding his own whereabouts. His testimony is not |
| | | | | | |

SFI-59537.2v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
### OF DAMILOHUN MAJEMU OSUPAYOJO
(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | speculative but is based upon his percipient observations. |
| | | | 108:2-4 | Lacks foundation, calls for speculation. | The foundation objection is frivolous. There is more than sufficient foundation for this |
| | | | | 108:5-8 (told where he was by Bola).  | witness to testify regarding his own whereabouts. His testimony is not speculative but is based upon his percipient observations. |
| | | | 108:14-16 | Lacks foundation, calls for speculation. | The foundation objection is frivolous. There is more than sufficient |
| | | | | 108:17-21 (told where he | foundation for this |

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAEMU OSUPAYOJO**

**(Counter-Designations in italicized text)**

**Depositions taken on September 14-17, 2005**

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | was by Bola). | witness to testify regarding his own whereabouts. His testimony is not speculative but is based upon his percipient observations. |
| | | | 109:12-15 | | |
| 117:25-118:5 | Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 803. | Hearsay exception, under FRE 803(1) and (2). | 109:18 | | |
| 118:9 | Inadmissible hearsay, satisfying none of the | Hearsay exception, under | | | |

SF1-595372v2

SFI-59337v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 118:11-12 | prerequisites for an excited utterance. FRE 802. | FRE 803(1) and (2). | | | |
| 118:15 | Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. | Hearsay exception, under FRE 803(1) and (2). | | | |
| 118:18-20 | Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. | Hearsay exception, under FRE 803(1) and (2). | | | |
| 118:23-119:1 | | | | | |
| 119:5-7 | | | | | |

SFI-59537242

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

### OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 119:11-15 | Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. Motion to strike as non-responsive to the question. | Hearsay exception, under FRE 803(1) and (2). | | | |
| 119:19-21 | | | | | |
| 119:25-120:3 | 120:2-3: Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. | 120:2-3: Hearsay exception, under FRE 803(1) and (2). | | | |
| 120:5-7 | 120: 5-7: Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. | 120:5-7: Hearsay exception, under FRE 803(1) and (2). | | | |

- 23 -

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 120:9-18 | 120:9-16: Inadmissible hearsay, satisfying none of the prerequisites for an excited utterance. FRE 802. | 120:9-16 is not hearsay at all but a description of how Bola Oyinbo looked. | | | |
| 120:21-23 | | | | | |
| | | | 139:13-14 | | |
| | | | 139:17-140:21 | | |
| | | | 141:14-16 | | |
| | | | 173:4-16 Exhibit 1480 | | |

- 24 -

SFI-59337202

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 173:19-24 Exhibit 1480 | | |
| | | | 174:2-12 Exhibit 1480 | | |
| | | | 174:15-175:1 Exhibit 1480 | | |
| | | | 176:5-13 | 176:11-13: Move to strike unsworn statements of counsel.  ∂l₂ | 176:11-13: Explanation is necessary to clarify witness' nonverbal acts during the deposition; plaintiffs do not contest the accuracy of the explanation. |

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 176:18-177:8 | 176:18-19 and 177:4-8: Move to strike unsworn statements of counsel. | 176:18-19 and 177:4-8: Explanation is necessary to clarify witness' nonverbal acts during the deposition; plaintiffs do not contest the accuracy of the explanation. |
| | | | 177:20-25 | | |
| | | | 179:10-22 | | |
| | | | 180:2-3 | | |
| | | | 180:10-11 | | |
| | | | 180:13-20 | | |

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 181:23-182:9 | | |
| | | | 184:25-185:8 | | |
| | | | 185:11-16 | *185:17, 186:15-22; 186:25-187:4* | |
| | | | 191:2-4 | | Counter-designation is not necessary for completing the designated testimony. |
| | | | 196:15-16 | | |
| | | | Exhibit 1480 | | |
| | | | 196:18-24 | | |
| | | | Exhibit 1480 | | |

SFI-59537v2

SFI-59537v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 197:5-8<br>Exhibit 1480 | | |
| | | | 197:11<br>Exhibit 1480 | *198:22-199:2* | |
| | | | 248:25-249:2 | Irrelevant. FRE 402. | The witness testifies regarding his participation in the Parabe incident. Testimony regarding his knowledge of the prior Ilsekiri incident and the CIC's goals during the Parabe incident are relevant to understanding this witness' conduct and state of mind during the |

SFI:5953172v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | incident. |
| | | | 249:4-8 | Irrelevant. FRE 402. | The witness testifies regarding his participation in the Parabe incident. Testimony regarding his knowledge of the prior Itsekiri incident and the CIC's goals during the Parabe incident are relevant to understanding this witness' conduct and state of mind during the incident. |
| | | | 249:11-16 | Irrelevant. FRE 402. | The witness testifies regarding his participation in the Parabe incident. |

SFI-59537v2

- 30 -

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | Testimony regarding his knowledge of the prior Itsekiri incident and the CIC's goals during the Parabe incident are relevant to understanding this witness' conduct and state of mind during the incident. | The witness testifies regarding his participation in the Parabe incident. Testimony regarding his knowledge of the prior Itsekiri incident and the CIC's goals during the Parabe incident are relevant to understanding |
| | | | 249:19-21 | Irrelevant. FRE 402. | |

SFI-59537v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | this witness' conduct and state of mind during the incident. |
| | | | 249:23 | Irrelevant. FRE 402. | The witness testifies regarding his participation in the Parabe incident. Testimony regarding his knowledge of the prior Itsekiri incident and the CIC's goals during the Parabe incident are relevant to understanding this witness' conduct and state of mind during the incident. |
| | | | 249:25-250:5 | | |

SFI-59537242

- 32 -

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 257:16-17 | | |
| | | | 257:19-21 | | |
| | | | 257:23 | | |
| | | | 261:23-25 | Hearsay. FRE 802. | Testimony regarding his understanding of the invaders' plans during the Parabe incident is admissible to show the witness' state of mind. |
| | | | 262:3-6 | Hearsay. FRE 802. | Testimony regarding his understanding of the invaders' plans during the Parabe incident is admissible to show the |

SFI-59537\v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | witness' state of mind. |
| | | | 262:12-13 | Hearsay. FRE 802. | Testimony regarding his understanding of the invaders' plans during the Parabe incident is admissible to show the witness' state of mind and knowledge. |
| | | | 262:15-18 | Hearsay. FRE 802. | Testimony regarding his understanding of the invaders' plans during the Parabe incident is admissible to show the witness' state of mind and knowledge. |
| | | | 267:1-2 | Relevance. FRE 402. | Where the witness was located when he boarded |

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | Exhibit 1481 | [signature] | the barge during the Parabe incident is relevant to understanding this witness' conduct and his opportunity to observe events during the incident. |
| | | | 267:6-8<br>Exhibit 1481 | Relevance. FRE 402<br>265:11-265:2<br>[signature] | Where the witness was located when he boarded the barge during the Parabe incident is relevant to understanding this witness' conduct and his opportunity to observe events during the incident. Plaintiffs' counter-designations are incomprehensible, and defendants cannot |

SFI-59537v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | adequately respond. |
| | | | 267:12-16<br>Exhibit 1481 | Relevance. FRE 402<br><br>265:11-265:2 | Where the witness was located when he boarded the barge during the Parabe incident is relevant to understanding this witness' conduct and his opportunity to observe events during the incident. Plaintiffs' counter-designations are confusing, incomprehensible, and defendants cannot adequately respond. |
| | | | 268:13-20 | Relevance. FRE 402 | Where the witness was located when he boarded the barge during the |

268:17 - 24 inadmissible

268:13-16 admissible

SFI-5953735v2

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | Exhibit 1481 | 265:11-265:2 | Parable incident is relevant to understanding this witness' conduct and his opportunity to observe events during the incident. Plaintiffs' counter-designations are confusing incomprehensible, and defendants cannot adequately respond. |
| | | | 268:23-24 Exhibit 1481 | Relevance. FRE 402 265:11-265:2 | Where the witness was located when he boarded the barge during the Parabe incident is relevant to understanding this witness' conduct and his opportunity to observe events during the |

*[signature]*

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | incident. Plaintiffs' counter-designations are confusing incomprehensible, and defendants cannot adequately respond. |
| | | | 270:13-14 | Hearsay, FRE 802. | Testimony regarding his understanding of the invaders' plans during the Parabe incident and whether the invasion was authorized by the chief is admissible to show the witness' and invaders' state of mind and knowledge. |
| | | | 270:16-19 | | |

SFI-5953372v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 271:16-20 | | |
| | | | 271:23-272:3 | | |
| | | | 273:10-11 | | |
| | | | 277:5-12 | *277:13-21; 278:1-9* | Counter-designation is not necessary for completing the designated testimony. It is also irrelevant, misleading, confusing, and would result in wasting time. FRE 401-403. |
| | | | 280:5-13 | | |

- 38 -

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | Exhibit 1482 | | |
| | | | 282:15-22 | | |
| | | | Exhibit 1485 | | |
| | | | 282:25-283:12 | | |
| | | | Exhibit 1485 | | |
| | | | Exhibit 1405 | | |
| | | | Exhibit 1406 | | |
| | | | 283:16-20 | | |
| | | | Exhibit 1406 | | |
| | | | 283:23 | | |

SFI-59537v2

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | Exhibit 1406 | | |
| | | | 285:4-5 | | |
| | | | Exhibit 1408 | | |
| | | | 285:7-12 | | |
| | | | Exhibit 1408 | | |
| | | | 285:15 | | |
| | | | Exhibit 1408 | | |
| | | | 292:19-20 | | |
| | | | 292:23-293:2 | | |

SFI-59537v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

**(Counter-Designations in italicized text)**

**Depositions taken on September 14-17, 2005**

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 293:5-8 | | |
| | | | 293:11-14 | | |
| | | | 293:17-294:1 | | |
| | | | 294:11-12 | | |
| | | | 294:15-19 | | |
| | | | 294:22-25 | | |
| | | | 295:2 | | |
| | | | 295:6-8 | | |
| | | | 295:10 | | |

SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
### OF DAMILOHUN MAJEMU OSUPAYOJO
#### (Counter-Designations in italicized text)
#### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 295:12-13 | | |
| | | | 295:15-16 | | |
| | | | 295:24-296:1 | | |
| | | | 296:2-4 | | |
| | | | 296:6 | | |
| | | | 296:24-297:2 | | |
| | | | 298:11-13 | | |
| | | | 308:22-309:5 | | |
| | | | 309:7-10 | | |

SFI-59537202

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 309:12 | | |
| | | | 335:10-11<br>Exhibit 1480 | | |
| | | | 335:14-20<br>Exhibit 1480 | | |
| | | | 335:22-23<br>Exhibit 1480 | | |
| | | | 335:25-336:4<br>Exhibit 1480 | | |

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 336:6-10 | | |
| | | | Exhibit 1480 | | |
| | | | 336:13-19 | | |
| | | | Exhibit 1480 | | |
| | | | 336:22-337:6 | | |
| | | | Exhibit 1480 | | |
| | | | 337:9-14 | | |
| | | | Exhibit 1480 | | |
| | | | 337:16-22 | | |
| | | | Exhibit 1480 | | |

SFI-59537v2

SFI-59537v2

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 338:1-3 | | |
| | | | Exhibit 1480 | | |
| | | | 338:6-15 | | |
| | | | Exhibit 1480 | | |
| | | | 348:13-14 | | |
| | | | 348:18 | 348:20-21, 23; 348:25-349:1; 349:4; 349:6-11; 349:24-350:3; 350:6; 350:23; 351:1-2 | Counter-designations are not necessary for completing the designated testimony. They are also irrelevant, misleading, confusing, and would result in wasting time.  FRE 401-403 |

SFI-59537202v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 354:10-11 | | |
| | | | 354:14-18 | | |
| | | | 355:21-24 | | |
| | | | 356:1 | *357:11-12; 357:14-15; 358:21-22; 358:25; 361:19-20; 362:4-9; 362:11* | Counter-designation is not necessary for completing the designated testimony. It is also irrelevant, misleading, confusing, and would result in wasting time. FRE 401-403. |
| | | | 367:21-23 | | |

- 46 -

SFI-59537xv2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 367:25-368:3 | | |
| | | | 368:5-6 | | |
| | | | 368:21-369:2 | | |
| | | | 369:5-6 | | |
| | | | 369:17-21 | 369:22-24 | Counter-designation is not necessary for completing the designated testimony. The question was what the soldiers said in pidgin English, not translated. |
| | | | 371:8-10 | | |

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 371:13-16 | | |
| | | | 371:18-20 | | |
| | | | 371:23-372:10 | 372:11, 14 | Counter-designation is not necessary for completing the designated testimony. It is also irrelevant, misleading, confusing, and would result in wasting time. FRE 401-403. It is clear from the designated testimony beginning at 371:8-14 who is speaking |
| | | | 427:25-428:5 | Lacks foundation, calls for speculation, assumes facts | The witness' testimony that he does not |

SFI-59537.v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | Exhibit 1488 | not in evidence, argumentative. | recognize the person featured in the photograph is not speculative and does not lack foundation. Nor does the testimony assume facts not in evidence. The question of whether the witness recognizes the person is not argumentative. Plaintiffs do not make the same objections to subsequent testimony of the witness regarding whether he recognizes persons featured in photos. |

- 49 -

SFI-595372v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 428:7-9 Exhibit 1488 | | |
| | | | 428:11-14 Exhibit 1488 | | |
| | | | 428:17-21 Exhibit 1488 | | |
| | | | 428:24 Exhibit 1488 | | |
| | | | 432:1-3 Exhibit 1411 | | |

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 432:6-8<br>Exhibit 1411 | | |
| | | | 432:10-12<br>Exhibit 1411 | | |
| | | | 432:14-18<br>Exhibit 1411 | | |
| | | | 432:21-24<br>Exhibit 1411 | | |
| | | | 433:1-3<br>Exhibit 1411 | | |

SFI-59537v2

SFI-59537212v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

**(Counter-Designations in italicized text)**

**Depositions taken on September 14-17, 2005**

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 433:6-8 Exhibit 1411 | | |
| | | | 433:10 Exhibit 1411 | | |
| | | | 433:21-25 | | |
| | | | 434:2-4 | | |
| | | | 434:7 | | |
| | | | 437:9-14 | | |
| | | | 439:14-15 | | |

SFI-595372v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 439:17-18 | | |
| | | | 439:21-23 | | |
| | | | 440:1-6 | | |
| | | | 440:8-11 | | |
| | | | 440:13-21 | | |
| | | | 440:23-441:6 | 441:4-6: Asked and answered; harassing, argumentative. | The witness did not answer the question when previously asked, and the question asking for clarification of apparently inconsistent testimony is not argumentative or |



SFI-59537v2

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
(Counter-Designations in italicized text)
Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | harassing. |
| | | | 441:9-18 | Asked and answered; harassing, argumentative. | The witness did not answer the question when previously asked, and the question asking for clarification of apparently inconsistent testimony is not argumentative or harassing. |
| | | | 441:20-21 | Asked and answered; harassing, argumentative. | This designation is only the witness' answer, and does not include any question. The witness did not answer the question preceding the designated testimony when previously asked, |

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | and the question asking for clarification of apparently inconsistent testimony is not argumentative or harassing. | |
| | | | 454:17-21 | Asked and answered; harassing, argumentative. Move to strike as non-responsive. [signature] | The question was not previously asked, and the question asking for clarification of apparently inconsistent testimony is not argumentative or harassing. |
| | | | 454:24-455:8 | Argumentative, asked and answered. [signature] | The question was not previously asked, and the question asking for clarification of |

SFI-59537v2

SFI-59537212

- 56 -

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 455:10-21 | Argumentative, asked and answered. | The question was not previously asked, the witness refused to directly answer these questions, and the question asking for clarification of apparently inconsistent testimony is not argumentative. |
| | | | | | apparently inconsistent and evasive testimony is not argumentative. The non-responsive nature of the witness' answer demonstrates his evasive and uncredible testimony. |

455:10-18

455:10-18 R

455:19-21 Sustained

416:2-10 Sustained

argumentative

SFI-59537202

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 456:2-10 | Argumentative, asked and answered. | The designated testimony does not include a question. The question preceding the designated answer was not previously asked, the witness refused to directly answer these questions, and the question asking for clarification of apparently inconsistent testimony is not argumentative. |
| | | | 456:20-23 | | |
| | | | 456:25-457:2 | | |

SFI-595372v2

**PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS**

**OF DAMILOHUN MAJEMU OSUPAYOJO**

**(Counter-Designations in italicized text)**

**Depositions taken on September 14-17, 2005**

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 457:4-5 | Asked and answered. | The question was not previously asked (rather, the witness was asked to repeat words in Pidgin English, not his native Ilaje language), the witness refused to directly answer these questions, and the question asking for clarification of apparently inconsistent testimony is not argumentative or harassing. |
| | | | 457:8-9 | Asked and answered. | The designated testimony is not a question, but an answer. The question at 457:4-5 |

SFI-59537v2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | was not previously asked (rather, the witness was asked to repeat words in Pidgin English, not his native Ilaje language), and the witness refused to directly answer these questions. |
| | | | 502:14-23 | | |
| | | | 502:25-503:8 | | |
| | | | 503:23-504:11 | | |
| | | | 504:14-17 | | |
| | | | 507:15-21 | | |

SFI-59537v2

PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 508:8-9 | | |
| | | | 508:12-15 | | |
| | | | 512:6-7 | *510:23-25; 511:6-9; 512:2-5* | Counter-designation is not necessary for completing the designated testimony. It is also irrelevant, misleading, confusing, and would result in wasting time. FRE 401-403. |
| | | | 512:10 | | |
| | | | 524:15-525:1 | | |

- 60 -

SFI-5953172V2

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS
## OF DAMILOHUN MAJEMU OSUPAYOJO
### (Counter-Designations in italicized text)
### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 525:4-5 | | |
| | | | 525:7-10 | | |
| | | | 525:12 | | |
| | | | 565:5-7 | | |
| | | | 565:9-566:4 | | |
| | | | 566:7-16 | | |
| | | | 566:19-20 | | |
| | | | 568:16-23 | 568:24-569:1; 569:3-4 | Counter-designation is not necessary for completing the |

# PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

## OF DAMILOHUN MAJEMU OSUPAYOJO

### (Counter-Designations in italicized text)

### Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 589:12-14 | | designated testimony. |
| | | | 589:17-22 | 591:22-24; 592:2-3 | Counter-designation is not necessary for completing the designated testimony. |
| | | | 598:11-20 | | |
| | | | 598:22-599:1 | | |
| | | | 599:3-7 | | |
| | | | 599:10-13 | Relevance. FRE 402. | This testimony is relevant to the witness' personal knowledge and percipient observations |

SFI-59372v2

SFI-59537v2

- 63 -

## PLAINTIFFS' DIRECT & DEFENDANT'S CROSS EXAMINATION DESIGNATIONS

### OF DAMILOHUN MAJEMU OSUPAYOJO

(Counter-Designations in italicized text)

Depositions taken on September 14-17, 2005

| Plaintiffs' Designations | Defendants' Objections | Plaintiffs' Responses to Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | of Arolika's body. |
| | | | 599.18 | Relevance. FRE 402. | This testimony is relevant to the witness' personal knowledge and percipient observations of Arolika's body. |