IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO *et al.*, | No. C 99-02506 SI |
| Plaintiffs, | **ORDER RE: TRIAL PARTICIPANTS' COMMUNICATIONS WITH PRESS DURING PENDENCY OF TRIAL** |
| v. | |
| CHEVRON CORPORATION *et al.*, | |
| Defendants. | |

The trial of *Bowoto v. Chevron Corporation* began in this Court on October 27, 2008. Before trial began, both parties filed numerous letter briefs to the Court detailing concerns about statements made to the press by opposing counsel. In light of the concerns raised by counsel, the Court has ordered all trial participants (counsel and litigants) not to communicate with the press about the trial while the trial is pending. The media is free to attend and report on all formal proceedings.

This Order confirms an oral ruling previously made by this Court.

**IT IS SO ORDERED.**

Dated: 11/7/08

SUSAN ILLSTON
United States District Judge