Chambers Copy

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU**
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 5:10-12 | | | | | |
| | | | 7:5-10 | | |
| | | | 40:12-14 | | |
| | | | 40:17-18 | | |
| | | | 40:20-41:7 (41:1 should say "Arolika" instead of "Aromka") OK | | |
| | | | 106:17-23 | | |
| | | | 107:2-3 | | |
| | | | 109:17-20 | | |
| | | | 110:3-5 | | |
| | | | 110:10-17 | | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 111:8-11 | | |
| | | | 111:19-112:6 | | |
| | | | 112:12-113:17 | | |
| | | | 115:11-14 | | |
| | | | 115:17-23 | | |
| | | | 117:13-17 | | |
| | | | 119:8-19 | | |
| | | | 119:21-23 | | |
| | | | 121:19-122:20 | | |
| | | | 123:12-19 (starting with "You") | | |
| | | | 123:21-22 | | |

SFI-595858v1

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 125::5-8 (starting with "as you got") | | |
| | | | 125:11 | | |
| | | | 125:14-18 | | |
| | | | 125:24-25 | | |
| | | | 126:3-7 | | |
| | | | 127:23-128:4 | | |
| | | | 128:7-12 | | |
| | | | 128:15-24 | | |
| | | | 135:8-12 | | |
| | | | 137:15-17 | | |
| | | | 138:6-17 | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 138:24-139:16 | | |
| | | | 139:20-21 | | |
| | | | 139:24-140:3 | | |
| | | | 140:5-24 | | |
| 141:18-142:3 | | | 141:1-17 | | |
| 146:3-9 | | | 142:15-20 | | |
| 147:10-20 | | | | | |
| 149:8-16 | | | 148:16-19 | | |
| 149:22-24 | | | | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 150:21-151:16 | | | 150:17-20 | | |
| 151:19 | | | | | |
| 152:15-22 | | | 152:4-7 | | |
| 153:21-24 | | | 153:7-14 | | |
| 154:5-155:19 | 154:16-155:10: Hearsay (interpreter), Nazemian criteria not met; lacks personal knowledge. FRE 602, 802. | Witness was personally beaten-this information is within his personal knowledge. The objected to testimony, regarding the interpretation issue, puts the beating in context. Further, Defendants have themselves designated testimony translated by | | | Plaintiffs' response to this objection is without merit. Defendants do not object to the testimony about the |

Case 3:99-cv-02506-SI   Document 2080-2   Filed 11/10/2008   Page 6 of 13

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 156:6-17 | Bola to the witness (See 162:9-18 and 474:17-475:14). Defendants should not be allowed to object here in light of their offer of evidence put on through the same interpreter. | alleged beating that comes before and after the objectionable testimony. Nor do defendants designate any of the translated testimony to which plaintiffs refer the Court. | | | |
| | | | 157:11-14 | | |
| | | | 157:19-22 | | |
| | | | 158:5-11 | | |
| 158:12-159:20 | | | | | |
| 159:22-24 | | | | | |
| | | | 162:25-163:17 | | |
| | | | 163:23-164:1 | | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU**
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 164:14-17 | | |
| 173:2-7 | 173:2-7: Hearsay, and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge. FRE 602, 802. | Court has already overruled this objection made by defendants in Motions in Limine. Witness also personally observed the marks of torture on Bola's body- Bola's comments put this in context and were excited utterances, as he had just been tortured. | 165:18-25 166:17-19 173:8-11 173:19-174:2 | | |
| 174:11-175:20 | 174:11-175:1: Hearsay, | Court has already overruled | | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge. FRE 602, 802. | this objection made by defendants in Motions in Limine. Witness also personally observed the marks of torture on Bola's body- Bola's comments put this in context and were excited utterances, as he had just been tortured. | | | |
| | 174:21-23: Colloquy of counsel is irrelevant, waste of time. FRE 401-403. | | | | |
| | 175:7-13: Hearsay, and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge; FRE 602, 802 | | | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
|  | 175:14-15: Hearsay, and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge. FRE 602, 802.<br><br>175:16-17: Colloquy of counsel is irrelevant, waste of time. FRE 401-403.<br><br>175:18-20: Hearsay, and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge. FRE |  |  |  |  |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 176:6-9 | 602, 802. | | | | |
| 176:12-17 | | | | | |
| 176:20-177:6 | 177:2-6: Hearsay, and contrary to plaintiffs' opposition to defendants' motion in limine, there is no foundation showing that these statements satisfy the excited utterance exception to the hearsay rule; lacks personal knowledge. FRE 602, 802. | Court has already overruled this objection made by defendants in Motions in Limine. Witness also personally observed the marks of torture on Bola's body-Bola's comments put this in context and were excited utterances, as he had just been tortured. | 190:22-25 | | |
| | | | 392:22-393:21 | | |
| | | | 396:15-23 | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 397:21-22 (starting with "The actual") | | |
| | | | 397:25-398:1 | | |
| | | | 418:25-419:3 | | |
| | | | 419:17-18 | | |
| | | | 419:22-420:3 | | |
| | | | 420:12-16 | | |
| | | | 420:17-25 | | |
| | | | 421:9-16 | | |
| | | | 421:21-422:25 | | |
| | | | 423:14-424:1 | | |
| | | | 424:14-23 | | |

# PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 425:8-11 | | |
| | | | 436:19-437:11 | | |
| | | | 468:2-4 | | |
| | | | 468:7-11 | 468:10-11: Calls for speculation; lacks foundation, FRE 602. | |
| | | | 468:14-15 | | |
| | | | 468:17-19 | | |
| | | | 469:21-470:5 | | |
| | | | 470:8-15 | | |
| 470:16-24 | | | | | |
| 471:2 | | | 471:4-15 | | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF TAIWO IROWANINU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition June 23-25, 2005

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 471:18-472:1 | | |
| 472:14-16 | | | | | |
| | | | 475:19-23 | | |
| | | | 476:13-25 | | |
| 488:24-489:3 | | | | | |
| | | | 489:10-22 | | |
| | | | 607:1-3 | | |
| | | | 607:6-7 | | |