Case 3:99-cv-02506-SI    Document 2081-2    Filed 11/10/2008    Page 1 of 11

Chambers Copy    Order

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 5:8:11 | Plaintiffs' designation is nonsensical. FRE 401-403. | | | | |
| 29:25-30:7 | | | | | |
| 73:21-74:14 | | | | | |
| 93:3-8 (Beginning with "I'm just asking") | | | | | |
| 95:6-12 | | 95:13-21 | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 99:9-18 | 99:16: Rule 403. Object that reference to "tribal war" is more prejudicial than probative. OR | Plaintiffs' objection is meritless. Why CNL needed security is relevant to each of plaintiffs' claims and defendants' defenses. |
| | | | 99:21-25 | | |
| 172:6-8 | | | 100:3-7 | | |
| 189:19-190:7 | Irrelevant and more prejudicial than probative of any material fact; every country has instances of the police or military | Uwaka's testimony that he had heard the MOPOL referred to as the "kill and go," and his knowledge that the | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | shooting people. FRE 401-403. | military and police had been accused of shooting youths, is clearly relevant to plaintiffs' claims in this case, and is not prejudicial. Defendants can put on their own evidence to refute plaintiffs' evidence, and can call Uwaka (whom they represent) to explain his own testimony. | 190:12-16 | | |
| | | | 191:10-15 | | |

## PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 221:10-11, 20-24 | | | | | |
| 222:8-9, 223:5-6, 12 | 223: 5-6, 12: Examination is argumentative because the deponent was not involved in the decision and the question was asked and answered (see 222:10-223:1) FRE 401, 403, 602 | | | | |
| 249:4-11 | Lacks foundation and personal knowledge, calls for speculation. FRE 602. | Uwaka himself approved a payment to Ogedegbe for the May 28, 1998 attack (Exh. 420, which he authenticates earlier in the deposition). He | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 249:14-15 | Lacks foundation and personal knowledge, calls for speculation. FRE 602. | *Uwaka himself approved a payment to Ogedegbe for the May 28, 1998 attack (Exh. 420, which he authenticates earlier in the deposition). He was the head of security who approved most security payments, and he clearly has the foundation to testify that a per diem payment was paid to any military who were working at Parabe on May 28, 1998.* | | | |

## PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 249:17-19 | Lacks foundation and personal knowledge, calls for speculation. FRE 602. | Uwaka himself approved a payment to Ogedegbe for the May 28, 1998 attack (Exh. 420, which he authenticates earlier in the deposition). He was the head of security who approved most security payments, and he clearly has the foundation to testify that a per diem payment was paid to any military who were working at Parabe on May 28, 1998. | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 249:21-23 | Lacks foundation and personal knowledge, calls for speculation. FRE 602. | Uwaka himself approved a payment to Ogedegbe for the May 28, 1998 (Exh. 420, which he authenticates earlier in the deposition). He was the head of security who approved most security payments, and most security payments, and he clearly has the foundation to testify that a per diem payment was paid to any military who were working at Parabe on May 28, 1998. | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 293:17-19 (plaintiffs request permission to change "yesterday" to "earlier" for purposes of the reading) | | he clearly has the foundation to testify that a per diem payment was paid to any military who were working at Parabe on May 28, 1998. | | | |
| 293:23-294:1 | | | | | |

**PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)**

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 426:14-427:11 | Defendants object that this designation is irrelevant and more prejudicial than probative of any material fact, because counsel was asking about the villages of Opia and Ikenyan (*see 425:25-427:11*), which plaintiffs and claims were dismissed with prejudice. FRE 401-403. Plaintiffs were ordered to respond to discovery in this case relating to those | Uwaka's testimony does not relate in any way to the Opia/Ikenyan incidents. His testimony that the modus operandi of the task force was to burn down villages is highly relevant to plaintiffs' claims. If necessary, plaintiffs can work with defendants and the Court to reword the question asked so that it doesn't refer to the | 294:12-295: 13 ending with "after." | | |

Case 3:99-cv-02506-SI   Document 2081-2   Filed 11/10/2008   Page 10 of 11

## PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | dismissals as a prerequisite to relying on any Opia/Ikenyan evidence. Plaintiffs have not responded to such discovery, and thus cannot rely on this testimony. If plaintiffs are permitted to read this testimony, then defendants request permission to inform the jury that after nine years of litigation plaintiffs dismissed all Opia/Ikenyan plaintiffs due to an ethical conflict of interest and have refused to respond to discovery aimed at villages. | | | | |

# PLAINTIFFS' NOVEMBER 9, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF MIKE UWAKA (11/06/08)

(Counter-Designations in italicized text)

Deposition 2/16/05 & 2/17/05

Volumes 1 & 2

| Plaintiffs' Designations | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | determining whether the claims were fraudulent. *See also* Dkt. # 2001 (order on Defs.' MIL No. 2). | | | | |