Case 3:99-cv-02506-SI   Document 2079-2   Filed 11/10/2008   Page 1 of 3

Order

**PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF REUBEN OSAZUWA**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition February 23 & 24, 2005

## Chambers Copy

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 5:3, Vol. I | | | | | |
| 11:8-11, Vol. I | | | | | |
| 42:24-43:15, Vol. I | | 19:3-5<br>19:20-25; 12-13 | | need to add for context | |
| Volume II | | | | | |
| 109:25-110:2, Vol. II | Prejudicial, irrelevant and misleading. Deponent went to Akure because a particular Mopol unit was suspected in stealing chemicals from a CNL facility. Plaintiffs have designated this | Plaintiffs do not intend to introduce this evidence re: Parabe but on the issue of CNL's control over the GSF. In this instance, the head of CNL's security, Uwaka, directs the deponent to "Change out" | | | |

Case 3:99-cv-02506-SI   Document 2079-2   Filed 11/10/2008   Page 2 of 3

**PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF REUBEN OSAZUWA**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition February 23 & 24, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 110:11-111:20, Vol. II | Prejudicial, irrelevant and misleading. Deponent went to Akure because a particular Mopol unit was suspected in stealing chemicals from a CNL facility. Plaintiffs have designated this testimony in an effort to mislead the jury that the deponent's trip to Akure was somehow related to the alleged torture of Bola Oyinbo. It was not. FRE 401-403. | *troublesome MOPOL.* | | | |

(handwritten note crossing into cell: "testimony in an effort to mislead the jury that the deponent's trip to")

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF REUBEN OSAZUWA

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)
Deposition February 23 & 24, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | Akure was somehow related to the alleged torture of Bola Oyinbo. It was not. FRE 401-403. | | 111:21-112:5 (if objection overruled) | | |