Case 3:99-cv-02506-SI   Document 2070-2   Filed 11/08/2008   Page 1 of 3

Chambers Copy

**PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF BENJAMIN KPEREGBEYI**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

**Deposition October 10 & 12, 2006**

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | 4:3, 5:5-10, 8:23-9:6, 11:25-12:14, 13:12-22 | Counter-designations irrelevant and prejudicial; Plaintiffs' only designations are from day two of the deposition where deponents' testimony was given under oath. FRE 401-403. | | | |
| 21:3-14 | | | | | |
| 21:18-19 | | | | | |
| 25:8-10 | | | | | |
| 36:14-20 | Testimony that concerns January 1999 is irrelevant, confusing and a waste of | Testimony that boats cannot leave Escravos without approval from | | | |

## PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF BENJAMIN KPEREGBEYI

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition October 10 & 12, 2006

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | time. Whether Seatruck performed transport for CNL does not relate to plaintiffs' claims. FRE 401-403. | CNL relevant to show control by CNL over GSF. Witness possesses personal knowledge of degree of control exerted by CNL. Form of question appropriate for witness not affiliated with plaintiffs. | | | |
| 66:18-20; 66:23-67:1, 21 | Whether a Seatruck needs approval before leaving Escravos is unrelated to Parabe and will confuse the jury. FRE 401-403.  66:18-20: Questions are leading and each question and testimony in response should be stricken. FRE | Testimony that boats cannot leave Escravos without approval from CNL relevant to show control by CNL over GSF. Witness possesses personal knowledge of degree of control exerted by CNL. Form of | | | |

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF BENJAMIN KPEREGBEYI

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

Deposition October 10 & 12, 2006

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 611. | question appropriate for witness not affiliated with plaintiffs. | | | | |

SF1-58264Ov1