# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 5:1-4 | | | | | |
| 21:13-15 | | | | | |
| 49:8-10 | | | | | |
| 117:2-5 | Argumentative. FRE 401-403. | There is nothing argumentative about this passage which is proper cross of a hostile witness establishing a key Parabe fact. | | | |
| | | | 184:11-13 | | |
| | | | 186:4-10 | | |
| | | | 187:16-188:1 | Irrelevant; hearsay. FRE 802. | Not offered for the truth but for state of mind of the crisis management |

Chambers Copy

**PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | team and for notice. Also goes to state of mind of persons making public statements concerning the Parabe incident. |
| | | | 196:3-10 | | |
| | | | 199:15-201:20, 201:25-202:9 | Double hearsay; lacks foundation. FRE 802, 602 | Testimony is not offered for the truth of the matter asserted. Goes to Scott Davis' and the crisis management team's state of mind when they decided to request assistance to rescue the hostages. Also relevant to notice. Also goes to state of mind of persons making public statements concerning the Parabe |

## PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 209:24–210:19 | 210:15-16: Move to strike "And I guess that was Scott Davis" as speculation. FRE 401-403, 602. | | 223:10-224:8, 224:17-23 | Move to strike 222:22-224:23 as hearsay, non-responsive; lacks foundation. FRE 802, 602. *If allowed in, Plaintiffs designate 224:10-11 for completeness.* | Testimony is not offered for the truth of the matter asserted. Goes to Scott Davis' and the crisis management team's state of mind when they decided to request assistance to rescue the hostages. Also relevant to notice. Also goes to state of mind of persons |
| 208:3-8 | | | 204:18-205:2 | | incident. |

PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | | | making public statements concerning the Parabe incident. |
| | | | 225:21-25 | | |
| | | | 226:7-15 | | |
| | | | 227:2-6 | | |
| | | | 228:23-229:8 | | |
| 232:8-22 | | | | | |
| 241:2-11 | | | | | |
| | | | 243:15-23 | | |
| 245:7-15 | 245:7-12—Counsel's statement preceding the | This does not misstate prior testimony. See 235:2- | | | |

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

## Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | question assumes facts not in evidence, misstates the witness's testimony and is irrelevant and a waste of time. FRE 401-403. | 13. | | | |
| 250:21-23 | | | 248:24-249:18 | | |
| 251:17-25 | | | | | |
| 253:15-254:16 | 254:13-16: FRE 401-403, 602. | | 252:20-25 | | |
| | | | | | The inspector of the MOPOPLS who provided this information was part of the attack team with Neku. See 254:13-16. |

**PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 255:12-14 | | | | | |
| 256:12-257:2 | | | | | |
| | | | 257:10-18 | Lacks foundation FRE 602. OK | |
| | | | 258:18-259:17 | | |
| | | | 259:21-260:7 | | |
| | | | 262:20-25 | Designation needs 261:20-22 for completeness. OK Move to strike 262:20-266:23: Hearsay, lacks foundation, prejudicial, and lacks personal knowledge. FRE 802, | Not offered for the truth but for state of mind of the speaker and listener and/or notice. Plaintiffs allege they were unlawfully detained at the barge and the statements go to the state of mind of the military |

Will give Will instruct Needs of notice Davis

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

## Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 263:12-15 (starting with "I said") | | | | 602, & 403. | and police who made those arrests. Also goes to state of mind of persons making public statements concerning the Parabe incident.<br><br>Plaintiffs' Response: This is absolutely being offered for the truth of the matter. Lt. Sadiq's and Neku's state of mind after the shooting is irrelevant and highly prejudicial. |

7

## PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 265:22-266:23 | | |
| 267:22-268:9 | | | | | |
| 269:8-12 | | | | | |
| 270:3-10 | Deponent lacks personal knowledge. FRE 602, 802. | The court already overruled a similar objection in connection with two live witnesses (Boyo and Ulori). This testimony goes to Afolayan's state of mind, which defendants would have thrown if they had consulted him. | | | |
| | | | 270:11-12 | | |
| | | | 272:10-25 (colloquy to be | | |

PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU
(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 275:17-276:4 | | | read) | | |
| 279:19-280:2 | Deponent lacks personal knowledge. FRE 602 | The question asks for percipient knowledge; the answer is a based on personal observation. | | | |
| 280:16-25 | | | 280:3-9 | | |
| | 280:16: Counsel colloquy is irrelevant and argumentative. FRE 401-403 | | | | |
| 281:15-20 | | | 281:21-23 | | |

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 – 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 284:18-285:1 | Testimony is cumulative; counsel's badgering of the witness is irrelevant, improper and would mislead the jury. FRE 401-403, 611. | There is no badgering, question and answer are highly relevant to Afolayan's state of mind and information defendants could have obtained, but failed to, prior to deciding to attack. | | | |
| 286:5-12 | Testimony is cumulative; counsel's badgering of the witness is irrelevant, improper, assumes facts not in evidence and would mislead the jury. FRE 401-403, 611. | There us no badgering, question and answer are highly relevant to Afolayan's state of mind and information defendants could have obtained, but failed to, prior to deciding to attack. | | | |
| 286:16-19 | Testimony is cumulative; counsel's badgering of the witness is irrelevant, improper and would mislead | There us no badgering, question and answer are highly relevant to Afolayan's state of mind | | | |

Case 3:99-cv-02506-SI   Document 2090-2   Filed 11/11/2008   Page 11 of 13

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

## Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | the jury. FRE 401-403. | and information defendants could have obtained, but failed to, prior to deciding to attack. | | | |
| | | | 294:5-8 | Move to strike: lacks foundation, calls for speculation. FRE 602. *counter 294:9-10 allowed, Plaintiffs counter 294:9-10* | |
| | | | 295:25-297:15 | Double hearsay, lacks foundation, calls for speculation. FRE 802, 602. | Testimony is not offered for the truth of the matter asserted. Goes to Scott Davis' and the crisis management team's state of mind when they decided to request assistance to rescue the hostages. Testimony also goes to Deji's state of |

11

**PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 303:25-304:3 | | mind that the negotiations had broken down. Also relevant to notice. Also goes to state of mind of persons making public statements concerning the Parabe incident. |
| 379:21-25 | | | | | |
| | | | 413:19-414:9 | | |
| 414:13-17 | | | | | |
| | | | 428:11-16 | Lacks foundation, no personal knowledge, hearsay. FRE 602, 802. | Not offered for the truth but for state of mind of the GSF who detained those allegedly tortured, |

Case 3:99-cv-02506-SI  Document 2090-2  Filed 11/11/2008  Page 13 of 13

# PLAINTIFFS' OCTOBER 28, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF JAMES NEKU

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

## Deposition October 25 - 26, 2004

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 444:24-445:5 | Irrelevant. FRE 401-403. | This is highly relevant as defendants have repeatedly stated the protestors "ravaged" the barge, assumed broken bottles, etc. | | | to CNL' state of mind relating to the detention and to notice. Also goes to state of mind of persons making public statements concerning the Parabe incident. |

13