# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 4:1-2 | | | | | |
| 10:10-19 | | | | | |
| 11:7-14 | | | | | |
| 17:1-9 | | | | | |
| 17:12-15 (up to "divisions") | Incomplete. FRE 106. Confusing and unnecessary. FRE 401-403. | | | | |
| 18:2-3 | | | | | |
| 18:24-19:2 | | | | | |
| 19:21-25 | | | | | |
| 34:4-11 | Misleading unless the completeness designations | | 30:20-31:3; 32:6-15; | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | are included. Plaintiffs are attempting to show that Mr. Omole's job required regular contact with the U.S., which the completeness designations show is untrue. FRE 106, 401-403. | | 32:24-33:4 (completeness designation) | | |
| 35:15-36:6 | | | 37:1-4 | | |
| | | | 34:19-35:4 (completeness designation) | | |
| 36:9-13 | | | | | |
| 36:17 | | | | | |
| 61:25-62:6 | Incomplete to the extent the designation does not make clear it relates to | | 61:17-24 | | |

**PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 65:5-18 | CNL personnel and follows discussion about COP public affairs personnel. FRE 106 | | | | |
| 65:21 | Misleading and prejudicial because testimony is not about the Parabe incident and the jury is left to infer that it is. FRE 401-403. | | 64:15-20 (completeness designation to make subject of question clear) | | |
| 66:1-66:17 (up to "recall") | Misleading and prejudicial because testimony is not about the Parabe incident and the jury is left to infer that it is. FRE 401-403. | | | | |

**PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 66:19 | Misleading and prejudicial because testimony is not about the Parade incident and the jury is left to infer that it is. FRE 401-403. | | | | |
| 67:1-3 | Misleading and prejudicial because testimony is not about the Parade incident and the jury is left to infer that it is. FRE 401-403. | | | | |
| | | | 76:4-5<br>Exhibit 289 | | |
| | | | 78:23-79:5 | | |
| 79:6-10 (except "that's described in exhibit 289") | | | | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 80:18-81:7 | | | 79:20-80:5 | | |
| 84:6-10 (except "in the document") | Speculation. FRE 602. Exclusion of reference to the document is misleading and confusing. FRE 401-403. | | | | |
| 84:13-19 | | | | | |
| 85:1-8 | | | | | |
| 91:2-9 | | | | | |
| 96:8-14 | Speculation. FRE 602. Hearsay. FRE 802. Question is argumentative and inaccurately summarizes testimony. FRE 401-403. | | | | |

## PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 96:18 | Incomplete designation. FRE 106. *if were added* | | | | |
| 96:23-97:4 | Examiner is testifying and it is misleading and prejudicial. Question is argumentative and assumes facts not in evidence. FRE 401-403. | | | | |
| 111:25-112:14, and Exh. 86 | 112:6-14: Speculation and FRE 602. | | | | |
| 114:2-17 | Lacks foundation. FRE 602. There is no foundation or evidence that deponent knows the laws of Nigeria. Calls for an improper legal opinion. FRE 701-702. | | | | |
| 115:1-6 | Speculation and question is vague. FRE 401-403. | | | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 116:18-117:2 | 602. | | | | |
| | Speculation and deponent lacks foundation. FRE 602. | | | | |
| | Plaintiffs are attempting to use the deponent's confusion in a misleading manner. There is no dispute that the CBL-101 barge was at Parabe during the March 1998 Itsekiri takeover. FRE 401-403. | | | | |
| 120:1-4 | | | 118:8-20 | | |
| | | | 120:5-18 (completeness designation) | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 120:19-22 | Answer is incomplete. FRE 106. | | | | |
| 120:25-121:2 | | | 120:23 (completeness designation) | | |
| 121:13-16 | | | 121:3-10 (completeness designation) | | |
| 121:22-24 | Incomplete. FRE 106. | | 121:17-18 (completeness designation) | | |
| 122:15-25 | | | | | |
| 124:2-12, | | | | | |

**PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE**

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 15-17, and Exh. 85 | | | | | |
| 125:14-17 | | | 125:6-13 | | |
| | | | 125:18-20 | | |
| | | | 126:16-23 | | |
| 128:2-25 | 128:7-15: Calls for speculation and deponent lacks foundation for what the MIL AD meant in its letter. FRE 401, 403, 602. | | | | |
| 129:20-23 | | | | | |
| 130:1-3 and Exh. 291 | | | 124:13 | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

## Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 131:15-132:1 | Speculation. FRE 602. 131:15-16, 131:20-22: Counsel is just reading the document into the record. The document is the best evidence of what it says. FRE 1002. | | | | |
| 132:23 (beginning with "Did")-133:9 | | | 132:19-22 | | |
| 137:16-19 and Exh. 294 | The exhibit is double hearsay. FRE 802, 805. Deponent has not laid a foundation for the document. FRE 602. | | | | |
| 140:8-11 and Exh. 295 | Incomplete designation. FRE 106. | | | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 140:24-141:2 | Incomplete, nonresponsive and confusing. FRE 106, 401-403. | | | | |
| 141:6-8 | Counsel's comments are not evidence. FRE 401-403. | | | | |
| 142:16-19 | Testimony about deponent's lack of knowledge is irrelevant and misleading. FRE 401-406. | | 141:10-18 | | |
| 157:24-158:1 | Incomplete, nonresponsive, question was rephrased. FRE 106, 401-403. | | 156:23-157:3 | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 158:10-17 | 158:12-14: Speculation. FRE 602. | | | | |
| 170:23-171:8 | Deponent's speculation about what he thought Mr. Haastrup did is misleading. FRE 401-403, 602. | | | | |
| Exhibit 271 | | | 171:24-172:12 | | |
| 185:23-186:15 | 186:5-15: Speculation. FRE 602 | | | | |
| 187:5-10 | | | 186:22-25 (completeness designation) 187:14-20 | | |

**PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE**

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 188:18-23 | Speculation. FRE 602. | | | | |
| 190:5-13 | 190:5-10: Counsel is reading from the document and the document is the best evidence of what it says. FRE 1002. | | | | |
| 190:25-191:2 | Asked and answered and speculation. FRE 401-403, 602 | | | | |
| 202:19-203:25 | 203:20-25: Speculation. FRE 602. | | | | |
| 207:8-14 | Misleading and prejudicial. Plaintiffs are designating a small portion of testimony | | 205:3-19 (completeness designation) | | |

Case 3:99-cv-02506-SI    Document 2098-2    Filed 11/12/2008    Page 14 of 19

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

## Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
|  | relating to Akure to mislead the jury to believe that deponent's trip to Akure was related to the detention in Akure. As the completeness designations make clear, the deponent's trip to Akure was related to continued negotiations with the Ilaje through the Military Administrator. FRE 401-403. |  |  |  |  |
|  |  |  | 207:15-208:4 (completeness designation) |  |  |
| 208:5-6 | Misleading and prejudicial. Plaintiffs are designating a small portion of testimony relating to Akure to mislead the jury to believe |  |  |  |  |

## PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

### Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | that deponent's trip to Akure was related to the detention in Akure. As the completeness designations make clear, the deponent's trip to Akure was related to continued negotiations with the Ilaje through the Military Administrator. FRE 401-403. | | | | |
| 208:14-15 | | | 208:7-13 (completeness designation) | | |
| 208:24-210:9 | | | | | |
| 210:20-211:17 | 210:20-211:6: There is no question designated. FRE 106. If the question was designated, the response is | | | | |

## PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

### Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | not responsive to the question and should be stricken. FRE 401-403. | | | | |
| 212:15-20 | | | 211:18-212:10 | | |
| 223:10-21 | | | | | |
| 223:23 (beginning at "what")-224:2 | | | | | |
| | | | 224:3-9 | | |
| 224:15-225:3 | 224:24-225:3: Lacks foundation, speculation. FRE 602. | | 224:14 | | |
| 291:17-21 | Argumentative and improper summary of deponent's prior | | | | |

PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | testimony. Assumes facts not in evidence that there were regular communications. Irrelevant because testimony relates to time period after Parabe. FRE 401-403. | | | | |
| 291:23 | | | 357:12-24 | | |
| 376:15 (starting with "Do you") -17 | Deponent is speculating. As the prior testimony makes clear, deponent was not involved in the negotiations. Mr. Haastrup was. Plaintiffs are attempting to mislead the jury that the 10 million naira ransom was for expenses of the takeover. The trial testimony | | | | |

## PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)
(Counter-Designations in italicized text)

### Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 376:19-21 | Deponent is speculating. As the prior testimony makes clear, deponent was not involved in the negotiations, Mr. Haastrup was. Plaintiffs are attempting to mislead the jury that the 10 million naira ransom was for expenses of the takeover. The trial testimony reflects that the CIC made demands up to 100 million naira, for far more than expenses. FRE 401-403, 602. | | | | |
| 376:24-377:3 | Deponent is speculating. reflects that the CIC made demands up to 100 million naira, for far more than expenses. FRE 401-403, 602. | | | | |

# PLAINTIFFS' OCTOBER 14, 2008 DESIGNATION OF DEPOSITION TESTIMONY OF SOLA OMOLE

(Testifying By Way of Deposition Only)

(Counter-Designations in italicized text)

## Deposition September 1 & 2, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 396:3 (starting with "Did") - 17 | As the prior testimony makes clear, deponent was not involved in the negotiations, Mr. Haastrup was. Plaintiffs are attempting to mislead the jury that the 10 million naira ransom was for expenses of the takeover. The trial testimony reflects that the CIC made demands up to 100 million naira, for far more than expenses. FRE 401-403, 602. Asked and answered, argumentative. FRE 401-403. | | | | |