# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 8:5-8 | | | | | |
| 9:2-3, 10, 12 | | | | | |
| 9:14-23 | | | | | |
| 10:1-2, 4-7 | | | | | |
| 10:9-19 | | | | | |
| 10:22-25 | | | | | |
| 14:6-10 | | | 13:25-14:1 | | |
| 21:4-5 | | | 15:11, 15:16-17, 15:20, 15:25-16:1, 16:8 | | |
| 21:7-9 | | | | | |

Chambers Copy

Case 3:99-cv-02506-SI   Document 2093-2   Filed 11/12/2008   Page 2 of 12

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 21:11-16 | | | | | |
| 21:19-22:4 | | | | | |
| 26:4-10 | FRE 401-403. Cumulative, waste of time. | | | | |
| 28:22-23 | | | | | |
| 28:25 | | | | | |
| 32:2-6 | | | | | |
| 32:8-15, 17 | | | | | |
| 32:24-33:4 | | | | | |
| 34:5-8, 15-17 | | | | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 35:13-14, 17-18 | | | | | |
| 39:22-40:2 | | | | | |
| 40:8 (beginning with "Did" –40:10 | | | | | |
| 40:15-16 | | | | | |
| 41:8-42:5 | 41:13-15 – Hearsay. FRE 802. | | | | |
| 70:7-10 | | | | | |
| 70:13-15, 17 | | | | | |
| 72:10-12, 15 | Improperly leading. FRE 611(c) | | 94:18-20, 95:2-8 95:13-14, 95:20-22 | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections Objections to Counter-Designations |
|---|---|---|---|---|---|
| 100:11-12 | Leading, lacks foundation, vague. FRE 401-403, 602, 611(c). | | 96:4-14 | | |
| 100:14-15 | Leading, lacks foundation, vague. FRE 401-403, 602, 611(c). | | | | |
| 100:19-25 | | | | | |
| 101:3, 5-8 | | | | | |
| 101:13-19 | | | | | |
| 101:22-102:1 | | | | | |
| 102:4-18 | | | | | |
| 102:21-103:15 | | | | | |

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO
(Counter-Designations in italicized text)

### Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 104:4-6 | | | | | |
| 104:12-18 | Hearsay - FRE 802. | | | | |
| 104:21-105:6 | 104:25-105:6 Hearsay. FRE 802. To the extent that this is relevant for any nonhearsay purpose, it is substantially more prejudicial than probative. FRE 401-403. | | | | |
| 105:19-106:4 | | | | | |
| 106:6 (starting at "Did") – 106:10 | | | | | |
| 106:17-20 | | | | | |
| 106:23-107:2 | | | | | |
| 107:5-6, 8, 10, 12 | Improperly leading | | | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections to Counter-Designations |
|---|---|---|---|---|---|
| 107:23-24 | FRE 611(c). | | | | |
| 108:1-17 | | | | | |
| 109:12-23 | | | | | |
| 110:1-9 | | | | | |
| 111:11-22 | This is an answer without a question, and is therefore confusing, irrelevant and a waste of time. FRE 401-403. Further, to the extent this is intended to introduce the deponent's testimony regarding the contents of the letter, it lacks foundation and is hearsay because the deponent never read | Start at 110:25 - 111:6 overrule JR | | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO
(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections Objections to Counter-Designations |
|---|---|---|---|---|---|
| | the letter. Rather, he was told what it said by a third-party. *See* 392:13-394:9. *Further, the best evidence of the content of the letter is the letter itself. FRE 1002.* | | | | |
| | | | 124:16-17, 124:21 | | |
| | | | 125:3-4, 125:7 | | |
| | | | 124:23-125:1, | | |
| | | | 125:16-17, 125:19 | | |
| | | | 128:15-17, | | |
| | | | 128:24-25, 129:4 | | |
| | | | 129:23-25 | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 132:5-12 | | |
| | | | 152:3-153:8 | | |
| | | | 154:23-155:7 | | |
| | | | 158:19-25 | | |
| | | | 166:17-20 | | |
| | | | 172:9-173:17 | | |
| | | | 174:2-5 | | |
| | | | 174:15-176:7 | | |
| | | | 180:6-180:8 | | |
| | | | 182:20-183:5 | | |
| | | | 191:9-12 | | |
| | | | 196:6-12 | | |

Case 3:99-cv-02506-SI   Document 2093-2   Filed 11/12/2008   Page 9 of 12

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections Objections to Counter-Designations |
|---|---|---|---|---|---|
| 198:24-199:1 | | | | | |
| 199:15-20 | | | | | |
| | | | 213:23-214:22 | | |
| | | | 215:13-216:22 | | |
| | | | 235:3-10 | | |
| | | | 242:5-13 | | |
| | | | 244:16-245:3 | | |
| | | | 246:7-247:6 | | |
| | | | 289:16-18 | | |
| | | | 309:21-24 | | |
| | | | 350:18-22 | | |
| | | | 353:13-354:2 | | |

SF1-582640v1
SF1-596823v2

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

**Deposition October 27 & 28, 2005**

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | | | 355:7-356:8 | | |
| | | | 358:5-14 | | |
| | | | 358:14-359:21 | | |
| | | | 361:16-23 | | |
| | | | 362:1-23 | | |
| | | | 373:2-11 | | |
| | | | 374:14-17 | | |
| | | | 378:9-379:9 | | |
| | | | 379:23-380:3 | | |
| | | | 380:5-11 | | |

# PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Objections and Counter-Designations | Plaintiffs' Responses to Defendants' Objections and Objections to Counter-Designations | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| 390:1-3 | | | | | |
| 390:5-10 | | | | | |
| | | | 390:17-24 | | |
| | | | 394:12-398:23 | | |
| | | | 404:10-406:19 | | |
| | | | 408:7-9 | | |
| | | | 409:25-412:7 | | |
| | | | 412:15-25 | | |
| | | | 413:5-15 | | |
| | | | 413:21-25 | | |
| | | | 414:4-19 | | |
| | | | 414:25-415:2 | | |

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY OF OLA-JUDAH AJIDIBO

(Counter-Designations in italicized text)

Deposition October 27 & 28, 2005

| Page/Line Cite | Defendants' Cross-Examination Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations | Plaintiffs' Objections and Counter-Designations | Defendants' Responses to Plaintiffs' Objections and Objections to Counter-Designations |
|---|---|---|---|---|---|
| | 417:14-22 | | | | |
| | 417:24-418:4 | | | | |