# DEFENDANTS' DESIGNATION OF BAMIDELE O. BOLAJI
(Counter-Designations in italicized text)

June 13, 2005

| Page/Line Cite | Plaintiffs' Objection & Counter (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 5:12-14 | | |
| 6:6-16 | *Plaintiffs counter-designate 7:4-16* OK | |
| 9:4-10 | | |
| 9:17-22 | *Plaintiffs counter-designate 10:11-12; 10:18-24; 11:9-18; 12:1-9; 12:23-14:9; 14:24-15:24* OK | |
| 10:11-12 | Defendants' counter-designate 10:13-17 OK | See defendants' responses below. |
| 10:18-24 | | |
| 11:9-18 | | |
| 12:1-9 | | |

Chambers Copy

**DEFENDANTS' DESIGNATION OF BAMIDELE O. BOLAJI**

(Counter-Designations in italicized text)

June 13, 2005

| Page/Line Cite | Plaintiffs' Objection & Counter (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 12:23-14:9 | 13:14-20: Hearsay, prejudicial and cumulative. FRE. 801-02, 401-403.<br><br>14:1-9: Hearsay, prejudicial. FRE. 801-02, 403. | Plaintiffs' Response: Plaintiffs' counter-designations are relevant to Plaintiff Bowoto's pain and suffering, testified to here by the nurse who attended and accompanied him to the hospital. |
| 14:24-15:24 | Improper Counter-Designation Objection.<br><br>14:24-15:15: Hearsay, prejudicial. FRE 801-02, 403. | Plaintiffs' Response: Plaintiffs' counter-designations are relevant to Plaintiff Bowoto's pain and suffering, testified to here by the nurse who attended and accompanied him to the hospital. |
| 16:22-17:10 | | |
| 17:21-18:16 | *Plaintiffs counter-designate 18:22-25* | |
| 19:1-12 | | |
| 19:17-20:3 | | |
| 20:8-9 | | |

**DEFENDANTS' DESIGNATION OF BAMIDELE O. BOLAJI**

(Counter-Designations in italicized text)

June 13, 2005

| Page/Line Cite | Plaintiffs' Objection & Counter (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 20:12-24 | *Plaintiffs counter-designate 20:25-21:10* OK | |
| 21:11-18 | | |
| 21:21-22:11 | Objection to 22:8-11: Nonresponsive. *Plaintiffs counter-designate 22:21-23:18 and 23:20-23* OK | 22:8-11: This is necessary to provide a complete context for the deponent's response. Plaintiffs' counter-designation is incomplete because it omits 23:19. FRE 106. Plaintiffs' Response: Plaintiffs are unclear about Defendants' objection as 23:19 is a fragment of an answer. |
| 24:2-13 | | |
| 25:16-21 | | |
| 32:1-5 | | |
| 32:15-19 | | |

# DEFENDANTS' DESIGNATION OF BAMIDELE O. BOLAJI
(Counter-Designations in italicized text)

June 13, 2005

| Page/Line Cite | Plaintiffs' Objection & Counter (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 34:12-20 | Improper Counter-Designation Objection. Hearsay, prejudicial. FRE 801, 02, 403. | Plaintiffs' Response: Plaintiffs' counter-designations are relevant to Plaintiff Bowoto's pain and suffering, testified to here by the nurse who attended and accompanied him to the hospital. |
| 35:13-36:1 | Lacks foundation, improper opinion, prejudicial. FRE 602, 701, 702, 403. | Plaintiffs' Response: This testimony consists of the percipient's observations of the nurse attending Plaintiff Bowoto and are relevant to his pain and suffering claims. |
| 39:7-19 | | |
| 46:1-11 | | |
| 58:1-7 | | |
| 58:11-59:1 | | |
| 61:1-17 | Completeness designation: 59:2-12  OK | |

**DEFENDANTS' DESIGNATION OF BAMIDELE O. BOLAJI**

(Counter-Designations in italicized text)

**June 13, 2005**

| Page/Line Cite | Plaintiffs' Objection & Counter (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| *83:16-84:10* | | |