# DEFENDANTS' DESIGNATION OF PATRICK ORIGBE
(Plaintiffs' Counter-Designations in italicized text)

July 4, 2005

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response |
|---|---|---|
| 4:3-18 | | |
| 6:22-7:9 | | |
| *Plaintiffs' counter-designate: 7:22-8:20 and 9:5-8* | 8:4-20: Calls for speculation, lacks foundation and irrelevant and misleading. FRE 401-403, 602. | Plaintiffs' Response: The objected to testimony is based on personal knowledge that the witness, a CNL security supervisor, was interviewed for his CNL job by Malcolm MacLeod, who was with Chevron's global security office in London. This is relevant to Plaintiffs' agency and control claims regarding Defendants. |
| 86:22-87:1 | | |
| 87:6-88:10 | | |
| *Plaintiffs' counter-designate: 88:11-14* | | |
| 89:3-11 | | |

SFI-59761 4v1

Chambers Copy

# DEFENDANTS' DESIGNATION OF PATRICK ORIGBE
(Plaintiffs' Counter-Designations in italicized text)

July 4, 2005

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response |
|---|---|---|
| *Plaintiffs counter-designate: 54:9-12* | | |
| 54:20-24 | | |
| 55:16-56:7 | | |
| 76:1-14 | | |
| 76:17 | | |
| 76:19-77:3 | | |
| *89:23-94:4* | | |
| 90:24-91:11 | Completeness Designation: 91:4-5 | |