**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| | ALL: Plaintiffs object to all testimony by Hervey. Witness's testimony lacks foundation, assumes facts not in evidence, calls for speculation, hearsay or double hearsay, and is irrelevant, inflammatory and prejudicial under FRE 403. There is no legitimate non-hearsay purpose for this testimony and no state of mind exception should apply. Hervey is mentioned only once in the Davis deposition and merely to identify him by position (Davis Depo., 72:22-23) and is not mentioned in the Davis diary at all. Though Hervey was a member of the Crisis Management Team, he was off rotation commencing the events of May 26th, 1998, and had returned to the US when that team made the decision to call in the GSF and therefore did not contribute to that decision – in fact he claims to have been taken by surprise by the military strike (Hervey Depo., 123:1-12, 123:25-124:5). In sum, there is no evidence that the cited - to testimony influenced the CNL Crisis Management Team in its decision to send in the GSF. Therefore, the "state of mind" of Hervey, or the evidence of events up through May 26th which defendants seek to introduce through double and triple hearsay through Hervey, never communicated to Davis who recommended to CNL management | As stated in defendants' Opposition to Plaintiffs' Motion to Exclude Randall Hervey and John Stapleton (Dkt. # 2161), Hervey's testimony goes to CNL's notice and to state of mind. Hervey learned information through Stapleton regarding the Parabe hostage situation and relayed that information to the Crisis Management Team, of which he was a member. |

Chambers Copy

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| | the decision to send in the GSF on May 28, is irrelevant and highly prejudicial. The particular testimony at issue is double hearsay or possibly worse, as Mr. Hervey was not on the platform. Moreover, the individuals from whom he collected his information were also not on the Parabe platform, but on Meren.<br><br>**This objection will hereafter be referred to as <u>Plaintiffs' Hervey Crisis Management Team State of Mind Objection</u>.** | |
| 7:3-5 | | |
| 7:8-11 | | |
| 7:23-8:6 | | |
| 11:21-12:25 | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| *16:9-22* | | |
| 21:14-18 | | |
| 21:24-22:4 | | |
| 22:17-21 | Hearsay. FRE 801-803 | Not offered for the truth of the matter but for state of mind and for notice. Hervey was on the Crisis Management Team and would relay information to the Team and to Scott Davis. |
| 22:25-23:3 | | |
| 23:5-11 | | |
| *23:12-14* | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**
**(Counter-Designations in italicized text)**
**June 10, 2005**

| **Page/Line Cite** | **Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s))** | **Defendants' Response** |
|---|---|---|
| *24:11-25:11* | | |
| *25:22-24* | | |
| *27:18-22* | | |
| 27:23-28:6 | | |
| 28:21-29:6 | | |
| 29:13-19 | Hearsay: Hervey reporting second hand the number of Ilaje who boarded the barge. | Not offered for the truth of the matter but for state of mind and for notice. Hervey was on the Crisis Management Team and would relay information to the Team and to Scott Davis. |
| 30:13-16 | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 30:19-25 | Non-responsive to question: "What did you do?" | |
| 31:3-13 | Double hearsay communicated to Hervey through other individuals not on the barge or platform, but rather on Meren, that people on the barge and platform were scared, etc (See 31:14-18 and 32:18-19). | |
| 32:7-19 | | |
| 32:21 | | |
| 33:10-34:11 | | |
| 35:1- 35:8 starting with "You mentioned" | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| *45:6 (starting at "I think")-15* | Speculation. FRE 602. OIR | |
| 46:2-16 starting with "did you" | | |
| *62:11-13* | | |
| *65:12-15* | | |
| 65:16-24 | | |
| 67:11-24 | | |
| *67:25-68:9* | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| **Page/Line Cite** | **Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s))** | **Defendants' Response** |
|---|---|---|
| 68:10-16 | | |
| *68:20-69:18* | | |
| 69:19-23 | | |
| *69:24-70:4* | | |
| 70:5-7 starting with "you were" | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 70:10-71:17 | *Plaintiffs counter-designate: 138:13-14. 18-23 and 140:4-7, 10-16 .*<br><br>These designations are only incomplete, confusing, and misleading if read in the order in which they appear in the transcript, as suggested by defendants. Read in the order proposed here, they clarify the extent to which deponent actually knew the state of the people on the barge. | Defendants object that these counter-designations should be read in the order in which they appear in the transcript.<br><br>138:13-14, 18-23: Incomplete designation, confusing and misleading. |
| 72:6-10 | | |
| 73:24-74:17 | 74:9-17: Pure speculation; "My **supposition** was that they were expecting a helicopter..." (That this is rampant speculation is made clear at 146:10-147 and 149:23-150:2, 5). | Response is based on deponent's understanding of why the helideck was temporarily cleared. *See also* 136:25-137:5. |
| 74:25-75:13 | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**
**(Counter-Designations in italicized text)**
**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| *75:14-20* | | |
| 75:21-76:21 | | |
| *77:17-25* | | |
| *82:21-24* | | |
| 85:10-16 | | |
| 85:23-86:6 | | |
| 90:10-13 | | |
| 90:23-91:14 starting with "Was there" | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 92:1-20 starting with "What was" | | |
| 92:22-25 | | |
| 94:21-23 | | |
| 95:2-19 | | |
| 105:19-106:2 | | |
| 106:22-107:5 | | |
| 108:12-14 starting with "What time" | | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 108:17 | | |
| 108:19-109:2 | | |
| 109:4-22 | | |
| 112:12-20 | | |
| 112:24-114:17 | | |
| 114:19-21 | | |
| *114:23-115:3* | | |
| *115:15-24* | Incomplete designation. FRE 106. | |

Read 115:5-14 also

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| *116:12-21* | | |
| 117:20-22 | | |
| 117:25-118:2 | | |
| *128:18 (starting at "I want")-129:2* | | |
| *129:8-14* | | |
| *129:24-130:17* | Completeness designation: 130:18-23 | |

**DEFENDANTS' DESIGNATION OF OF RANDALL HERVEY**

**(Counter-Designations in italicized text)**

**June 10, 2005**

| Page/Line Cite | Plaintiffs' Objections and Counters (include specific page and line numbers of material objected to and objection(s)) | Defendants' Response |
|---|---|---|
| 141:7 starting with "I'm moving" | | |
| 142:7-12 | | |
| *142:13-18* | | |
| 156:5-24 | | |