# PLAINTIFFS' REBUTTAL DESIGNATION OF ERIC MADL

(Testifying By Way of Deposition Only)
(Defendants' Counter-Designations in italicized text)

Deposition September 23, 2005

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response |
|---|---|---|
| 92:18-93:7 | | |
| 93:9-94:10 | | |