# PLAINTIFFS' REBUTTAL DESIGNATION ABIAH ARENEWO
(Defendants' Counter-Designations in italicized text)

Deposition July 15-16, 2005

Volumes 1-2

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response |
|---|---|---|
| 4:22-24 | | |
| 5:17-18 | Defendants object to this testimony as cumulative. FRE 403. Plaintiffs designated the exact same testimony and read it in their case in chief on Nov. 4. *See* 11/4/08 Trial Transcript, p. 918:20-21. | This testimony has been designated merely to re-identify the deponent. Chief Arenewo's deposition designations were read two weeks ago, and many witnesses have testified either live or by deposition since then. This short designation is meant merely as a refresher for the jury. |
| 6:7-14 | 6:11-14: Defendants object to this testimony as cumulative. FRE 403. Plaintiffs designated the exact same testimony and read it in their case in chief on Nov. 4. *See* 11/4/08 Trial Transcript, p. 919:2-5. | This testimony has been designated merely to re-identify the deponent. Chief Arenewo's deposition designations were read two weeks ago, and many witnesses have testified either live or by deposition since then. This short designation is meant merely as a refresher for the jury. |
| 297:19-21 | | |
| 299:13-17 | *Defendants' completeness designation: 299:18-22.* | |
| 302:23-304:7 | | |