**PLAINTIFFS' DESIGNATION OF ADEBISI POPULAR ATIMISE**

(Counter-Designations in italicized text)

Deposition June 29-30, 2005

Volumes 1-2

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Resolution |
|---|---|---|---|
| 5:10-6:16 | | | |
| 75:6-76:9 | 75:21-25: Deponent cannot read and thus lacks personal knowledge to testify about what was purportedly written on his placard. FRE 602. To the extent he was told what it said by an unknown person, it is inadmissible hearsay. FRE 802.<br><br>76:6-9: ~~Deponent only speaks Ijaje and a little pidgin English but does not speak English (See 19:13-23)~~ and thus lacks personal knowledge to testify about what songs he was singing in English. | | |
| 112:1-17 | 112:8-17: No foundation is laid to show deponent has personal knowledge about "any kind of kerosene lamps" or that he knew whether any Ilaje brought them to the barge FRE 602. Irrelevant. FRE 401-403. | | |