**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOWOTO ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION ET AL,<br><br>    Defendant.<br>_____ / | No. C 99-02506 SI<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR FURTHER REDACTIONS TO DOCUMENTS IN EVIDENCE** |

This afternoon defendants requested further redactions to the exhibits introduced on November 12, 2008 in connection with the reading of the deposition of Joseph Lorenz. That request is denied.

**IT IS SO ORDERED.**

Dated: 11/24/08

                                                    SUSAN ILLSTON
                                                  United States District Judge