FILED

DEC 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY BOWOTO, et al.                          No. C 99-02506 SI

        Plaintiffs,

     v.

CHEVRONTEXACO CORP., et al.,

        Defendants.

_____/

**VERDICT FORM**

**Plaintiff Larry Bowoto's Claims Against Defendant Chevron Corporation**

1. Is defendant Chevron Corporation liable to plaintiff Larry Bowoto on the following claims brought by Bowoto:

*(Please answer ALL of the following questions.)*

    A.    Bowoto's claim for Torture:

        YES _____        NO _____ 

    B.    Bowoto's claim for Cruel, Inhuman or Degrading Treatment:

        YES _____        NO _____ 

    C.    Bowoto's claim for Assault:

        YES _____        NO _____ 

    D.    Bowoto's claim for Battery:

        YES _____        NO _____ 

    E.    Bowoto's claim for Negligence:

        YES _____        NO _____ 

(Please turn to the next page)

### Plaintiff Larry Bowoto's Claims Against Defendant Chevron Investments, Inc.

2.  Is defendant Chevron Investments, Inc. liable to plaintiff Larry Bowoto on the following claims brought by Bowoto:

*(Please answer ALL of the following questions.)*

A.  Bowoto's claim for Torture:

YES _____        NO _____ 

B.  Bowoto's claim for Cruel, Inhuman or Degrading Treatment:

YES _____        NO _____ 

C.  Bowoto's claim for Assault:

YES _____        NO _____ 

D.  Bowoto's claim for Battery:

YES _____        NO _____ 

E.  Bowoto's claim for Negligence:

YES _____        NO _____ 

(Please turn to the next page)

**Plaintiff Larry Bowoto's Claims Against Defendant Chevron U.S.A. Inc.**

3.    Is defendant Chevron U.S.A. Inc. liable to plaintiff Larry Bowoto on the following claims

brought by Bowoto:

*(Please answer ALL of the following questions.)*

A.    Bowoto's claim for Torture:

            YES _____            NO _____✓___

B.    Bowoto's claim for Cruel, Inhuman or Degrading Treatment:

            YES _____            NO ___✓_____

C.    Bowoto's claim for Assault:

            YES _____            NO ___✓_____

D.    Bowoto's claim for Battery:

            YES _____            NO ___✓_____

E.    Bowoto's claim for Negligence:

            YES _____            NO ___✓_____

(please turn to the next page)

4

4.     If you have answered "Yes" to any of the above questions as to Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc., thereby finding any of the defendants liable to plaintiff Larry Bowoto on one or more of his claims, then please answer the following questions, "A," "B," "C," "D," and "E":

A.     What is the total amount of damages that you determine is appropriate to compensate plaintiff Larry Bowoto for his losses under all of the claims for which you have found defendants Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc. liable to him:

Bowoto's Damages:   $ _____

B.     With regard to any damages for Larry Bowoto under his negligence claim only, do you find that Larry Bowoto was negligent and that his negligence was a substantial factor in causing his losses?

YES _____               NO _____

C.     If you answered "Yes" to the previous question B, please indicate what percentage of responsibility you assign to Larry Bowoto:

_____%

(please turn to the next page)

D.     Do you find that any of defendants' conduct towards plaintiff Larry Bowoto on which you base your finding of liability for any claim was malicious, oppressive, or in reckless disregard of Larry Bowoto's rights?

As to Chevron Corporation:

YES _____          NO _____

As to Chevron Investments, Inc.:

YES _____          NO _____

As to Chevron U.S.A. Inc.:

YES _____          NO _____

E.     If you answered "Yes" to any part of the previous question D, identify below each of the theories for which you find the conduct was malicious, oppressive or in reckless disregard of Larry Bowoto's rights?

Torture:          •     YES _____          NO _____

Cruel, Inhuman or
Degrading Treatment: YES _____          NO _____

Assault:          YES _____          NO _____

Battery:          YES _____          NO _____

Negligence:          YES _____          NO _____

**Plaintiff Bassey Jeje's Claims Against Defendant Chevron Corporation**

5.  Is defendant Chevron Corporation liable to plaintiff Bassey Jeje on the following claims brought by Jeje:

*(Please answer ALL of the following questions.)*


A.   Jeje's claim for Torture:

YES _____          NO _____ 


B.   Jeje's claim for Cruel, Inhuman or Degrading Treatment:

YES _____          NO _____ 


C.   Jeje's claim for Assault:

YES _____          NO _____ 


D.   Jeje's claim for Battery:

YES _____          NO _____ 


E.   Jeje's claim for Negligence:

YES _____          NO _____ 

(Please turn to the next page)

**Plaintiff Bassey Jeje's Claims Against Defendant Chevron Investments, Inc.**

6.   Is defendant Chevron Investments, Inc. liable to plaintiff Bassey Jeje on the following claims brought by Jeje:

*(Please answer ALL of the following questions.)*

A.   Jeje's claim for Torture:

YES _____        NO ___✓_____

B.   Jeje's claim for Cruel, Inhuman or Degrading Treatment:

YES _____        NO ___✓_____

C.   Jeje's claim for Assault:

YES _____        NO ___✓_____

D.   Jeje's claim for Battery:

YES _____        NO ___✓_____

E.   Jeje's claim for Negligence:

YES _____        NO ___✓_____

(please turn to the next page)

8

## Plaintiff Bassey Jeje's Claims Against Defendant Chevron U.S.A. Inc.

7.   Is defendant Chevron U.S.A. Inc. liable to plaintiff Bassey Jeje on the following claims brought by Jeje:

*(Please answer ALL of the following questions.)*

A.   Jeje's claim for Torture:

YES _____        NO _____✓_____

B.   Jeje's claim for Cruel, Inhuman or Degrading Treatment:

YES _____        NO _____✓_____

C.   Jeje's claim for Assault:

YES _____        NO _____✓_____

D.   Jeje's claim for Battery:

YES _____        NO _____✓_____

E.   Jeje's claim for Negligence:

YES _____        NO _____✓_____

(please turn to the next page)

8.      If you have answered "Yes" to any of the above questions, as to Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc., thereby finding any of the defendants liable to plaintiff Bassey Jeje on one or more of his claims, then please answer the following questions, "A," "B," "C," "D," and "E":

A.      What is the total amount of damages that you determine is appropriate to compensate plaintiff Bassey Jeje for his losses under all of the claims for which you have found defendants Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc. liable to him:

Jeje's Damages:      $ _____

B.      With regard to any damages for Bassey Jeje under his negligence claim only, do you find that Bassey Jeje was negligent and that his negligence was a substantial factor in causing his losses?

YES _____      NO _____

C.      If you answered "Yes" to the previous question B, please indicate what percentage of responsibility you assign to Basssey Jeje:

_____ %

(please turn to the next page)

10

D.     Do you find that any of defendants' conduct towards plaintiff Bassey Jeje on which you base your finding of liability was malicious, oppressive, or in reckless disregard of Bassey Jeje's rights?

As to Chevron Corporation:

YES _____                    NO _____

As to Chevron Investments, Inc.:

YES _____                    NO _____

As to Chevron U.S.A. Inc.:

YES _____                    NO _____

E.     If you answered "Yes" to any part of the previous question D, identify below each of the theories for which you find the conduct was malicious, oppressive or in reckless disregard of Bassey Jeje's rights?

Torture:                YES _____            NO _____

Cruel, Inhuman or
Degrading Treatment: YES _____            NO _____

Assault:                YES _____            NO _____

Battery:                YES _____            NO _____

Negligence:             YES _____            NO _____

**Claims of Plaintiff Ola Oyinbo Against Defendant Chevron Corporation**

9.   Is defendant Chevron Corporation liable to plaintiff Ola Oyinbo, on behalf of her deceased husband Bola Oyinbo and on behalf of her minor children Bayo and Deji Oyinbo, on the following claims of harm to Bola Oyinbo:

*(Please answer ALL of the following questions.)*

A.     Torture of Bola Oyinbo:

YES _____          NO ____✓____

B.     Cruel, Inhuman or Degrading Treatment of Bola Oyinbo:

YES _____          NO ____✓____

C.     Assault of Bola Oyinbo before he was taken to land:

YES _____          NO ____✓____

D.     Battery of Bola Oyinbo before he was taken to land:

YES _____          NO ____✓____

E.     Negligence towards Bola Oyinbo before he was taken to land:

YES _____          NO ____✓____

(please turn to the next page)

12

F.    Assault of Bola Oyinbo after he was taken to land:

YES _____          NO ____✓____

G.    Battery of Bola Oyinbo after he was taken to land:

YES _____          NO ____✓____

H.    Negligence towards Bola Oyinbo after he was taken to land:

YES _____          NO ____✓____

I.    Intentional Infliction of Emotional Distress upon Bola Oyinbo after he was taken to land:

YES _____          NO ____✓____

(please turn to the next page)

**Claims of Plaintiff Ola Oyinbo Against Defendant Chevron Investments, Inc.**

10.     Is defendant Chevron Investments, Inc. liable to plaintiff Ola Oyinbo, on behalf of her deceased husband Bola Oyinbo and on behalf of her minor children Bayo and Deji Oyinbo, on the following claims of harm to Bola Oyinbo:

*(Please answer ALL of the following questions.)*

A.      Torture of Bola Oyinbo:

YES _____        NO _____ ✓

B.      Cruel, Inhuman or Degrading Treatment of Bola Oyinbo:

YES _____        NO _____ ✓

C.      Assault of Bola Oyinbo before he was taken to land:

YES _____        NO _____ ✓

D.      Battery of Bola Oyinbo before he was taken to land:

YES _____        NO _____ ✓

E.      Negligence towards Bola Oyinbo before he was taken to land:

YES _____        NO _____ ✓

(please turn to the next page)

F.    Assault of Bola Oyinbo after he was taken to land:

YES _____          NO _____ ✓

G.    Battery of Bola Oyinbo after he was taken to land:

YES _____          NO _____ ✓

H.    Negligence towards Bola Oyinbo after he was taken to land:

YES _____          NO _____ ✓

I.    Intentional Infliction of Emotional Distress upon Bola Oyinbo after he was taken to land:

YES _____          NO _____ ✓

(please turn to the next page)

15

**Claims of Plaintiff Ola Oyinbo Against Defendant Chevron U.S.A. Inc.**

11.     Is defendant Chevron U.S.A. Inc. liable to plaintiff Ola Oyinbo, on behalf of her deceased husband Bola Oyinbo and on behalf of her minor children Bayo and Deji Oyinbo, on the following claims of harm to Bola Oyinbo:

*(Please answer ALL of the following questions.)*


A.     Torture of Bola Oyinbo:


        YES _____          NO ___✔_____


B.     Cruel, Inhuman or Degrading Treatment of Bola Oyinbo:


        YES _____          NO ___✔_____


C.     Assault of Bola Oyinbo before he was taken to land:


        YES _____          NO ___✔_____


D.     Battery of Bola Oyinbo before he was taken to land:


        YES _____          NO ___✔_____


E.     Negligence towards Bola Oyinbo before he was taken to land:


        YES _____          NO ___✔_____

(please turn to the next page)

F.  Assault of Bola Oyinbo after he was taken to land:

YES _____        NO _____

G.  Battery of Bola Oyinbo after he was taken to land:

YES _____        NO _____

H.  Negligence towards Bola Oyinbo after he was taken to land:

YES _____        NO _____

I.  Intentional Infliction of Emotional Distress upon Bola Oyinbo after he was taken to land:

YES _____        NO _____

(please turn to the next page)

12.   <u>Harm Before Taken to Land:</u> If you have answered "Yes" to any of the above questions about harm to Bola Oyinbo before he was taken to land, as to Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc., thereby finding any of the defendants liable to plaintiff Ola Oyinbo on one or more of the claims of harm to Bola Oyinbo before he was taken to land, then please answer the following questions, "A," "B," "C," "D," and "E":

A.   What is the total amount of damages that you determine is appropriate to compensate for losses suffered by Bola Oyinbo under all of the claims of harm to Bola Oyinbo before he was taken to land for which you have found defendants Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc. liable:

Damages:   $ _____

B.   With regard to any damages for Bola Oyinbo under his negligence claim only, do you find that Bola Oyinbo was negligent and that his negligence was a substantial factor in causing his losses?

YES _____   NO _____

C.   If you answered "Yes" to the previous question B please indicate what percentage of responsibility you assign to Bola Oyinbo:

_____ %

(please turn to the next page)

18

D.     Do you find that any of defendants' conduct towards Bola Oyinbo before he was taken to land on which you base your finding of liability was malicious, oppressive, or in reckless disregard of Bola Oyinbo's rights?

As to Chevron Corporation:

      YES _____          NO _____

As to Chevron Investments, Inc.:

      YES _____          NO _____

As to Chevron U.S.A. Inc.:

      YES _____          NO _____

E.     If you answered "Yes" to any part of the previous question D, identify below each of the theories for which you find the conduct was malicious, oppressive or in reckless disregard of Bola Oyinbo's rights?

| | | |
|---|---|---|
| Torture: | YES _____ | NO _____ |
| Cruel, Inhuman or Degrading Treatment: | YES _____ | NO _____ |
| Assault : | YES _____ | NO _____ |
| Battery: | YES _____ | NO _____ |
| Negligence: | YES _____ | NO _____ |

(please turn to the next page)

13.  <u>Harm After Taken to Land</u>: If you have answered "Yes" to Questions 11(A) and/or 11(B) above (Torture and/or Cruel, Inhuman, Degrading Treatment of Bola Oyinbo) as to Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc., thereby finding any of the defendants liable to plaintiff Ola Oyinbo on one of those specific claims of harm to Bola Oyinbo, then please answer the following questions, "A," "B," and "C":

A.  What is the total amount of damages that you determine is appropriate to compensate for losses suffered by Bola Oyinbo for Torture and/or Cruel, Inhuman, Degrading Treatment after he was taken to land for which you have found defendants Chevron Corporation, Chevron Investments, Inc., or Chevron U.S.A. Inc. liable:

Damages:     $ _____

B.  Do you find that any of defendants' conduct towards Bola Oyinbo on which you base your finding of liability after he was taken to land was malicious, oppressive, or in reckless disregard of Bola Oyinbo's rights?

As to Chevron Corporation:

YES _____          NO _____

As to Chevron Investments, Inc.:

YES _____          NO _____

As to Chevron U.S.A. Inc.:

YES _____          NO _____

(please turn to the next page)

## Claims Of Irowarinun Plaintiffs Against Defendant Chevron Corporation For The
## Wrongful Death Of Arolika Irowarinun

13. Is defendant Chevron Corporation liable to the Irowarinun plaintiffs (plaintiffs Mary Irowarinun, Margaret Irowarinun, Roseline Irowarinun, Bosuwo Sebi Irowarinun, Caleb Irowarinun, Orioye Laltu Irowarinun, Temilola Irowarinun, Adegorye Oloruntimjehum Irowarinun, Aminora James Irowarinun, Eniesoro Irowarinun, Gbenga Irowarinun, Ibimisan Irowarinun, Monotutegha Irowarinun, and Olamisbode Irowarinun) for the Wrongful Death of Arolika Irowarinun?

YES _____         NO ____✓____

14. If you have answered "Yes" to the preceding question, thereby finding defendant Chevron Corporation liable for the Wrongful Death of Arolika Irowarinun, then please answer the following questions "A," "B," "C," and "D":

A. What is the total amount of damages that you determine is appropriate to compensate for losses suffered by the Irowarinun plaintiffs on account of the Wrongful Death of Arolika Irowarinun:

Damages: $ _____

B. With regard to any damages for Arolika Irwoarinun's claim for Wrongful Death, do you find that Arolika Irowarinun was negligent and that his negligence was a substantial factor in causing his death?

YES _____         NO _____

(please turn to the next page)

22

C.     If you answered "Yes" to the previous question B, please indicate what percentage of responsibility you assign to Arolika Irowarinun:

_____ %

D.     Do you find that defendant Chevron Corporation's conduct towards Arolika Irowarinun leading to his Wrongful Death was malicious, oppressive, or in reckless disregard of Arolika Irowarinun's rights or the rights of the Irowarinun plaintiffs?

YES _____          NO _____

This _____ 1 st _____ day of December , 2008

_____
Foreperson

23