IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOWOTO ET AL,                                        No. C 99-02506 SI

           Plaintiff,                              **JUDGMENT**

  v.

CHEVRON CORPORATION ET AL,

           Defendant.
_____/

      This action came on for trial before the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the jury and special verdict rendered on December 1, 2008.

      IT IS ORDERED AND ADJUDGED judgment shall be entered in favor of defendant and against plaintiff.

      **IT IS SO ORDERED**.

Dated: 12/2/08

                                       _____
                                       SUSAN ILLSTON
                                       United States District Judge

**United States District Court**
For the Northern District of California