IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOWOTO ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION ET AL,<br><br>    Defendant.<br>                                  / | No. C 99-02506 SI<br><br>**ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW** |

Prior to verdict, both sides filed various motions for judgment as a matter of law. All such motions are denied without prejudice.

**IT IS SO ORDERED.**

Dated: 12/2/08

SUSAN ILLSTON
United States District Judge