IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOWOTO ET AL, | No. C 99-02506 SI |
|     Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| CHEVRON CORPORATION ET AL, | |
|     Defendant. | |

This action came on for trial before the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the jury and special verdict rendered on December 1, 2008.

IT IS ORDERED AND ADJUDGED judgment shall be entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: 12/3/08

                                              SUSAN ILLSTON
                                              United States District Judge

**United States District Court**
For the Northern District of California