## CIVIL TRIAL MINUTES
## NORTHERN DISTRICT OF CALIFORNIA

### Date:**December 1, 2008**

**The Honorable SUSAN ILLSTON**

**Clerk:  TRACY SUTTON**

**Court Reporter: Belle Ball**


Case No.**C-99-2506 SI**          Case Name:***BOWOTO  v. CHEVRON***

Trial Began: **10/27/08**                Trial Continued:

Trial Ended: 12/1/08

**Trial Motions Heard**:                                                    **Disposition**

1.

2.

3.


**Trial Witnesses/Other**:
1.        VERDICT IN FAVOR OF DEFTS. AND AGAINST PLTFS.
2.
**Disposition of Exhibits**:
Filed with the Clerk's Office