| | |
|---|---|
| 1 | Robert A. Mittelstaedt (#060359) |
|   | ramittelstaedt@jonesday.com |
| 2 | Caroline N. Mitchell (#143124) |
|   | cnmitchell@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| 6 | Attorneys for Defendants |
| 7 | Theresa M. Traber (#116305) |
|   | tmt@tvlegal.com |
| 8 | TRABER & VOORHEES |
|   | 128 North Fair Oaks Avenue, Suite 204 |
| 9 | Pasadena, California 91103 |
|   | Telephone: (626) 585-9611 |
| 10 | Facsimile: (626) 577-7079 |
| 11 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BOWOTO, et. al. | | **Case No. C-99-2506-SI** |
| | Plaintiffs, | |
| | v. | **PARTIES STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR NEW TRIAL UNDER RULE 59(a) AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| CHEVRONTEXACO CORPORATION, et al., | | |
| | Defendants. | |

WHEREAS, Plaintiffs have noticed their Motion for New Trial Under Rule 59(a) and Renewed Motion for Judgment as a Matter of Law for hearing in this Court on February 6, 2009;

WHEREAS, Plaintiffs filed their moving papers on December 16, 2008 and Defendants filed their opposition brief on January 16, 2008;

WHEREAS, absent an extension, Plaintiffs' reply brief is due on January 23, 2009;

WHEREAS, Plaintiffs maintain that given the complicated nature of the issues in this case and the volume of materials cited in Defendants' opposition brief, Plaintiffs require more time to work on their reply brief;

WHEREAS, Plaintiffs requested, and defendants agreed to, an extension of time for Plaintiffs to file their reply brief from January 23, 2009 to February 6, 2009 (two weeks);

WHEREAS, a February 6, 2009 due date for the reply brief would ordinarily correspond to a February 20, hearing date, and the parties all desire that this matter to be set for hearing on February 20 or as soon thereafter as possible;

THE PARTIES HEREBY STIPULATE THAT:

1. The deadline for filing Plaintiffs' Reply will be February 6, 2009.
2. The hearing shall be scheduled for March 6, 2009.

DATED: January 21, 2009

JONES DAY

By: _____//s//_____
     Lara Kollios
     Attorneys for Defendants

DATED: January 21, 2009

HADSELL STORMER KEENY RICHARSON & RENICK

By: _____//s//_____
     Lauren Teukolsky
     Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: January ___, 2009

By: _____
     The Hon. Susan Illston
     United States District Court Judge

2

PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE MODEL
C-99-2506-SI