Robert A. Mittelstaedt (#060359)
ramittelstaedt@jonesday.com
Caroline N. Mitchell (#143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendants

CINDY A. COHN, ESQ. [S.B.#145997]
cindy@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell St.
San Francisco, California 94110
Telephone: (415) 436-9333, Ext. 108
Facsimile: (415) 436-9993

Attorneys for Plaintiffs (continued on last page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOWOTO, et. al. <br><br> Plaintiffs, <br><br> v. <br><br> CHEVRONTEXACO CORPORATION, et al., <br><br> Defendants. | Case No. C-99-2506-SI <br><br> **PARTIES' STIPULATION REGARDING BIFURCATION OF BILL OF COSTS ISSUE AND BRIEFING SCHEDULE FOR FIRST PHASE OF OPPOSITION TO BILL OF COSTS** |

WHEREAS, Defendants filed a Bill of Costs on December 16, 2008 (Document 2274),

WHEREAS on December 23, 2008, the Court granted a stay of the Bill of Costs until after determination of the Motion for New Trial (Document 2278).

WHEREAS the Motion for New Trial has been decided (Document 2288),

SFI-605823v1

1

PARTIES' STIPULATION
REGARDING BIFURCATION OF BILL OF COSTS
ISSUE AND BRIEFING SCHEDULE FOR FIRST
PHASE OF OPPOSITION TO BILL OF COSTS
C-99-2506-SI

WHEREAS the parties have agreed to bifurcate consideration of the Objections to Bill of Costs under Local Rule 54-2 and have agreed to a briefing and argument schedule for the first phase of that bifurcated argument that is different than that provided in Local Rule 54-2,

THE PARTIES HEREBY STIPULATE THAT:

1. The schedule for consideration of whether costs should be awarded shall be as follows:

| | |
|---|---|
| Opposition to Defendants' Bill of Costs on Issue of Whether Costs Should Be Awarded: | March 27 |
| Reply: | April 10 |
| Hearing: | April 24 |

2. The parties shall meet and confer about a schedule for the consideration of the specific costs to be awarded, if needed, after the Court decides whether costs should be awarded.

DATED: March 19, 2009

JONES DAY

By: _____//s//_____
Caroline Mitchell
Attorneys for Defendants

DATED: March 19, 2009

ELECTRONIC FRONTIER FOUNDATION

By: _____//s//_____
Cindy Cohn
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: March ___, 2009

By: /s/ Susan Illston
The Hon. Susan Illston
United States District Court Judge

SFI-605823v1

2

PARTIES' STIPULATION
REGARDING BIFURCATION OF BILL OF COSTS
ISSUE AND BRIEFING SCHEDULE FOR FIRST
PHASE OF OPPOSITION TO BILL OF COSTS
C-99-2506-SI

Counsel for Plaintiffs (continued from first page)

| | |
|---|---|
| THERESA TRABER, ESQ. [SBN 116305]<br>tmt@tvlegal.com<br>BERT VOORHEES, ESQ. [SBN 137623]<br>bv@tvlegal.com<br>LAURA FAER [SBN 233846]<br>lf@tvlegal.com<br>TRABER & VOORHEES<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103<br>Telephone: (626) 585-9611<br>Facsimile: (626) 577-7079 | JUDITH BROWN CHOMSKY, ESQ.<br>jchomsky@igc.org<br>LAW OFFICES OF JUDITH BROWN CHOMSKY<br>Post Office Box 29726<br>Elkins Park, PA 19027<br>Telephone: (215) 782-8367<br>Facsimile: (215) 782-8368 |
| BARBARA ENLOE HADSELL. ESQ. [SBN 086021]<br>bhadsell@hadsellstormer.com<br>DAN STORMER, ESQ. [SBN 101967]<br>dstormer@hadsellstormer.com<br>LAUREN TEUKOLSKY, ESQ. [SBN 211381]<br>lauren@hadsellstormer.com<br>LAW OFFICE OF HADSELL & STORMER, INC.<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, California 91103-3664<br>Telephone: (626) 585-9600<br>Facsimile: (626) 585-9600 | JENNIFER M. GREEN, ESQ.<br>jgreen@ccr-ny.org<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6431<br>Facsimile: (212) 614-6499 |
| RICHARD HERZ, ESQ.<br>rick@earthrights.org<br>MARCO SIMONS, ESQ. [SBN 237314]<br>marco@earthrights.org<br>EARTHRIGHTS INTERNATIONAL<br>1612 K St. N.W., Suite 401<br>Washington, DC 20006<br>Telephone: (202) 466-5188<br>Facsimile: (202) 466-5189 | MICHAEL S. SORGEN, ESQ. [SBN 43107]<br>msorgen@sorgen.net<br>LAW OFFICES OF MICHAEL S. SORGEN<br>240 Stockton Street, 9th Floor<br>San Francisco, California 94108<br>Telephone: (415) 956-1360<br>Facsimile: (415) 956-6342 |
| JOSE LUIS FUENTES, ESQ. [SBN 192236]<br>jlf499@sbcglobal.net.<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, Ca 94612<br>Telephone: (510) 839-1200<br>Facsimile: 510-444-6698 | RICHARD R. WIEBE [SBN 121156]<br>wiebe@pacbell.net<br>LAW OFFICES OF RICHARD R. WIEBE<br>425 California Street, #2025<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |